10:50 AM

# In The United States Court of Federal Claims

RECEIVED OVER THE COUNTER
APR 19 2007
THE OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

07 - 243 C

Plaintiff(s) or Petitioner(s) The Ravens Group, Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Daryle A. Jordan

Firm Name: Patrick Henry LLP

Post Office Box: N/A

Street Address: 7619 Little River Turnpike, Ste 340

City-State-Zip: Annandale, Virginia 22003

Telephone & Facsimile Numbers: 703-256-7754; 703-256-7883 (fax)

Is the attorney of record admitted to the Court of Federal Claims Bar? ☒ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☒ Yes ☐ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6402 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 4 0

Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: D C D

See attached sheet for three-digit codes.

Amount Claimed: $ N/A

Use estimate if specific amount is not pleaded.

Disclosure Statement:

Is a RCFC 7.1 Disclosure Statement required? ☒ Yes ☐ No

If yes, please note that two copies are necessary.

Bid Protest:

Indicate approximate dollar amount of procurement at issue: $ 22,000,000

Is plaintiff a small business? ☒ Yes ☐ No

Vaccine Case:

Date of Vaccination: N/A

Related Cases:

Is this case directly related to any pending or previous case? ☐ Yes ☒ No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.