IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE RAVENS GROUP, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-243C<br>(Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| ROWE CONTRACTING SERVICES, INC., | ) | |
| Intervenor | ) | |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Roger A. Hipp as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Roger A. Hipp
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Attention: Classification Unit
1100 L Street, N.W.
Room 8032

Dated: April 24, 2007

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Tel: (202) 305-3091
Fax: (202) 514-8640

CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2007, a copy of the foregoing Notice of Appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp