# In the United States Court of Federal Claims

Case No. 07-243C
(Filed: April 26, 2007)

*****************************************************
THE RAVENS GROUP, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant,* *
*
and *
*
ROWE CONTRACTING SERVICES, INC., *
*Intervenor.* *
*****************************************************

## ORDER

The Court requested a Joint Status Report from the Parties with suggestions for further proceedings in the case. The Intervenor Rose Contracting Services, Inc. ("Rowe") suggested that the case could be resolved on motions under Rules 12(b)1 and 12(b)6. However, this Court believes it unlikely that time will be saved by such a procedure. The Intervenor may file a motion to dismiss and support it with a brief, which may serve as its brief in support of the Government's motion for judgment on the administrative record.

Regarding the other Parties' proposed cross motions for judgment on the administrative record, the Court prefers consecutive, rather than simultaneous briefing on cross motions. Therefore, the Parties shall proceed as follows:

- May 4, 2007 – Filing of the Administrative Record
- May 18, 2007 – Defendant's Motion for Judgment upon the Administrative Record

- May 25th, 2007 – Plaintiff's Cross Motion and Opposition
- May 30, 2007 – Defendant's Opposition and Reply
- June 4, 2007 – Plaintiff's Reply

Pursuant to paragraph 8 of the Court's Special Procedures Order, the Parties shall file a Consolidated Statement of Facts no later than June 11, 2007. The Intervenor shall follow the Government's schedule.

The second telephonic Status Conference, originally scheduled for April 27, 2007 and then rescheduled for April 30, 2007 is hereby **cancelled**.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge