**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | |
|---|---|
| The Ravens Group, Inc.<br>Plaintiff,<br>v.<br>United States<br>Defendant,<br>and<br>Rowe Contracting Services, Inc.<br>Third party/Intervenor. | CFC No. 07-243<br>Judge Baskir |

**RCFC 7.1 Disclosure Statement**

**COMES NOW** Rowe Contracting Services, Inc. ("Rowe"), by and through undersigned counsel, and hereby files this Disclosure Statement under Rule 7.1 of the Rules of the United States Court of Federal Claims.

Rowe does not have any parent corporation. There is no publicly held corporation that owns 10% or more of Rowe's stock.

Respectfully submitted,

s/Kenneth B. Weckstein

Kenneth B. Weckstein
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W.
Suite 700

Washington, D.C. 20037
(202) 861-1860
(202) 861-3560 (fax)
kweckstein@ebglaw.com
Counsel for Intervenor

DATED: April 26, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of April, 2007 I caused a copy of the foregoing RCFC 7.1 Disclosure Statement to be served via email on the following:

Roger A. Hipp, Esquire
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Room 12072
Washington, DC 20530
Telefax No. (202) 307-0992

and

Daryle A. Jordan, Esquire
Patrick Henry LLP
7619 Little River Turnpike
Suite 340
Annandale, VA 22003.

s/Kenneth B. Weckstein

Kenneth B. Weckstein
EPSTEIN BECKER & GREEN, P.C.

1227 25th Street, N.W.
Suite 700
Washington, D.C. 20037
(202) 861-1860
(202) 861-3560 (fax)
kweckstein@ebglaw.com
Counsel for Intervenor