**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | | |
|---|---|---|
| The Ravens Group, Inc., Plaintiff, v. The United States, Defendant and Rowe Contracting Services, Inc. Intervenor | | CFC No. 07-243 Judge Baskir |

**JOINT STATUS REPORT**

Pursuant to the Court's request, the parties propose the following schedules.

Intervenor Rowe Contracting Services, Inc. ("Rowe") proposes that the Court first resolve any motions to dismiss filed by the parties. Rowe submits that the entire case can be resolved under Rule 12(b)(1) and (6). If the case is dismissed, that would eliminate any need for production of an Administrative Record ("AR") and further briefing. Indeed, if the Court is without jurisdiction to hear the Complaint, it is without jurisdiction to conduct further proceedings. For this reason, the question of the Court's jurisdiction should be resolved before production of the AR. Rowe proposes that it file its Motion to Dismiss on or before tomorrow, April 26, 2007. Rowe is available for a hearing on its Motion to Dismiss the week of April 30, 2007. This aggressive schedule will not slow down further proceedings if the Court determines that it can hear the Complaint or any portion of the Complaint.

Here, among other things, Intervenor submits that the Court does not have jurisdiction over the Complaint because the Complaint asserts causes of action against Intervenor and not the United States, and because the Complaint challenges contract administrative issues – such as the termination of Ravens' contract and the alleged bad faith exercise of options in Ravens' contract. Under the Contract Disputes Act, these issues must be the subject of a Contracting Officer's Final Decision and appeal by Ravens. Ravens has failed to exhaust its contractual and administrative remedies as to these issues. Counsel for Ravens has advised counsel for Rowe that Ravens will not voluntarily dismiss any portion of its Complaint.

Counsel for the United States and Ravens have proposed two different schedules. The proposed schedule of the United States is as follows:

| | |
|---|---|
| May 4, 2007 | Production of Administrative Record |
| May 18, 2007 | Cross-motions for summary judgment |
| May 30, 2007 | Responses to cross-motion for summary judgment |
| Early June 2007 | Hearing, if necessary, on cross-motions for summary judgment. |

If Intervenor's motion to dismiss is denied, Intervenor agrees to the above schedule.

Ravens agrees to the above schedule, except that Ravens proposes that cross-motions for summary judgment be filed on May 25, 2007 and that responses to cross-motions for summary judgment be filed on June 6, 2007.

Respectfully submitted,

Kenneth B. Weckstein
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W.
Suite 700
Washington, D.C. 20037
(202) 861-1860
(202) 861-3560 (fax)
kweckstein@ebglaw.com
Counsel for Intervenor

DATED: April 26, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April, 2007 I caused a copy of the foregoing Joint Status Report to be served via email on the following:

Roger A. Hipp, Esquire
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Room 12072
Washington, DC 20530

and

Daryle A. Jordan, Esquire
Patrick Henry LLP
7619 Little River Turnpike
Suite 340
Annandale, VA 22003.

Kenneth B. Weckstein