# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## (Bid Protest)

| | |
|---|---|
| The Ravens Group, Inc.<br>Plaintiff,<br>v.<br>United States<br>Defendant,<br>and<br>Rowe Contracting Services, Inc.<br>Third party/Intervenor. | CFC No. 07-243<br>Judge Baskir |

## MOTION TO DISMISS OF INTERVENOR ROWE CONTRACTING SERVICES, INC.

Pursuant to Rule 12(b)(1) and (6), Intervenor Rowe Contracting Services, Inc. ("Rowe") hereby moves to dismiss the Complaint of The Ravens Group, Inc, ("Ravens"). Ravens has failed to state a claim for which relief can be granted and has brought claims for which this Court lacks jurisdiction. In further support of this Motion, Rowe respectfully refers the Court to the accompanying Memorandum of Law in Support of Intervenor Rowe Contracting Services, Inc.'s Motion to Dismiss.

Respectfully submitted,

s/Kenneth B. Weckstein

Kenneth B. Weckstein
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W.
Suite 700
Washington, D.C. 20037
(202) 861-1860
(202) 861-3560 (fax)
kweckstein@ebglaw.com
Counsel for Intervenor

DATED: April 26, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of April, 2007 I caused a copy of the foregoing Motion to Dismiss of Intervenor Rowe Contracting Services, Inc. to be served via email on the following:

Roger A. Hipp, Esquire
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Room 12072
Washington, DC 20530
Telefax No. (202) 307-0992

and

Daryle A. Jordan, Esquire
Patrick Henry LLP
7619 Little River Turnpike
Suite 340
Annandale, VA 22003.

s/Kenneth B. Weckstein

Kenneth B. Weckstein
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W.
Suite 700
Washington, D.C. 20037
(202) 861-1860
(202) 861-3560 (fax)
kweckstein@ebglaw.com
Counsel for Intervenor