IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| THE RAVENS GROUP, INC., Plaintiff, | ) | |
| v. | ) | No. 07-243C (Judge Baskir) |
| THE UNITED STATES, Defendant, | ) | |
| and | ) | |
| ROWE CONTRACTING SERVICES, INC., Intervenor. | ) | |

DEFENDANT'S NOTICE OF FILING
<u>OF THE ADMINISTRATIVE RECORD (REDACTED PUBLIC VERSION)</u>

Pursuant to the Court's provisional protective order dated April 20, 2007, defendant, the United States, respectfully submits the redacted public version of the administrative record.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

FRANKLIN E. WHITE, JR.
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
Attn: Class. Unit - 8th Fl.
Washington, D.C. 20530
Tel.: (202) 305-3091

May 12, 2007

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2007, a copy of the foregoing "DEFENDANT'S NOTICE OF FILING OF THE ADMINISTRATIVE RECORD (REDACTED PUBLIC VERSION)" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp