UPDATED NOTICE (September 15, 2003)

The continuing security situation has, over the past 2 years, led to a number of process changes that may significantly affect the filing of bid protests and related documents. ***This notice updates the one that appeared on our web site on January 22, 2003.***

- Protest parties should rely on the use of faxes as much as possible. We also accept protest-related filings by e-mail, sent to Protests@gao.gov (see the Legal Products section of our web site, www.gao.gov, for more information).

- The filing window at GAO's headquarters, which has been accepting deliveries from government employees only, now also will accept deliveries from non-government sources. The package first must be presented to the guard desk at GAO's G Street entrance, and MUST have one of the following labels:

  "Procurement Law Control Group,"
  "Bid Protest,"
  "PLCG," or
  "Contract Appeals Board"

  ***The package will be scanned by the guards, and may be opened and searched at their discretion.*** If the package passes inspection, the courier will be directed to the filing window for delivery and time/date stamping.

  ***The burden is on the sender to leave enough time for timely delivery.*** In this respect, be advised that it may take some time for a courier to reach the guard desk after entering the building, and subsequently to be passed through to the filing window. **Timeliness will be measured by when the submission is time/date-stamped at the filing window.**

- GAO employees **will not** meet couriers outside of the GAO building to accept packages.

- Regular mail should not be used for time-sensitive filings.

We recommend that protest parties discuss any potential delivery problems with the GAO attorney responsible for the protest as well as with the other parties to the protest. If problems nevertheless arise, please raise them with the GAO attorney, the Assistant General Counsel, or me (my telephone number is 202/512-8219).

Daniel I. Gordon
Associate General Counsel

# DEFENSE INTELLIGENCE AGENCY

Bolling AFB, ATTN: AE-2
Washington, DC 20340

Unclas Fax: 202 231-2831

## CONTRACTS MANAGEMENT OFFICE
## OFFICE OF THE ACQUISITION EXECUTIVE (AE)

TO: Major TRAN FROM: Juanita Jones

SUBJECT: Denial of Request for Express Option

Fax: 703-696-1537 Pages: 8
(Including cover sheet)

Phone: 202-231-3613 Date: 7/18/05

Comments:

GAO
Accountability • Integrity • Reliability

United States Government Accountability Office
Washington, DC 20548

Office of General Counsel

# Facsimile Transmission Sheet

Number of pages, including this cover sheet: ____

If transmission problems occur, please call 202-512-9739.
Our fax number is 202-512-9749.

**Date:** July 22, 2005

**Re:** B-296741.2
Protest of Noslot Cleaning Services, Inc.

**From:** Mary G. Curcio, Senior Attorney

| Name | Firm/Agency | Phone | Fax |
|---|---|---|---|
| Janice Davis, Esq. | Davis & Steele | 202-530-5828 | 202-530-5717 |
| Denise B. Carter | Defense Intelligence Agency | 202-231-2838 | 202-231-2831 |

**Comments:** None

GAO
Accountability * Integrity * Reliability

United States Government Accountability Office
Washington, DC 20548

Office of the General Counsel

July 22, 2005

Janice Davis, Esq.
Davis & Steele

Denise B. Carter
Department of Defense
Defense Intelligence Agency

**File:** B-296741.2
**Protester:** Noslot Cleaning Services, Inc.
**Agency:** Defense Intelligence Agency

**NOTIFICATION OF PROTECTIVE ORDER**

Attached is a copy of the protective order issued in connection with this matter. Counsel seeking admission must complete and submit the attached application to our Office within 3 days of receipt of this protective order, with a copy provided simultaneously to all parties; applications for consultants are available upon request. A party objecting to any individual's application must so advise our Office by the second day following receipt of the application. While applications may be filed by facsimile transmission, a hard copy with original signature must also be submitted. Failure to complete the application accurately may result in denial of admission and/or sanction.

Individuals covered under a protective order are required to take all precautions necessary to prevent disclosure of protected material. In addition to physically and electronically securing, safeguarding, and restricting access to the protected material in one's possession, these precautions include, but are not limited to, sending and receiving protected material using physical and electronic methods that are within the control of individuals authorized by this protective order or that otherwise restrict access to protected material to individuals authorized by this protective order. Examples of transmission methods that may require additional precautions include facsimile machines shared with individuals not admitted under this protective order and facsimile-to-electronic mail systems or services. Protected material shall not be sent using electronic mail without the express consent of this Office.

–For the Associate General Counsel

**FOR FURTHER INFORMATION:**

GAO Attorney: Mary G. Curcio; 202-512-9739
Case Status Calls: 202-512-5436; Fax Number 202-512-9749
GAO's Guide to GAO Protective Orders is available at www.gao.gov.

