| Item No. | Supplies/Services | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 0003AA | PROVIDE BASIC CLEANING SERVICES | 12 | MO | | |
| 0003AB | DIAC EXPANSION<br>This CLIN should be an estimate IAW attached SOO and Drawings. The estimated square footage is 470,000. | 12 | MO | | |
| 0004 | OPTION PERIOD III PERIOD OF PERFORMANCE (31 OCTOBER 2008 THROUGH 30 OCTOBER 2009)<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | | | | |
| 0004AA | PROVIDE BASIC CLEANING SERVICES | 12 | MO | | |
| 0004AB | DIAC EXPANSION<br><br>This CLIN should be an estimate IAW attached SOO and Drawings. The estimated square footage is 470,000. | 12 | MO | | |
| 0005 | OPTION PERIOD IV PERIOD OF PERFORMA[NCE] (31 OCTOBER 2009 THROUGH 30 OCTOBER 2010)<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | | $ |
| 0005AA | PROVIDE BASIC CLEANING SERVICES | 12 | MO | | |
| 0005AB | DIAC EXPANSION (31 OCT 2008 THROUGH 30 OCTOBER 2009)<br><br>This CLIN should be an estimate IAW attached SOO and Drawings. The estimated square footage is 470,000. | 12 | MO | | |

| Item No. | Supplies/Services | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 0001 | **BASE YEAR 1 April 2006 through 30 Oct 2006.** The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analyhsis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | | |
| 0001AA | PROVIDE BASIC CLEANING SERVICES | 7 | EA | | |
| 0001AB | DIAC EXPANSION This CLIN should be an estimate IAW attached SOO and Drawings. The estimated square footage is 470,000. | 7 | EA | | |
| 0002 | **OPTION PERIOD I (31 OCT 2006 THROUGH 30 OCTOBER 2007).** The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analyhsis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | | |
| 0002AA | PROVIDE BASIC CLEANING SERVICES | 12 | MO | | |
| 0002AB | DIAC EXPANSION This CLIN should be an estimate IAW attached SOO and Drawings. The estimated square footage is 470,000. | 12 | MO | | |
| 0003 | **OPTION PERIOD II (31 OCT 2007 THROUGH 30 OCTOBER 2008)** The contractor shall provide all personnel, supervison, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | | |

# EXHIBIT 3

VIRGINIA CONTRACTING ACTIVITY
200 MACDILL BLVD., BLDG 6000
BOLLING AIR FORCE BASE
WASHINGTON, D.C. 20340-5100

U-0936/AE-2A

SEP 1 3 2006

Mr. Scott Rowe, President
Rowe Contracting Services, Inc.
5150 Hwy 22, Suite C-11
Mandeville, LA 70471

Dear Mr. Rowe:

Your firm responded to this Agency's Request for Proposal (RFP) for the Janitorial/Custodial Services for the Defense Intelligence Agency, Bolling AFB, Washington, DC. The RFP was issued to twenty (20) contractors and only nine (9) proposals were received. A competitive range was established and, a result, there were five (5) offerors that qualified within the competitive range.

Upon careful reconsideration by the new Source Selection Authority, the following offeror's proposal was selected as being the best value to the Government, price and other factors considered:

NOSLOT Cleaning Services, Inc.
303 Post Office Road, Suite B-3
Waldorf, MD 20602

Total price including the base period and all options --- $19,401,698.00

If you desire a debriefing, please submit your request via fax to Juanita Jones at (202) 231-2831 within three (3) calendar days from receipt of this letter. The Government will provide a written debriefing.

Your proposal indicated that considerable effort was involved in its preparation and DIA appreciates your effort.

Sincerely,

CHEONG S. CHUN
Contracting Officer

# EXHIBIT 4

****PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH GOVERNMENT ACCOUNTABILITY OFFICE PROTECTIVE ORDER****

VIRGINIA CONTRACTING ACTIVITY
200 MACDILL BLVD., BLDG 6000
BOLLING AIR FORCE BASE
WASHINGTON, D.C. 20340-5100

U-0690/AE2A

SEP 15 2006

ROWE
Contracting Services, Inc.
5150 Hwy 22, Suite C-11
Mandeville, LA 70471

RE: DIA Janitorial Services Post-Award debriefing

Dear Mr. Rowe:

In response to your faxed letter dated 14 September 2006, the Government provides a written debriefing in accordance with the FAR 15.506(b).

The award is made based on the solicitation that the Government reserves the right to award to other than the lowest offeror and that an award may be made without discussions or negotiations with offerors. The Government found that Rowe's technical proposal and past performance to be "EXCELLENT." However, the proposed cost has weaknesses.

SELECTION CRITERIA: Each company was evaluated using the same Technical Evaluation Sheets provided by the Contracting Office. The five sub-sub-factors of the Technical evaluation factor were: Understanding and Compliance (25%); Soundness of Approach (25%); Program Management Controls (16.66%); Past/Performance/Relevant Experience (16.66%), and Key Personnel (16.66%). Each company was rated by each member of the panel and a consensus report was produced reflecting the Technical Evaluation Panel's consensus evaluation.