Attachments

***Paragraphs 1, 4, 6, and 7 of the order were revised in February 2002.***

**UNITED STATES GOVERNMENT ACCOUNTABILITY OFFICE**
**OFFICE OF THE GENERAL COUNSEL**
**PROCUREMENT LAW DIVISION**
**Washington, D.C. 20548**

**Matter of:** Noslot Cleaning Services, Inc.

**File:** B-296741.2

**Agency:** Defense Intelligence Agency

**PROTECTIVE ORDER**

This protective order limits disclosure of certain material and information submitted in the above-captioned protest, so that no party obtaining access to protected material under this order will gain a competitive advantage as a result of the disclosure. Material to which parties gain access under this protective order is to be used only for the subject protest proceedings, absent express prior authorization from the Government Accountability Office (GAO). Such authorization must be requested in writing, with notice to all parties.

1. This protective order applies to all material that is identified by any party as protected, unless GAO specifically provides otherwise. Protected material includes information whether on paper or in any electronic format. This protective order applies to all proceedings associated with the protest, e.g., supplemental/amended protests, requests for reconsideration, and claims for costs.

2. Protected material of any kind may be provided only to GAO and to individuals authorized by this protective order. The first page of each document containing protected material is to be clearly marked as follows:

**PROTECTED MATERIAL**
**TO BE DISCLOSED ONLY IN ACCORDANCE WITH**
**GOVERNMENT ACCOUNTABILITY OFFICE PROTECTIVE ORDER**

The party claiming protection must clearly identify the specific portion of the material for which it is claiming protection. Wherever such protection is claimed for a protest pleading, the party filing the pleading shall submit a proposed redacted version for public release when the protected version is filed.

3. Only individuals who are admitted under this protective order by GAO, and support staff (paralegal, clerical, and administrative personnel) who are employed or supervised by individuals admitted under this order, and who are not involved in competitive decisionmaking for a party to the protest or for any firm that might gain a competitive advantage from access to the protected material disclosed under this order, shall have access to information covered by this order. Individuals admitted under this protective order shall advise such support staff, prior to providing them access to protected material, of their obligations under this order.

Revised February 2002

4. Each party included under this protective order shall receive a single copy of the protected material and shall not duplicate that material, except as incidental to its incorporation into a submission to GAO or as otherwise agreed to by the parties with GAO's concurrence. However, each party that receives protected material in an electronic format may print a single copy of that protected material.

5. When any party sends or receives documents in connection with this protest that are not designated as protected, including proposed redacted versions of protected documents, the party shall refrain from releasing the documents to anyone not admitted under this protective order, including clients, until the end of the second working day following receipt of the documents by all parties. This practice permits parties to identify documents that should have been marked protected before the documents are disclosed to individuals not admitted under this protective order.

6. Each individual covered under this protective order shall take all precautions necessary to prevent disclosure of protected material. In addition to physically and electronically securing, safeguarding, and restricting access to the protected material in one's possession, these precautions include, but are not limited to, sending and receiving protected material using physical and electronic methods that are within the control of individuals authorized by this protective order or that otherwise restrict access to protected material to individuals authorized by this protective order. Protected material shall not be sent using electronic mail without the express consent of GAO. The confidentiality of protected material shall be maintained in perpetuity.

7. Within 60 days after the disposition of the protest(s) (or if a request for reconsideration or a claim for costs is filed, 60 days after the disposition of those matters), all protected material furnished to individuals admitted under this protective order, including all copies of such material, with the exception of a single copy of a protected decision or letter issued by our Office, shall be: (1) returned to the party that produced them; or (2) with the prior written agreement of the party that produced the protected material, destroyed and certified as destroyed to the party that produced them; or (3) with the prior written agreement of the party that produced the protected material, retained under the terms of this order for such period as may be agreed. Within the same 60-day period, protected pleadings (including copies in archival files and computer backup files) and written and electronic transcripts of protest conferences and hearings shall be destroyed, and the destruction certified to GAO and the other parties, unless the parties agree otherwise. In the absence of such agreement and for good cause shown, the period for retention of the protected material under this paragraph may be extended by order of GAO. Any individual retaining material received under this protective order (except for the single copy of a protected decision or letter issued by our Office) beyond the 60-day period without the authorization of GAO or the prior written agreement of the party that produced the material is in violation of this order. The terms of this protective order (except those terms regarding the return or destruction of protected material) shall apply indefinitely to the single copy of the protected decision or letter issued by our Office that is retained by a party admitted under this order.

8. Any violation of the terms of this protective order may result in the imposition of such sanctions as GAO deems appropriate, including but not limited to referral of the violation to appropriate bar associations or other disciplinary bodies and restricting the practice of counsel before GAO. A party whose protected information is improperly disclosed shall be entitled to all remedies under law or equity, including breach of contract.

Mary G. Curcio
Senior Attorney

July 22, 2005

GAO
Accountability * Integrity * Reliability

United States Government Accountability Office
Washington, DC 20548

**UNITED STATES GOVERNMENT ACCOUNTABILITY OFFICE**
**OFFICE OF THE GENERAL COUNSEL**
**PROCUREMENT LAW DIVISION**
**Washington, D.C. 20548**

**Matter of:** Noslot Cleaning Services, Inc.

**File:** B-296741.2

**Agency:** Defense Intelligence Agency

**APPLICATION FOR ACCESS TO MATERIAL**
**UNDER A PROTECTIVE ORDER**
**FOR OUTSIDE COUNSEL**

1. I, ______________________, hereby apply for access to protected material covered by the protective order issued in connection with this protest.