As the new Source Selection Authority for this procurement, I have reviewed the Technical Evaluation Panel's (TEP's) technical evaluations, and I concur with the TEP's evaluation. The following assessments concerning your proposal were found by me.

Advantages:

[redacted]

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH GOVERNMENT ACCOUNTABILITY OFFICE PROTECTIVE ORDER

[redacted]

Disadvantages:

[redacted]

Basis For Award:

This procurement utilizes the best value evaluation criteria identified in the solicitation. In accordance with the RFP, non-price factors (Technical and Past Performance), when combined, were more important than Price. Of the non-price factors, Technical is more important than Past Performance. Award will be made to the responsible offeror whose offer, conforming to the solicitation, is determined to be the best overall value to the Government, price and other factors considered.

Of the five final offerors, Rowe proposes the lowest offer at [redacted]

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN
ACCORDANCE WITH GOVERNMENT
ACCOUNTABILITY OFFICE PROTECTIVE ORDER

cost. [redacted] Rowe's Technical Proposal, page 00014 provides:

[redacted] work [redacted] s is [redacted]

[redacted]

As this is a firm-fixed-price contract, the Government places value on the reduction in risk provided by offers who present realistic price proposals that incorporate acceptable employee wage increases.

If you require additional questions, please call the undersigned at (202) 231-6416.

Sincerely,

CHEONG CHON
Contracting Officer

TOTAL P.008

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH GOVERNMENT ACCOUNTABILITY OFFICE PROTECTIVE ORDER

# EXHIBIT 5

**PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH GOVERNMENT ACCOUNTABILITY OFFICE PROTECTIVE ORDER**

ACCORDANCE WITH GOVERNMENT
ACCOUNTABILITY OFFICE PROTECTIVE ORDER

BASE YEAR [illegible]

| Direct Labor | No Wkrs. | Total Wkly. Hrs. | Total Monthly Hrs. | Total Annual Hrs. | Hourly Rate | Monthly Cost | Annual Cost |
|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | |



TOTAL P.030

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH GOVERNMENT ACCOUNTABILITY OFFICE PROTECTIVE ORDER

[illegible]

| Direct Labor | No Wkrs. | Total Wkly. Hrs. | Total Monthly Hrs. | Total Annual Hrs. | Hourly Rate | Monthly Cost | Annual Cost |
|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN
ACCORDANCE WITH GOVERNMENT
ACCOUNTABILITY OFFICE PROTECTIVE ORDER

[redacted]

| | No Wkrs | Total Wkly. Hrs. | Total Monthly Hrs. | Total Annual Hrs. | Hourly Rate | Monthly Cost | Annual Cost |
|---|---|---|---|---|---|---|---|

[redacted]

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN
ACCORDANCE WITH GOVERNMENT
ACCOUNTABILITY OFFICE PROTECTIVE ORDER

[illegible]

| Direct Labor | No. Wkrs. | Total Wkly. Hrs. | Total Monthly Hrs. | Total Annual Hrs. | Hourly Rate | Monthly Cost | Annual Cost |
|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH GOVERNMENT ACCOUNTABILITY OFFICE PROTECTIVE ORDER

[illegible]

| Direct Labor | No Wkrs. | Total Wkly. Hrs. | Total Monthly Hrs. | Total Annual Hrs. | Hourly Rate | Monthly Cost | Annual Cost |
|---|---|---|---|---|---|---|---|

[redacted]

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH GOVERNMENT ACCOUNTABILITY OFFICE PROTECTIVE ORDER

[redacted]

| Direct Labor | No Wkrs. | Total Wkly. Hrs. | Total Monthly Hrs. | Total Annual Hrs. | Hourly Rate | Monthly Cost | Annual Cost |
|---|---|---|---|---|---|---|---|

[redacted]

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH GOVERNMENT ACCOUNTABILITY OFFICE PROTECTIVE ORDER

[redacted]

| Direct Labor | No Wkrs. | Total Wkly. Hrs. | Total Monthly Hrs. | Total Annual Hrs. | Hourly Rate | Monthly Cost | Annual Cost |
|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH GOVERNMENT ACCOUNTABILITY OFFICE PROTECTIVE ORDER

[illegible]

| Direct Labor | No Wkrs. | Total Wkly. Hrs. | Total Monthly Hrs. | Total Annual Hrs. | Hourly Rate | Monthly Cost | Annual Cost |
|---|---|---|---|---|---|---|---|

[redacted]

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH GOVERNMENT ACCOUNTABILITY OFFICE PROTECTIVE ORDER

[redacted]

| Direct Labor | No Wkrs. | Total Wkly. Hrs. | Total Monthly Hrs. | Total Annual Hrs. | Hourly Rate | Monthly Cost | Annual Cost |
|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH GOVERNMENT ACCOUNTABILITY OFFICE PROTECTIVE ORDER

[redacted]

| Direct Labor | No Wkrs. | Total Wkly. Hrs. | | Total Monthly Hrs. | Total Annual Hrs. | Hourly Rate | Monthly Cost | Annual Cost |
|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH GOVERNMENT ACCOUNTABILITY OFFICE PROTECTIVE ORDER

| Supplies | | | | |
|---|---|---|---|---|
| Item Description | Unit | Cost/Unit | Qty | Amount |
| [redacted] | | | | |