2. I am an attorney with the law firm of ________________ and have been retained to represent ____________________, a party to this protest.

3. I am a member of the bar(s) of __________; my bar membership number(s) is/are ____________________.

4. My professional relationship with the party I represent in this protest and its personnel is strictly one of legal counsel. I am not involved in competitive decisionmaking as discussed in U.S. Steel Corp. v. United States, 730 F.2d 1465 (Fed. Cir. 1984), for or on behalf of the party I represent, any entity that is an interested party to this protest, or any other firm that might gain a competitive advantage from access to the material disclosed under the protective order. I do not provide advice or participate in any decisions of such parties in matters involving similar or corresponding information about a competitor. This means that I do not, for example, provide advice concerning or participate in decisions about marketing or advertising strategies, product research and development, product design or competitive structuring and composition of bids, offers, or proposals with respect to which the use of protected material could provide a competitive advantage.

5. I identify here (by writing "none" or listing names and relevant circumstances) those attorneys in my firm who, to the best of my knowledge, cannot make the representations set forth in the preceding paragraph:

(Attach additional pages for this and the following questions, if needed.)

6. I identify here (by writing "none" or listing names, position, and responsibilities) any member of my immediate family who is an officer or holds a management position with an interested party in the protest or with any other firm that might gain a competitive advantage from access to the material disclosed under the protective order:

7. I identify here (by writing "none" or identifying the name of the forum, case number, date, and circumstances) instances within the last 5 years in which I have been denied admission to a protective order, or had admission revoked, or been found to have violated a protective order issued by GAO or by an administrative or judicial tribunal:

8. I identify here (by writing "none" or listing the protest name and file number) any pending application for admission to a protective order issued by GAO:

9. I have read the protective order issued by GAO in this protest, and I will comply in all respects with that order and will abide by its terms and conditions in handling any protected material filed or produced in connection with the protest.

10. I acknowledge that any violation of the terms of the protective order may result in the imposition of such sanctions as GAO deems appropriate, including but not limited to referral of the violation to appropriate bar associations or other disciplinary bodies, and restricting my practice before GAO. I further acknowledge that a party whose protected information is improperly disclosed shall be entitled to all remedies under law or equity, including breach of contract.

CERTIFICATION

By my signature, I certify that, to the best of my knowledge, the representations set forth above (including any attached statements) are true and correct. I recognize that knowingly making a false statement on this application could render me liable to a $10,000 fine or 5 years imprisonment, or both, pursuant to 18 U.S.C. § 1001. I identify below the mailing address and facsimile number at which I may receive protected material in accordance with the terms of the protective order.

Signature

Date Executed

Typed Name and Title

Mailing Address

Facsimile Number

# DEFENSE INTELLIGENCE AGENCY
Bolling AFB, ATTN: AE-2
Washington, DC 20340

Unclas Fax: 202 231-2831

## CONTRACTS MANAGEMENT OFFICE
## OFFICE OF THE ACQUISITION EXECUTIVE (AE)

TO: Maj TRAN FROM: Juanita Jones

SUBJECT: Protest of NOSLOT CLEANING

Fax: 703-696-1537 Pages:
(Including cover sheet)

Phone: Date:

Comments:

DEPARTMENT OF THE ARMY
UNITED STATES ARMY LEGAL SERVICES AGENCY
901 NORTH STUART STREET
ARLINGTON, VA 22203-1837
(703) 696-2825; DSN 426; Fax ext. 1537
E-mail: Peter.Tran@hqda.army.mil

REPLY TO
ATTENTION OF

August 2, 2005

Contract Appeals Division

**VIA FACSIMILE**

Ms. Mary G. Curcio, Esq.
Office of the General Counsel
U.S. Government Accountability Office
441 G. Street, NW
Washington, D.C. 20548

Subject: Protest of NOSLOT Cleaning Services, B-296741.2

Dear Ms. Curcio:

Enclosed please find a letter from the Contracting Officer indicating the Agency's intent to take corrective action. Based upon this corrective action, the agency requests that the subject protests be dismissed as academic. *Dyna-Air Engineering Corp.*, B-278037, Nov. 7, 1997, 97-2 CPD ¶ 132.

If you have any questions regarding this matter, please contact MAJ Peter Tran at (703) 696-2825, facsimile (703) 696-1537.

Sincerely,

Peter H. Tran

Peter H. Tran
Major, U.S. Army
Trial Attorney

Copies Furnished by facsimile:

Protester:

Janice Davis, Esq., DAVIS & STEELE
Telephone: (202) 530-5828; Facsimile: (202) 530-5717

Contracting Officer:

Guy Torres, Defense Intelligence Agency, Virginia Contracting Agency

Telephone: (202) 231-8077; Facsimile: (202) 231-2831

Field Attorney:

LtCol Joe Treanor, Esq., Defense Intelligence Agency
Telephone: (202) 231-2821; Facsimile: (202) 231-2831

**DEFENSE INTELLIGENCE AGENCY**
Office of the Acquisition Executive
Building 6000, Bolling AFB
Washington, D.C. 20340-5100

August 1, 2005

U-2053/AE-2A

MEMORANDUM FOR MAJ Peter Tran, HQ, U.S. Army Legal Service Agency, Contract Appeals Division, Team I, ATTN: JALS-CAI, 901 North Stuart Street, Suite 500, Arlington, Virginia 22203-1837

Subject: B-296741.2; Protest of NOSLOT Cleaning Services, Inc.