[redacted]

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN
ACCORDANCE WITH GOVERNMENT
ACCOUNTABILITY OFFICE PROTECTIVE ORDER

Expanison

| Item Description | Qty | Unit | Cost/Unit | Amount |
|---|---|---|---|---|

[redacted]

352

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN
ACCORDANCE WITH GOVERNMENT
ACCOUNTABILITY OFFICE PROTECTIVE ORDER

# EXHIBIT 6

****PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH GOVERNMENT ACCOUNTABILITY OFFICE PROTECTIVE ORDER****

# TECHNICAL PROPOSAL

FOR

CUSTODIAL SERVICES

AT THE

DEFENSE INTELLIGENCE ANALYSIS CENTER
(DISC)

AT

BOLLING AFB
WASHINGTON DC

FOR

SOLICITATION NUMBER
HHM402-05-R-0017

SUBMITTED

13 MAY 2005

BY

ROWE CONTRACTING SERVICE, INC.
MANDEVILLE, LOUISIANA 70471

THIS PROPOSAL INCLUDES DATA THAT SHALL NOT BE DISCLOSED OUTSIDE THE GOVERNMENT AND SHALL NOT BE DUPLICATED, USED OR DISCLOSED IN WHOLE OR IN PART-FOR ANY PURPOSE OTHER THAN TO EVALUATE THIS PROPOSAL. IF HOWEVER, A CONTRACT IS AWARDED TO THIS OFEROR AS A RESULT OF/OR IN CONNECTION WITH THE SUBMISSION OF THIS DATA, THE GOVERNMENT SHALL HAVE THE RIGHT TO DUPLICATE, USE, OR DISCLOSE THE DATA TO THE EXTENT PROVIDED IN THE RESULTING CONTRACT. THIS RESTRICTION DOES NOT LIMIT THE GOVERNMENT'S RIGHT TO USE THE INFORMATION CONTAINED IN THIS DATA IF IT IS OBTAINED FROM ANOTHER SOURCE WITHOUT RESTRICTION. THE DATA SUBJECT TO THIS RESTRICTION ARE CONTAINED IN ALL SHEETS FOR SOLICITATION NUMBER HHM402-05-R-0017 AND ITS AMENDMENTS. THE REMAINDER OF THIS FAR PROVISION IS INCORPORATED BY REFERENCE

**PROPRIETARY INFORMATION NOT TO BE DISCLOSED**

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN
ACCORDANCE WITH GOVERNMENT
ACCOUNTABILITY OFFICE PROTECTIVE ORDER

This proposal is in general form and order corresponding to Instructions to Offerors (Addendum 52.212-1), Special Instructions, Evaluation Criteria, respectively pages 37 thru 43. There may be some cross-indexing of references in complying.

This proposal is tabbed for the convenience of the government and the information offered has been confined to essential matters. All other clauses and actions are hereby acknowledged.

## TABLE OF CONTENTS

TAB 1 [redacted]

TAB 2

TAB 3

TAB 4

TAB 5

TAB 6

DISCLOSURE OF DATA CONTAINED ON THIS SHEET IS SUBJECT TO THE RESTRICTIONS ON THE TITLE PAGE OF THIS PROPOSAL

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH GOVERNMENT ACCOUNTABILITY OFFICE PROTECTIVE ORDER

# TECHNICAL CAPABILITIES

[redacted]

DISCLOSURE OF DATA CONTAINED ON THIS SHEET IS SUBJECT TO THE RESTRICTIONS ON THE TITLE PAGE OF THIS PROPOSAL

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN
ACCORDANCE WITH GOVERNMENT
ACCOUNTABILITY OFFICE PROTECTIVE ORDER

[redacted]

DISCLOSURE OF DATA CONTAINED ON THIS SHEET IS SUBJECT TO THE RESTRICTIONS ON THE TITLE PAGE OF THIS PROPOSAL

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN
ACCORDANCE WITH GOVERNMENT
ACCOUNTABILITY OFFICE PROTECTIVE ORDER

[redacted]

DISCLOSURE OF DATA CONTAINED ON THIS SHEET IS SUBJECT TO THE RESTRICTIONS ON THE TITLE PAGE OF THIS PROPOSAL.

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH GOVERNMENT ACCOUNTABILITY OFFICE PROTECTIVE ORDER

DISCLOSURE OF DATA CONTAINED ON THIS SHEET IS SUBJECT TO THE RESTRICTIONS ON THE TITLE PAGE OF THIS PROPOSAL.

## TRANSITION/RETENTION PLAN

[redacted]

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH GOVERNMENT ACCOUNTABILITY OFFICE PROTECTIVE ORDER

DISCLOSURE OF DATA CONTAINED ON THIS SHEET IS SUBJECT TO THE RESTRICTIONS ON THE TITLE PAGE OF THIS PROPOSAL.

[redacted]

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH GOVERNMENT ACCOUNTABILITY OFFICE PROTECTIVE ORDER