Contracting Officer's Notice of Corrective Action

RFP HHM402-05-R-0017 (the "Solicitation") for the procurement of janitorial and custodial services for the Defense Intelligence Analysis Center (DIAC) and its new expansion building was issued on 14 April 2005. The Solicitation closed on 13 May 2005. Nine offers were received in response to the Solicitation. Award was made to The Ravens Group, LLC, on 17 June 2005. NOSLOT Cleaning Services, Inc. was debriefed on 8 July 2005. On 12 July 2005, NOLSOT filed a protest of the award with the Government Accountability Office (GAO) (B-296741.2). Due to the essential nature of the requirements, the DIA HCA, on 13 July 2005, authorized continued performance of the contract pending the outcome of the protest.

The Government has reviewed the allegations contained in the protest filed by NOSLOT Cleaning Services, Inc. Although the protest is not clearly meritorious, the Agency has decided to take the following corrective action. The Agency intends to re-evaluate the nine proposals that were received at the close of the original submission deadline on May 13, 2005. Once the proposals have been re-evaluated, award may be made without discussions. If the Agency determines that discussions are warranted, a competitive range will be established and discussions will be conducted with all offerors within the range. Upon completion of discussions, offerors within the competitive range will be provided the opportunity to submit final revised proposals.

In light of the serious detrimental impact that would result from work stoppage under the present awarded contract, current janitorial and custodial services will continue unimpeded. If after the evaluation, another contractor is deemed the appropriate awardee, the contract with The Ravens Group, LLC, will be terminated for convenience and the appropriate offeror awarded a contract for the reminder of the services required. An amendment to the Solicitation will be issued implementing the corrective action at the close of the protest.

GUY A. TORRES
Contracting Officer

*HQ, U.S. ARMY LITIGATION CENTER*
*DEPARTMENT OF THE ARMY*
*CONTRACT APPEALS DIVISION, USALSA*
*901 N. STUART STREET, SUITE 500*
*ARLINGTON, VA 22203-1837*
*Tracy.Williams@hqda.army.mil*
*(703) 696-2850 phone*
*(703) 696-1537 fax*

# *facsimile transmittal*

Date: August 2, 2005

Re: GAO Protest of **NOSLOT Cleaning Services (B-296741.2)**

From: Tracy Williams, Paralegal Specialist

---

NUMBER OF PAGES (INCLUDING THIS COVER SHEET): 4

| Name | Firm/Agency | Phone No. | Fax No. |
|---|---|---|---|
| *Mary Curcio* | *GAO* | *202-512-9708* | *202-512-9749* |
| *Janice Davis* | *Protester* | *202-530-5828* | *202-530-5717* |
| *LTC Joe Treanor* | *DIA* | *202-231-2821* | *202-231-2831* |
| *Guy Torres* | *Contracting Officer* | *202-231-3613* | *202-231-2831* |

## ***MESSAGE***

**Accompanying this header sheet is the Army's notice of corrective action in the above referenced protest. If transmission problems occur, please contact Ms. Tracy Williams, (703) 696-2850, DSN: 426-2850. Direct all other questions to Major Peter Tran, Trial Attorney at 703-696-2825 or DSN 426-2825.**

Confidentiality Notice

This facsimile transmission and/or the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify this office immediately by telephone or arrange the return of documents.

08/02/05 TUE 07:59 FAX 703 696 1537 001

********************
*** TX REPORT ***
********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 2964 |
| CONNECTION TEL | 9912025129749 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 08/02 07:58 |
| USAGE T | 01'18 |
| PGS. | 4 |
| RESULT | OK |

*HQ, U.S. ARMY LITIGATION CENTER*
*DEPARTMENT OF THE ARMY*
*CONTRACT APPEALS DIVISION, USALSA*
*901 N. STUART STREET, SUITE 500*
*ARLINGTON, VA 22203-1837*
*Tracy.Williams@hqda.army.mil*
*(703) 696-2850 phone*
*(703) 696-1537 fax*

# *facsimile transmittal*

Date: August 2, 2005

Re: GAO Protest of **NOSLOT Cleaning Services (B-296741.2)**

From: Tracy Williams, Paralegal Specialist

---

**NUMBER OF PAGES (INCLUDING THIS COVER SHEET): 4**

| Name | Firm/Agency | Phone No. | Fax No. |
|---|---|---|---|
| *Mary Curcio* | *GAO* | *202-512-9708* | *202-512-9749* |
| *Janice Davis* | *Protester* | *202-530-5828* | *202-530-5717* |
| *LTC Joe Treanor* | *DIA* | *202-231-2821* | *202-231-2831* |
| *Guy Torres* | *Contracting Officer* | *202-231-3613* | *202-231-2831* |

## ***MESSAGE***

137

**Accompanying this header sheet is the Army's notice of corrective action in the above referenced protest. If transmission problems occur, please contact Ms. Tracy Williams, (703) 696-2850, DSN: 426-2850. Direct all other questions to Major Peter Tran, Trial Attorney at 703-696-2825 or DSN 426-2825.**

08/02/05 TUE 15:08 FAX 703 696 1537 001

*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 2971 |
| CONNECTION TEL | 9912025305717 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 08/02 15:07 |
| USAGE T | 01'17 |
| PGS. | 4 |
| RESULT | OK |

*HQ, U.S. ARMY LITIGATION CENTER*
*DEPARTMENT OF THE ARMY*
*CONTRACT APPEALS DIVISION, USALSA*
*901 N. STUART STREET, SUITE 500*
*ARLINGTON, VA 22203-1837*
*Tracy.Williams@hqda.army.mil*
*(703) 696-2850 phone*
*(703) 696-1537 fax*

# *facsimile transmittal*

Date: August 2, 2005

Re: GAO Protest of **NOSLOT Cleaning Services (B-296741.2)**

From: Tracy Williams, Paralegal Specialist

---

**NUMBER OF PAGES (INCLUDING THIS COVER SHEET): 4**

| Name | Firm/Agency | Phone No. | Fax No. |
|---|---|---|---|
| *Mary Curcio* | *GAO* | *202-512-9708* | *202-512-9749* |
| *Janice Davis* | *Protester* | *202-530-5828* | *202-530-5717* |
| *LTC Joe Treanor* | *DIA* | *202-231-2821* | *202-231-2831* |
| *Guy Torres* | *Contracting Officer* | *202-231-3613* | *202-231-2831* |

## ***MESSAGE***

138

**Accompanying this header sheet is the Army's notice of corrective action in the above referenced protest. If transmission problems occur, please contact Ms. Tracy Williams, (703) 696-2850, DSN: 426-2850. Direct all other questions to Major Peter Tran, Trial Attorney at 703-696-2825 or DSN 426-2825.**

*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 2972 |
| CONNECTION TEL | 9912022312831 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 08/02 15:10 |
| USAGE T | 01'18 |
| PGS. | 4 |
| RESULT | OK |

*HQ, U.S. ARMY LITIGATION CENTER*
*DEPARTMENT OF THE ARMY*
*CONTRACT APPEALS DIVISION, USALSA*
*901 N. STUART STREET, SUITE 500*
*ARLINGTON, VA 22203-1837*
*Tracy.Williams@hqda.army.mil*
*(703) 696-2850 phone*
*(703) 696-1537 fax*

# *facsimile transmittal*

Date: August 2, 2005

Re: GAO Protest of **NOSLOT Cleaning Services (B-296741.2)**

From: Tracy Williams, Paralegal Specialist

---

**NUMBER OF PAGES (INCLUDING THIS COVER SHEET): 4**

| Name | Firm/Agency | Phone No. | Fax No. |
|---|---|---|---|
| *Mary Curcio* | *GAO* | *202-512-9708* | *202-512-9749* |
| *Janice Davis* | *Protester* | *202-530-5828* | *202-530-5717* |
| *LTC Joe Treanor* | *DIA* | *202-231-2821* | *202-231-2831* |
| *Guy Torres* | *Contracting Officer* | *202-231-3613* | *202-231-2831* |

## ***MESSAGE***

139

**Accompanying this header sheet is the Army's notice of corrective action in the above referenced protest. If transmission problems occur, please contact Ms. Tracy Williams, (703) 696-2850, DSN: 426-2850. Direct all other questions to Major Peter Tran, Trial Attorney at 703-696-2825 or DSN 426-2825.**

G A O
Accountability * Integrity * Reliability

Comptroller General
of the United States

United States Government Accountability Office
Washington, DC 20548

# Decision

**Matter of:** NOSLOT Cleaning Services, Inc.

**File:** B-296741.2

**Date:** August 4, 2005

## DECISION

NOSLOT Cleaning Services, Inc. protests the award of a contract to The Ravens Group, LLC by the Department of the Army under request for proposals (RFP) No. HHM402-05-R-0017.

Subsequent to the filing of this protest, the agency granted the relief requested, which rendered the protest academic. Since it is not our practice to consider academic questions, the protest is dismissed. Dyna-Air Eng'g Corp., B-278037, Nov.7, 1997, 97-2 CPD ¶ 132.

Anthony H. Gamboa
General Counsel

GAO
Accountability • Integrity • Reliability

United States Government Accountability Office
Washington, DC 20548

Office of General Counsel

# Facsimile Transmission Sheet

Number of pages, including this cover sheet: 2

If transmission problems occur, please call 202-512-9739.
Our fax number is 202-512-9749.

**Date:** August 8, 2005

**Re:** B-296741.2
Protest of Noslot Cleaning Services, Inc.

**From:** Mary G. Curcio, Senior Attorney

| Name | Firm/Agency | Phone | Fax |
|---|---|---|---|
| Janice Davis, Esq. | Davis & Steele | 202-530-5828 | 202-530-5717 |
| Major Peter H. Tran | Defense Intelligence Agency | 703-696-2825 | 703-696-1537 |

**Comments:** None

**5153.9006 – Format for a Bid Protest Action Report.**

**Bid Protest Action Report**

Protester: ______________________________________________

Protest number: __________________________________________

Protest Forum (GAO/AGENCY): ____________________________

Has there been a FOIA request or Congressional, OSD, HQDA, media, or other high level interest in any aspect of the protested acquisition or action (including the time period prior to any protest)?

**Circle One: Preaward/Post Award Negotiated/Sealed Bid**

**Best Value: Yes No**

Description of item or service:

Solicitation No:

Contract No:

Awardee:

Award Date: ____________________. Award Amount:

Estimated Amount (if preaward):
(Do not round off/abbreviate dollar amounts)

**Stop Work? Yes No** If Yes, date issued:

Attorney assigned to the protest (include phone):

Contracting Officer (include phone):

**Lessons Learned** and legal/acquisition costs are to be submitted by letter covering a copy of decision.

******************************
*** MULTI TX/RX REPORT ***
******************************

TX/RX NO 2987
INCOMPLETE TX/RX
TRANSACTION OK (1) 9912025305717
(2) 9912022312831
ERROR

*HQ, U.S. ARMY LITIGATION CENTER*
*DEPARTMENT OF THE ARMY*
*CONTRACT APPEALS DIVISION, USALSA*
*901 N. STUART STREET, SUITE 500*
*ARLINGTON, VA 22203-1837*
*Tracy.Williams@hqda.army.mil*
*(703) 696-2850 phone*
*(703) 696-1537 fax*

# *facsimile transmittal*

Date: August 08, 2005

Re: GAO Protest of **NOSLOT Cleaning Services (B-296741.2)**

From: Tracy Williams, Paralegal Specialist

**NUMBER OF PAGES (INCLUDING THIS COVER SHEET): 5**

| Name | Firm/Agency | Phone No. | Fax No. |
|---|---|---|---|
| *Janice Davis* | *Protester* | *202-530-5828* | *202-530-5717* |
| *LTC Joe Treanor* | *DIA* | *202-231-2821* | *202-231-2831* |
| *Juanita Jones* | *Contracting Officer* | *202-231-3613* | *202-231-2831* |

## ***MESSAGE***

**Accompanying this header sheet is the GAO Decision and After Action Report for the above mentioned protest. If transmission problems occur, please contact Ms. Tracy Williams, (703) 696-2850, DSN: 426-2850. Direct all other questions to Major Peter Tran, Trial Attorney at DSN 426-2825 or commercial at 703-696-2825.**

**143**

**Confidentiality Notice**

This facsimile transmission and/or the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify this office immediately by telephone or arrange the return of documents

*HQ, U.S. ARMY LITIGATION CENTER*
*DEPARTMENT OF THE ARMY*
*CONTRACT APPEALS DIVISION, USALSA*
*901 N. STUART STREET, SUITE 500*
*ARLINGTON, VA 22203-1837*
*Tracy.Williams@hqda.army.mil*
*(703) 696-2850 phone*
*(703) 696-1537 fax*

# *facsimile transmittal*

Date: August 08, 2005

Re: GAO Protest of **NOSLOT Cleaning Services (B-296741.2)**

From: Tracy Williams, Paralegal Specialist

---

NUMBER OF PAGES (INCLUDING THIS COVER SHEET): 5

| Name | Firm/Agency | Phone No. | Fax No. |
|---|---|---|---|
| *Janice Davis* | *Protester* | *202-530-5828* | *202-530-5717* |
| *LTC Joe Treanor* | *DIA* | *202-231-2821* | *202-231-2831* |
| *Juanita Jones* | *Contracting Officer* | *202-231-3613* | *202-231-2831* |

## ***MESSAGE***

**Accompanying this header sheet is the GAO Decision and After Action Report for the above mentioned protest. If transmission problems occur, please contact Ms. Tracy Williams, (703) 696-2850, DSN: 426-2850. Direct all other questions to Major Peter Tran, Trial Attorney at DSN 426-2825 or commercial at 703-696-2825.**

Confidentiality Notice

This facsimile transmission and/or the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify this office immediately by telephone or arrange the return of documents.

ONFIDENTIAL

DEPARTMENT OF THE ARMY
UNITED STATES ARMY LEGAL SERVICES AGENCY
901 NORTH STUART STREET
ARLINGTON, VA 22203-1837
(703) 696-2850 DSN 426; Fax ext. 1537
E-mail: Tracy.Williams@hqda.army.mil

REPLY TO
ATTENTION OF

**S: 23 Agust 2005**

JALS-CA (715y) 08 August 2005

MEMORANDUM FOR HQ, Virginia Contracting Activity/Defense Intelligence Agency,
ATTN: LTC Joe Treanor, DIAC-DAP-2, Building 6000,
Bolling Air Force Base, Washington, DC 20340-5100

SUBJECT: GAO Protest by **NOSLOT Cleaning Services (B-296741.2)**

We enclose for your information and appropriate action a copy of the decision dismissing the subject protests.

1. In accordance with AFARS § 33.190-1, you are required to submit a bid protest after-action report (including agency-level protest) to this office not later than 15 days following the notification of resolution of the protests, including resolution by withdrawal.

2. If you should have any questions or comments, please contact Ms. Tracy Williams, Paralegal Specialist, at DSN 426-2850 or commercial 703-696-2850. Ms. Tracy Williams e-mail address is Tracy.Williams@hqda.army.mil.

Sincerely,

RAYMOND M. SAUNDERS
Chief Attorney for Bid Protests
Contract Appeals Division

Encls
1. Decision
2. After-Action Report Form

Copies Furnished:
Virginia Contracting Activity/Defense Intelligence Agency, ATTN: Juanita Jones, Contracting Officer, Building 6000, Bolling Air Force Base, Washington, DC 20840-5100,
Via facsimile: 202-231-2831

GAO
Accountability * Integrity * Reliability

United States Government Accountability Office
Washington, DC 20548

March 29, 2006

Denise B. Carter
Department of Defense
Defense Intelligence Agency

| | | | |
|---|---|---|---|
| **File:** | B-296741.3 | | |
| **Protester:** | The Ravens Group, Inc. | | |
| **Agency:** | Defense Intelligence Agency | | |
| **Solicitation No.:** | HHM402-05-R-0017 | | |
| **Report Due:** | April 26, 2006 | **Decision Due:** | July 5, 2006 |
| **GAO Attorney:** | Mary G. Curcio | **Phone:** | 202-512-4788 |
| **Official Fax:** | 202-512-9749 | **Case Status:** | 202-512-5436 |

**CONFIRMATION OF REPORT REQUIREMENT**

This confirms our telephonic notice of the protest and report due date indicated above. Please advise us immediately of the individual(s) that will be representing the agency in the protest, including name, address (and Internet e-mail address, if any), and the telephone and fax numbers.

You should notify all intervenors that this protest has been filed and to communicate directly with us in connection with the protest. Copies of the report must be furnished to the protester and all intervenors not later than the date indicated above. Please advise the protester of its obligation to submit comments or request a decision on the existing record within 10 days of its receipt of the agency report. Please also advise all parties of their right to submit comments on the report to GAO within 10 days of its receipt. You should refer to our file number and the GAO attorney assigned in all future correspondence regarding the protest. Any request for dismissal should be filed as soon as practicable after receipt of this notice if the agency seeks resolution of the request by our Office prior to the stated report due date.

For your convenience, following is a list of the type of information to be included in your agency report:

-the contracting officer's statement of the relevant facts;

Protected Information To Be Disclosed Only
In Accordance With United States Court of
Federal Claims Protective Order

-a best estimate of the contract value;

-whether a statutory stay or suspension of performance is in place;

-a memorandum of law;

-a copy of all relevant documents, or portions of documents, not previously produced, including, as appropriate, any agency-level protest and decision, the bid or proposal submitted by the protester, the bid or proposal of the firm being considered for award or whose bid or proposal is being protested, all evaluation documents, the solicitation (with specifications), and the abstract of bids or offers; and

-an index identifying the contents of the report and the location of each document or enclosure. Where portions of the report have been redacted for any party (or where the agency has omitted certain documents from a party's report), please indicate which redactions or omissions apply to each party. Agency reports must be organized through the use of pagination, tabs, and binders, as appropriate.

If the protester has filed a request for specific documents, please provide to all parties and GAO, at least 5 days prior to the report due date, a list of those documents, or portions of documents, that you have released to the protester or intend to produce in your report, and of the documents you intend to withhold and the reasons for the withholding.

GAO bid protest decisions not subject to protective orders are distributed via the GAO Worldwide Web Internet site (www.gao.gov), and in most cases are available within 1 business day of the decision date. We will provide you or your representative e-mail notice of the availability of the decision on this protest upon issuance if you furnish us the e-mail address.

-For the Associate General Counsel

---

GAO accepts bid protests, and subsequent associated filings, by facsimile transmission 24 hours a day, 7 days a week. Our Office hours are 8:30 a.m. until 5:30 p.m., eastern time, Monday through Friday. Documents are considered filed when time/date stamped. Facsimile transmissions will be time/date stamped upon receipt of the entire text of the filing. Correspondence received, and transmissions completed, after our Office hours will be time/date stamped as received on the next business day. When filing a document by facsimile, it is not necessary to file a duplicate original. If a duplicate original is provided, please indicate on the face of the duplicate original that it previously has been telecopied. Please refrain from sending voluminous transmissions; e.g., exhibits should be sent by mail.

GAO bid protest decisions appear at GAO's Worldwide Web Internet site (http://www.gao.gov) for 60 days after issuance, and indefinitely on the GPO WAIS server, which is accessible through the GAO site.

Patrick Henry LLP
7619 Little River Turnpike
Suite 340
Annandale, Virginia 22003
(703) 256-7754
Fax: (703) 256-7883

# FAX COVER SHEET

| | |
|---|---|
| FROM: | Daryle A. Jordan |
| FAX No. | 703.256.7883 |
| PHONE No. | 703.256.7754 |
| Client/Matter: | The Ravens Group, Inc. |
| Date: | March 30, 2006 |

| DOCUMENTS | NUMBER OF PAGES (including cover)* |
|---|---|
| | |
| **Re: Protest No. B-296741.3 and Contract No. HHM40206C0026** | Three (3) |
| | |
| | |

**PLEASE DELIVER TO THE FOLLOWING INDIVIDUALS IN YOUR ORGANIZATION**

| NAME | ORGANIZATION | PHONE # | FAX # |
|---|---|---|---|
| Mr. Guy A. Torres, Contracting Officer | Virginia Contracting Activity, Bolling Air Force Base | 202.231.8077 | 202.231.2831 |
| Ms. Denise B. Carter | Defense Intelligence Agency | 202.231.2838 | 202.231.2831 |
| Mr. Jeff Robertson | The Ravens Group | 301.577.8585 | 301.577.9097 |
| Office of the General Counsel, GAO | Procurement Law Control Group | 202.512.8234 | 202.512.9749 |

*NOT COUNTING COVER SHEET. IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT:

*The information contained in this facsimile message is information protected by attorney-client and/or the attorney/work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via U.S. Postal Service.*

PATRICK HENRY attorneys and counselors at law

7619 Little River Turnpike
Suite 340
Annandale, VA 22003
Tel: 703.256.7754
Fax: 703.256.7883

RICHARD E. PATRICK
admitted in VA, DC

MAYNARD M. HENRY, SR.
admitted in VA, DC, PA, MI

SHARON I. THEODORE-LEWIS
admitted in MD, DC NY, OH

DARYLE A. JORDAN
admitted in VA, DC, PA

Of Counsel

YUVORA NONG
admitted in VA, DC, FL

ETHEL MITCHELL
admitted in MD, DC TX
US Virgin Islands, Ghana

MALIK N. DRAKE
admitted in VA, DC
USPTO Registration

ELTON F. NORMAN
admitted in DC, NY, CA

MARYLAND OFFICE
5900 Princess Garden Parkway
Suite 640
Lanham, MD 20706
Tel: 240.296.3488
Fax: 240.296.3487

March 30, 2006

**Via U.S. Mail and Facismile**
Mr. Guy A. Torres
Contracting Officer
Virginia Contracting Activity
Bolling Air Force Base
200 MacDill Boulevard—Building 6000
Washington, D.C. 20340-5100

**Re: GAO Protest No. B-296741.3**
**Contract No. HHM40206C0026**

Dear Mr. Torres:

This is to notify you that my client, The Ravens Group, Inc. ("Ravens Group") has determined that **it will continue to perform Contract No. HHM30206C0026 until such time that the Government takes appropriate action regarding the automatic stay provisions of the protest procedures in accordance with Federal law.** The bases for this determination are as follows.

Federal law: 1) prohibits the Government from awarding a contract that is protested before award; and 2) requires immediate suspension of performance of a contract that has been protested after award. *See* 31 U.S.C. § 3553 (2005); Federal Acquisition Regulation ("FAR") §33.104. This automatic stay of award or performance can only be overridden by a written finding of "urgent and compelling circumstances" or "best interests of the United States" by the head of the contracting activity on a "nondelegable basis."

As you know, the Defense Intelligence Agency ("DIA") overrode the automatic stay in the original protest of this procurement. That override allowed the Ravens Group to continue performance of the contract pending the resolution of the protests filed in connection with this procurement action. Since the Ravens Group's protest is merely an extension of the original protests, the override remains in effect and the Ravens Group may continue performance of the contract until such time as the head of the contracting agency issues a written finding revoking the override.

PATRICK HENRY
attorneys and counselors at law

Mr. Guy A. Torres
March 30, 2006
Page 2

Alternatively, if the Ravens Group's protest is a new protest and is not merely an extension of the original protests, the automatic stay provisions were again triggered March 28, 2006, when GAO notified DIA of the Ravens Group's current protest. As noted above, this stay can only be overridden by a written finding of "urgent and compelling circumstances" or "best interests of the United States" by the head of the contracting activity on a "nondelegable basis."

Mary Curcio, the General Accountability Office ("GAO") attorney assigned to the above-referenced protest informed me this afternoon that GAO has not received any notice of an override from DIA, which notice is required by law. *See* FAR § 33.104(b)(2); FAR § 33.104(c)(3).

In summary, either a valid override of the original protest is still in effect and the Ravens Group may continue performance of the contract in accordance with that override and law; or, the Ravens Group's protest triggered a new automatic stay which, thus far, DIA has not sought to override. For these reasons, the Ravens Group intends to continue performance of the above-referenced contract until such time as the Government takes appropriate action in accordance with Federal law.

Sincerely,

Daryle A. Jordan

cc: Ms. Denise B. Carter
Chief of Procurement
Defense Intelligence Agency

Mary G. Curcio
Senior Attorney
General Accountability Office

Mr. Joe Ballard
President, The Ravens Group