# EXHIBIT 7

**PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH GOVERNMENT ACCOUNTABILITY OFFICE PROTECTIVE ORDER**

[redacted]

[redacted]

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN
ACCORDANCE WITH GOVERNMENT
ACCOUNTABILITY OFFICE PROTECTIVE ORDER

[redacted]

[redacted]

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN
ACCORDANCE WITH GOVERNMENT
ACCOUNTABILITY OFFICE PROTECTIVE ORDER

[redacted]

[redacted]

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN
ACCORDANCE WITH GOVERNMENT
ACCOUNTABILITY OFFICE PROTECTIVE ORDER

[redacted]

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN
ACCORDANCE WITH GOVERNMENT
ACCOUNTABILITY OFFICE PROTECTIVE ORDER

BINCS The Business Identification Number Cross-reference System

Return to Search

Search by
Company: NOSLOT CLEANING SERVICES? and State: MD

MULTIPLE RECORD RESULT

PRINTABLE VERSI(

| Company Name | CAGE Code | UPC | DUNS Number | JCP Cert. Number | ZIP | State | Phone |
|---|---|---|---|---|---|---|---|
| NOSLOT CLEANING SERVICES INC | 08BA9 | | | | 20602 | MD | |
| NOSLOT CLEANING SERVICES INC | 0D1R7 | | 049818416 | | 20602 | MD | 30184347 |

Records 1-2

Last Updated: Thursday, October 27, 2005

BINCS The Business Identification Number Cross-reference System

Return to Search

Search by
CAGE Code: 0D1R7

BINCS CROSS REFERENCE PRINTABLE VERSION

| | |
|---|---|
| Company Name: | NOSLOT CLEANING SERVICES INC |
| CAGE Code: | 0D1R7 |
| UPC: | |
| DUNS Number: | 049618416 |
| JCP Cert. Number: | |
| ZIP Code: | 20602 |
| State: | MD |
| Phone: | 3018434743 |

CAGE INFORMATION

| | |
|---|---|
| Company Name: | NOSLOT CLEANING SERVICES INC |
| CAGE Code: | 0D1R7 |
| Status: | A - Active Record |
| Parent CAGE: | |
| Address: | 303 POST OFFICE RD STE B3 |
| P.O. Box: | |
| City: | WALDORF |
| ZIP: | 20602 - 2702 |
| CAO-ADP: | S2101A - HQ0338 |
| State: | MD |
| County: | CHARLES |
| Voice Phone Number: | 301-843-4743 |
| Fax Phone Number: | 301-843-1136 |
| Date CAGE Code Established: | 9/12/1988 |
| Last Updated: | 10/24/2005 |

CCR INFORMATION

| | |
|---|---|
| Company Name: | NOSLOT CLEANING SERVICES, INC |
| Address: | 303 POST OFFICE RD STE B3 |
| City: | WALDORF |
| ZIP Code: | 20602 - 2702 |
| State: | MD |
| Point of Contact: | GEORGE W. TOLSON |
| Contact Phone: | 3018434743 |

Do a CCR Inquiry

**UDCI INFORMATION**

No UDCI information exists

**JCP INFORMATION**

No JCP information exists

*Last Updated: Thursday, October 27, 2005*

[redacted]

[redacted]

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN
ACCORDANCE WITH GOVERNMENT
ACCOUNTABILITY OFFICE PROTECTIVE ORDER

CCR Central Contractor Registration

## Advanced Search Information

Search Again Print Record

FOR OFFICIAL USE ONLY

### General Information

Current Registration Status:Active In CCR; Registration valid until 10/24/2006.

DUNS: 049618416
DUNS PLUS4:
CAGE/NCAGE Code: 0D1R7
Legal Business Name: NOSLOT CLEANING SERVICES, INC
Doing Business As (DBA):
Division Name:
Division Number
Company URL:

Physical Street Address 1:303 POST OFFICE RD STE B3
Physical Street Address 2:
Physical City: WALDORF
Physical State: MD
Physical Zip/Postal Code: 20602-2702
Physical Country: USA

Mailing Name: NOSLOT CLEANING SERVICES, INC.
Mailing Address: 303 POST OFFICE ROAD, SUITE B-3
Mailing Address 2:
Mailing City: WALDORF
Mailing State: MD
Mailing Zip/Postal Code: 20602-2702
Mailing Country: USA

Business Start Date: 03/18/1981

### Corporate Information

Type of Organization
Corporate Entity, Not Tax Exempt
(State of Incorporation is MD)

Business Types/Grants
77 - Service Provider
VN - Contracts
XS - S Corporation

### Goods / Services

North American Industry Classification System (NAICS)
561720 JANITORIAL SERVICES

Standard Industrial Classification (SIC)
7349 BUILDING MAINTENANCE SERVICES, NEC

Product Service Codes (PSC)

S201 CUSTODIAL - JANITORIAL
S214 CARPET LAYING AND CLEANING
S215 WAREHOUSING & STORAGE SERVICES
S216 FACILITIES OPERATIONS SUPPORT
S218 SNOW REMOVAL/SALT SERVICE
S299 OTHER HOUSEKEEPING SVCS

Federal Supply Classification (FSC)

## Small Business Types

SDB, 8A, and HubZone certifications come from the Small Business Administration and are not editable by CCR vendors.

| Business Types | Expiration Date |
|---|---|
| 21 - Small Business | |

North American Industry Classification System (NAICS)

The small business size status is derived from the revenues and/or number of employees entered by the vendor during the registration process.

| NAICS Code | Description | Small Business | Emerging Small Business |
|---|---|---|---|
| 561720 | JANITORIAL SERVICES | Yes | No |

## Points of Contact

Government Business POC Primary

| | |
|---|---|
| Name: | GEORGE W. TOLSON |
| Address Line 1: | 303 POST OFFICE RD. , SUITE B-3 |
| Address Line 2: | |
| City: | WALDORF |
| State: | MD |
| Zip/Postal Code: | 206012204 |
| Country: | USA |
| U.S. Phone: | (301) 843-4743 Ext:12 |
| Non-U.S. Phone: | |
| Fax: | (301) 843-1136 |

Government Business POC Alternate

| | |
|---|---|
| Name: | GEORGE W. TOLSON, JR |
| Address Line 1: | 303 POST OFFICE RD. , SUITE B-3 |
| Address Line 2: | |
| City: | WALDORF |
| State: | MD |
| Zip/Postal Code: | 206022204 |
| Country: | USA |
| U.S. Phone: | (301) 843-4743 Ext:11 |
| Non-U.S. Phone: | |
| Fax: | (301) 843-1136 |

Past Performance POC Primary

| | |
|---|---|
| Name: | |
| Address Line 1: | |
| Address Line 2: | |
| City: | |
| State: | |
| Zip/Postal Code: | |
| Country: | |
| U.S. Phone: | Ext: |
| Non-U.S. Phone: | |
| Fax: | |

Past Performance POC Alternate

| | |
|---|---|
| Name: | |
| Address Line 1: | |
| Address Line 2: | |
| City: | |
| State: | |
| Zip/Postal Code: | |
| Country: | |
| U.S. Phone: | Ext: |
| Non-U.S. Phone: | |
| Fax: | |

Electronic Business POC Primary

| | |
|---|---|
| Name: | GEORGE W. TOLSON, SR. |
| Address Line 1: | 303 POST OFFICE RD., SUITE B-3 |
| Address Line 2: | |
| City: | WALDORF |
| State: | MD |
| Zip/Postal Code: | 20602 |
| Country: | USA |
| U.S. Phone: | (301) 843-4743 Ext: |

Electronic Business POC Alternate

| | |
|---|---|
| Name: | GEORGE W. TOLSON, JR. |
| Address Line 1: | 303 POST OFFICE RD., SUITE B-3 |
| Address Line 2: | |
| City: | WALDORF |
| State: | MD |
| Zip/Postal Code: | 20602 |
| Country: | USA |
| U.S. Phone: | (301) 843-4743 Ext: |

BINCS The Business Identification Number Cross-reference System

Return to Search

Search by
CAGE Code: 08BA9

**BINCS CROSS REFERENCE** PRINTABLE VERSION

| | |
|---|---|
| Company Name: | NOSLOT CLEANING SERVICES INC |
| CAGE Code: | 08BA9 |
| UPC: | |
| DUNS Number: | |
| JCP Cert. Number: | |
| ZIP Code: | 20602 |
| State: | MD |
| Phone: | |

**CAGE INFORMATION**

| | |
|---|---|
| Company Name: | NOSLOT CLEANING SERVICES INC |
| CAGE Code: | 08BA9 |
| Status: | R - Cancelled/Replaced by: 0D1R7 |
| Parent CAGE: | |
| Address: | 303 POST OFFICE RD SUITE B-3 |
| P.O. Box: | |
| City: | WALDORF |
| ZIP: | 20602 |
| CAO-ADP: | S2101A - HQ0338 |
| State: | MD |
| County: | CHARLES |
| Voice Phone Number: | |
| Fax Phone Number: | |
| Date CAGE Code Established: | 12/5/1996 |
| Last Updated: | 12/10/1996 |

**CCR INFORMATION**

No CCR information exists

**UDCI INFORMATION**

No UDCI information exists

**JCP INFORMATION**

DEPARTMENT OF THE ARMY
UNITED STATES ARMY LEGAL SERVICES AGENCY
901 NORTH STUART STREET
ARLINGTON, VA 22203-1837
(703) 696-2825; DSN 426; Fax ext. 1537
E-mail: Peter.Tran@hqda.army.mil

REPLY TO
ATTENTION OF

October 24, 2006

Contract and Fiscal Law Division

**VIA FACSIMILE**

Ms. Mary G. Curcio, Esq.
Office of the General Counsel
U.S. Government Accountability Office
441 G. Street, NW
Washington, D.C. 20548

Subject: Protest of Rowe Contracting Services, Inc., B-296741.9

Dear Ms. Curcio:

Enclosed please find a letter from the Contracting Officer indicating the Agency's intent to take corrective action. Based upon this corrective action, the agency requests that the subject protests be dismissed as academic. *Dyna-Air Engineering Corp.*, B-278037, Nov. 7, 1997, 97-2 CPD ¶ 132.

If you have any questions regarding this matter, please contact MAJ Peter Tran at (703) 696-2825, facsimile (703) 696-1537.

Sincerely,

Peter H. Tran
Major, U.S. Army
Trial Attorney

Copies Furnished by facsimile:

Protester:

Kenneth Weckstein, Esq., Epstein Becker & Green, P.C.
Telephone: (202) 861-0900; Facsimile: (202) 296-2982

Contracting Officer:

Cheong Chon, Defense Intelligence Agency, Virginia Contracting Agency

Telephone: (202) 231-8416; Facsimile: (202) 231-2831

Field Attorney:

LtCol Joe Treanor, Esq., Defense Intelligence Agency
Telephone: (202) 231-2821; Facsimile: (202) 231-2831

DEFENSE INTELLIGENCE AGENCY
Office of the Acquisition Executive
Building 6000, Bolling AFB
Washington, D.C. 20340-5100

October 24, 2006

U-2053/AE-2A

MEMORANDUM FOR MAJ Peter Tran, HQ, U.S. Army Legal Service Agency, Contract Appeals Division, Team I, ATTN: JALS-CAI, 901 North Stuart Street, Suite 500, Arlington, Virginia 22203-1837

Subject: B-296741.9; Protest of Rowe Contracting Services, Inc.

Contracting Officer's Notice of Corrective Action

RFP HHM402-05-R-0017 (the "Solicitation") for the procurement of janitorial and custodial services for the Defense Intelligence Analysis Center (DIAC) and its new expansion building was issued on 14 April 2005. The Solicitation closed on 13 May 2005. Nine offers were received in response to the Solicitation. Award was made to The Ravens Group, LLC, on 17 June 2005. On 12 July 2005 and 19 July 2005, two separate protests were filed with the GAO (B-296741.2 and B-296914). The Agency notified GAO that it intended to take corrective action on 3 August 2005. Consistent with the notice to GAO, the Agency re-evaluated the proposals, conducted discussions and allowed offerors the opportunity to submit final proposal revisions. From the re-evaluation, a new award was made to Rowe Contracting Service, Inc. on 22 March 2006. On 29 March 2006, GAO notified the Agency that Ravens Group had filed a protest. The Agency notified GAO on April 3, 2006 that it intended to conduct a new source selection and issue a new source selection decision. On September 13, 2006, consistent with its notice to GAO, the Agency announced award would be made to NOSLOT pursuant to the new source selection conducted by a new source selection authority. Rowe filed the present protest before GAO on September 26, 2006.

The Government has determined that the awardee, NOSLOT, does not currently possess the Top Secret (TS/SCI) security clearance required by paragraph 24 (Clause 52.999-4031d) of the Solicitation and Amendment 0002. Because NOSLOT is presently ineligible for award, the Agency has decided to take the following corrective action. The Agency intends to terminate the contract with NOSLOT for convenience and conduct a new source selection based on the current proposals. The Agency will not be conducting a new technical evaluation of proposals or accepting revised proposals from any offerors. The new source selection will be based on the offerors' previously submitted proposals. Once a new source selection is completed, a new Source Selection Decision will be issued, and the appropriate offeror will be awarded a contract for the reminder of the services required.

CHEONG J. CHON
Contracting Officer

# DEFENSE INTELLIGENCE AGENCY

Bolling AFB, ATTN: AE-2
Washington, DC 20340

Unclas Fax: 202 231-2831

## CONTRACTS MANAGEMENT OFFICE
## OFFICE OF THE ACQUISITION EXECUTIVE (AE)

**TO:** MAJ Tran **FROM:** Ms. Chon

**SUBJECT:** Protest Ltr "Rowe"

Fax: Pages: 2
(Including cover sheet)

Phone: Date: 24 Oct 06

Comments:

**DEFENSE INTELLIGENCE AGENCY**
Office of the Acquisition Executive
Building 6000, Bolling AFB
Washington, D.C. 20340-5100

October 24, 2006

U-2053/AE-2A

MEMORANDUM FOR MAJ Peter Tran, HQ, U.S. Army Legal Service Agency, Contract Appeals Division, Team I, ATTN: JALS-CAI, 901 North Stuart Street, Suite 500, Arlington, Virginia 22203-1837

Subject: B-296741.9; Protest of Rowe Contracting Services, Inc.

Contracting Officer's Notice of Corrective Action

RFP HHM402-05-R-0017 (the "Solicitation") for the procurement of janitorial and custodial services for the Defense Intelligence Analysis Center (DIAC) and its new expansion building was issued on 14 April 2005. The Solicitation closed on 13 May 2005. Nine offers were received in response to the Solicitation. Award was made to The Ravens Group, LLC, on 17 June 2005. On 12 July 2005 and 19 July 2005, two separate protests were filed with the GAO (B-296741.2 and B-296914). The Agency notified GAO that it intended to take corrective action on 3 August 2005. Consistent with the notice to GAO, the Agency re-evaluated the proposals, conducted discussions and allowed offerors the opportunity to submit final proposal revisions. From the re-evaluation, a new award was made to Rowe Contracting Service, Inc. on 22 March 2006. On 29 March 2006, GAO notified the Agency that Ravens Group had filed a protest. The Agency notified GAO on April 3, 2006 that it intended to conduct a new source selection and issue a new source selection decision. On September 13, 2006, consistent with its notice to GAO, the Agency announced award would be made to NOSLOT pursuant to the new source selection conducted by a new source selection authority. Rowe filed the present protest before GAO on September 26, 2006.

The Government has determined that the awardee, NOSLOT, does not currently possess the Top Secret (TS/SCI) security clearance required by paragraph 24 (Clause 52.999-4031d) of the Solicitation and Amendment 0002. Because NOSLOT is presently ineligible for award, the Agency has decided to take the following corrective action. The Agency intends to terminate the contract with NOSLOT for convenience and conduct a new source selection based on the current proposals. The Agency will not be conducting a new technical evaluation of proposals or accepting revised proposals from any offerors. The new source selection will be based on the offerors' previously submitted proposals. Once a new source selection is completed, a new Source Selection Decision will be issued, and the appropriate offeror awarded a contract for the reminder of the services required.

CHEONG J. CHON
Contracting Officer

10/24/06 TUE 15:05 FAX 703 696 1537 001

*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 4843 |
| CONNECTION TEL | 992022962882 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 10/24 15:03 |
| USAGE T | 01'51 |
| PGS. | 4 |
| RESULT | OK |

*HQ, U.S. ARMY LITIGATION CENTER*
*DEPARTMENT OF THE ARMY*
*CONTRACT AND FISCAL LAW DIVISION, USALSA*
*901 N. STUART STREET, SUITE 500*
*ARLINGTON, VA 22203-1837*
*Tracy.Williams@hqda.army.mil*
*(703) 696-2850 phone*
*(703) 696-1537 fax*

# *facsimile transmittal*

Date: October 24, 2006

Re: GAO Protest of **Rowe Contracting Services** (B-296741.9)

From: Tracy Williams, Paralegal Specialist

---

**NUMBER OF PAGES (INCLUDING THIS COVER SHEET): 4**

| Name | Firm/Agency | Phone No. | Fax No. |
|---|---|---|---|
| *Mary Curcio* | *GAO* | *202-512-* | *202-512-9749* |
| *Kenneth Weckstein* | *Protester* | *202-861-0900* | *202-296-2882* |
| *Lt Col Joe Treanor* | *DIA* | *202-231-2821* | *202-231-2831* |
| *Cheong J. Chon* | *Contracting Officer* | *202-231-8416* | *202-231-2831* |

378

## ***MESSAGE***

**Accompanying this header sheet is the Agency's notice of intent to take corrective action in the above referenced protest. If transmission problems occur, please contact Ms. Tracy Williams, (703) 696-2850, DSN: 426-2850. Direct all other questions to Major Peter Tran, Trial Attorney at 703-696-2825 or DSN 426-2825.**

10/24/06 TUE 14:58 FAX 703 696 1537 001

```
*****************************
***   MULTI TX/RX REPORT   ***
*****************************

TX/RX NO                4842
INCOMPLETE TX/RX
TRANSACTION OK          (1)   992025129749
                        (3)   992022312831
ERROR                   (2)   992022962982
```

*HQ, U.S. ARMY LITIGATION CENTER*
*DEPARTMENT OF THE ARMY*
*CONTRACT AND FISCAL LAW DIVISION, USALSA*
*901 N. STUART STREET, SUITE 500*
*ARLINGTON, VA 22203-1837*
*Tracy.Williams@hqda.army.mil*
*(703) 696-2850 phone*
*(703) 696-1537 fax*

# *facsimile transmittal*

Date: October 24, 2006

Re: GAO Protest of **Rowe Contracting Services** (B-296741.9)

From: Tracy Williams, Paralegal Specialist

---

**NUMBER OF PAGES (INCLUDING THIS COVER SHEET): 4**

| Name | Firm/Agency | Phone No. | Fax No. |
|---|---|---|---|
| *Mary Curcio* | *GAO* | *202-512-* | *202-512-9749* |
| *Kenneth Weckstein* | *Protester* | *202-861-0900* | *202-296-2982* |
| *Lt Col Joe Treanor* | *DIA* | *202-231-2821* | *202-231-2831* |
| *Cheong J. Chon* | *Contracting Officer* | *202-231-8416* | *202-231-2831* |

## ***MESSAGE***

**Accompanying this header sheet is the Agency's notice of intent to take corrective action in the above referenced protest. If transmission problems occur, please contact Ms. Tracy Williams, (703) 696-2850, DSN: 426-2850. Direct all other questions to Major Peter Tran, Trial Attorney at 703-696-2825 or DSN 426-2825.**



**Confidentiality Notice**

This facsimile transmission and/or the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named

*HQ, U.S. ARMY LITIGATION CENTER*
*DEPARTMENT OF THE ARMY*
*CONTRACT AND FISCAL LAW DIVISION, USALSA*
*901 N. STUART STREET, SUITE 500*
*ARLINGTON, VA 22203-1837*
*Tracy.Williams@hqda.army.mil*
*(703) 696-2850 phone*
*(703) 696-1537 fax*

# *facsimile transmittal*

Date: October 24, 2006

Re: GAO Protest of **Rowe Contracting Services (B-296741.9)**

From: Tracy Williams, Paralegal Specialist

---

NUMBER OF PAGES (INCLUDING THIS COVER SHEET): 4

| Name | Firm/Agency | Phone No. | Fax No. |
|---|---|---|---|
| *Mary Curcio* | *GAO* | *202-512-* | *202-512-9749* |
| *Kenneth Weckstein* | *Protester* | *202-861-0900* | *202-296-2982* |
| *Lt Col Joe Treanor* | *DIA* | *202-231-2821* | *202-231-2831* |
| *Cheong J. Chon* | *Contracting Officer* | *202-231-8416* | *202-231-2831* |

## ***MESSAGE***

**Accompanying this header sheet is the Agency's notice of intent to take corrective action in the above referenced protest. If transmission problems occur, please contact Ms. Tracy Williams, (703) 696-2850, DSN: 426-2850. Direct all other questions to Major Peter Tran, Trial Attorney at 703-696-2825 or DSN 426-2825.**

Confidentiality Notice

This facsimile transmission and/or the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify this office immediately by telephone or arrange the return of documents.

*HQ, U.S. ARMY LITIGATION CENTER*
*DEPARTMENT OF THE ARMY*
*CONTRACT AND FISCAL LAW DIVISION, USALSA*
*901 N. STUART STREET, SUITE 500*
*ARLINGTON, VA 22203-1837*
*Tracy.Williams@hqda.army.mil*
*(703) 696-2850 phone*
*(703) 696-1537 fax*

# *facsimile transmittal*

Date: October 24, 2006

Re: GAO Protest of **Rowe Contracting Services (B-296741.9)**

From: Tracy Williams, Paralegal Specialist

---

NUMBER OF PAGES (INCLUDING THIS COVER SHEET): 4

| Name | Firm/Agency | Phone No. | Fax No. |
|---|---|---|---|
| *Mary Curcio* | *GAO* | *202-512-* | *202-512-9749* |
| *Kenneth Weckstein* | *Protester* | *202-861-0900* | *202-296-2882* |
| *Lt Col Joe Treanor* | *DIA* | *202-231-2821* | *202-231-2831* |
| *Cheong J. Chon* | *Contracting Officer* | *202-231-8416* | *202-231-2831* |

## *MESSAGE*

**Accompanying this header sheet is the Agency's notice of intent to take corrective action in the above referenced protest. If transmission problems occur, please contact Ms. Tracy Williams, (703) 696-2850, DSN: 426-2850. Direct all other questions to Major Peter Tran, Trial Attorney at 703-696-2825 or DSN 426-2825.**

Confidentiality Notice

This facsimile transmission and/or the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify this office immediately by telephone or arrange the return of documents.

G A O
Accountability * Integrity * Reliability

Comptroller General
of the United States

United States Government Accountability Office
Washington, DC 20548

# Decision

**Matter of:** Rowe Contracting Services, Inc.

**File:** B-296741.9

**Date:** December 1, 2006

---

**DECISION**

Rowe Contracting Services, Inc. protests the award of a contract to NOSLOT Cleaning Services, Inc. under the Defense Intelligence Agency solicitation No. HHM402-05-R-0017. We view the protest as academic because DIA has decided to terminate NOSLOT's contract and make a new award determination.

The jurisdiction of our Office is established by the bid protest provisions of the Competition in Contracting Act of 1984, 31 U.S.C. §§ 3551-3556 (2000), amended by the Ronald W. Reagan National Defense Authorization Act for Fiscal Year 2005, Pub. L. No. 108-375, § 326, 118 Stat. 1811 (2004). Our role in resolving bid protests is to ensure that the statutory requirements for full and open competition are met. Pacific Photocopy and Research Servs., B-278698, B-278698.3, Mar. 4, 1998, 98-1 CPD ¶ 69 at 4.

The Government Accountability Office will not consider a protest where the issue presented has no practical consequences with regard to an existing federal government procurement, and thus is of purely academic interest. Accordingly, the protest is dismissed.

Gary L. Kepplinger
General Counsel

SEYFARTH SHAW LLP
ATTORNEYS

Und

815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006-4004
(202) 463-2400
Fax (202) 828-5393
www.seyfarth.com

296741.10

# Facsimile Transmission

Date: October 13, 2006

| RECIPIENT | COMPANY | PHONE NO. | FAX NO. |
|---|---|---|---|
| Gary L. Kepplinger | Government Accountability Office | 202-512-5436 | 202-512-9749 |
| Cheong J. Chon | CO -- VA Contracting Activity | 202-231-8416 | 202-231-2831 |

FROM: Grace Bateman
PHONE: (202) 828-5359
RE:

| File No: | 24134-0014 | Number of Pages, Including Cover: | 19 |
|---|---|---|---|

- [x] Hard copy to follow
- [ ] Per your request
- [ ] Please telephone me
- [ ] Hard copy will not follow
- [ ] Please review and revise if necessary

MESSAGE:

Protected Information To Be Disclosed Only
In Accordance With United States Court of
Federal Claims Protective Order

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

ANY TAX INFORMATION OR WRITTEN TAX ADVICE CONTAINED HEREIN (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED TO BE AND CANNOT BE USED BY ANY TAXPAYER FOR THE PURPOSE OF AVOIDING TAX PENALTIES THAT MAY BE IMPOSED ON THE TAXPAYER. (THE FOREGOING LEGEND HAS BEEN AFFIXED PURSUANT TO U.S. TREASURY REGULATIONS GOVERNING TAX PRACTICE.)

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE PHONE (202) 463-2400 AS SOON AS POSSIBLE.

SEYFARTH ATTORNEYS SHAW LLP

815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006-4004
202-463-2400
fax 202-828-5393
www.seyfarth.com

Writer's direct phone
(202) 828-5359
Writer's e-mail
gbateman@seyfarth.com

October 13, 2006

**VIA FACSIMILE 202-512-9749**
**AND U.S. MAIL**

Gary L. Kepplinger, Esq.
General Counsel
Government Accountability Office
441 G Street, NW
Washington, DC 20548

Re: Protest of Olympus Building Services, Inc., U.S. Air Force Solicitation No. HHM402-05-R-0017 For Janitorial Services.

Dear Mr. Kepplinger:

We represent Olympus Building Services, Inc.,[1] ("Olympus"), an offeror in the above U.S. Air Force,[2] ("Air Force" or "agency") procurement for janitorial services at the Defense Intelligence Analysis Center ("DIAC") which is located at Bolling Air Force Base in Washington, D.C. Olympus protests the Air Force's award of a contract for this requirement to NOSLOT Cleaning Services, Inc., ("NOSLOT") based upon the agency's determination that NOSLOT's offer to provide these services for a total price of [redacted] represents the best value to the Government.

[1] Olympus' address is 244 S. Main Street, New Hope, Pennsylvania 18938. Olympus' telephone number is (215) 862-5066 and its facsimile number is (215) 862-7066. The address, telephone and facsimile number of Olympus' counsel are set forth in our letterhead, as well as at the end of this letter.

[2] The Air Force's Contracting Officer is Cheong J. Chon. Cheong Chon's mailing address is Virginia Contracting Activity, 2000 MacDill Blvd., Building 6000, Bolling Air Force Base, Washington, DC 20340-5100. Cheong Chon's telephone number is 202-231-8416, and the facsimile number is 202-231-2831.

**PROTECTED MATERIAL TO BE RELEASED ONLY IN ACCORDANCE WITH GAO PROTECTIVE ORDER**

DC1 30174601.1

BRUSSELS WASHINGTON, D.C. SAN FRANCISCO SACRAMENTO NEW YORK LOS ANGELES HOUSTON CHICAGO BOSTON ATLANTA

SEYFARTH SHAW LLP
ATTORNEYS

815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006-4004
(202) 463-2400
Fax (202) 828-5393
www.seyfarth.com

# Facsimile Transmission

Date: October 13, 2006

| RECIPIENT | COMPANY | PHONE NO. | FAX NO. |
|---|---|---|---|
| Gary L. Kepplinger | Government Accountability Office | 202-512-5436 | 202-512-9749 |
| Cheong J. Chon | CO -- VA Contracting Activity | 202-231-8416 | 202-231-2831 |

FROM: Grace Bateman

PHONE: (202) 828-5359

RE:

File No: 24134-0014 Number of Pages, Including Cover: 19

- [x] Hard copy to follow
- [ ] Per your request
- [ ] Please telephone me
- [ ] Hard copy will not follow
- [ ] Please review and revise if necessary

MESSAGE:

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

ANY TAX INFORMATION OR WRITTEN TAX ADVICE CONTAINED HEREIN (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED TO BE AND CANNOT BE USED BY ANY TAXPAYER FOR THE PURPOSE OF AVOIDING TAX PENALTIES THAT MAY BE IMPOSED ON THE TAXPAYER. (THE FOREGOING LEGEND HAS BEEN AFFIXED PURSUANT TO U.S. TREASURY REGULATIONS GOVERNING TAX PRACTICE.)

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE PHONE (202) 463-2400 AS SOON AS POSSIBLE.

SEYFARTH ATTORNEYS SHAW LLP

815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006-4004
202-463-2400
fax 202-828-5393
www.seyfarth.com

Writer's direct phone
(202) 828-5359

Writer's e-mail
gbateman@seyfarth.com

October 13, 2006

**VIA FACSIMILE 202-512-9749**
**AND U.S. MAIL**

Gary L. Kepplinger, Esq.
General Counsel
Government Accountability Office
441 G Street, NW
Washington, DC 20548

Re: Protest of Olympus Building Services, Inc., U.S. Air Force Solicitation No. HHM402-05-R-0017 For Janitorial Services.

Dear Mr. Kepplinger:

We represent Olympus Building Services, Inc.,[1] ("Olympus"), an offeror in the above U.S. Air Force,[2] ("Air Force" or "agency") procurement for janitorial services at the Defense Intelligence Analysis Center ("DIAC") which is located at Bolling Air Force Base in Washington, D.C. Olympus protests the Air Force's award of a contract for this requirement to NOSLOT Cleaning Services, Inc., ("NOSLOT") based upon the agency's determination that NOSLOT's offer to provide these services for a total price [redacted] represents the best value to the Government.

[1] Olympus' address is 244 S. Main Street, New Hope, Pennsylvania 18938. Olympus' telephone number is (215) 862-5066 and its facsimile number is (215) 862-7066. The address, telephone and facsimile number of Olympus' counsel are set forth in our letterhead, as well as at the end of this letter.

[2] The Air Force's Contracting Officer is Cheong J. Chon. Cheong Chon's mailing address is Virginia Contracting Activity, 2000 MacDill Blvd., Building 6000, Bolling Air Force Base, Washington, DC 20340-5100. Cheong Chon's telephone number is 202-231-8416, and the facsimile number is 202-231-2831.

**PROTECTED MATERIAL TO BE RELEASED ONLY IN ACCORDANCE WITH GAO PROTECTIVE ORDER**

DC1 30174601.1

BRUSSELS WASHINGTON, D.C. SAN FRANCISCO SACRAMENTO NEW YORK LOS ANGELES HOUSTON CHICAGO BOSTON ATLANTA

The Air Force evaluated Olympus' $19,77,058 offer as "Excellent" for both the Technical and Past Performance.

The bases for Olympus' protest are:

1. The Air Force did not properly apply the evaluation factors stated in the solicitation. The solicitation stated that the non-price evaluation factors are Technical and Past Performance. However, the Air Force applied only one non-price evaluation factor, "Technical," and considered Past Performance to be a "sub-sub- factor" in the evaluation.

2. The Air Force did not perform a proper best value analysis because instead of performing a "cost/price-technical tradeoff" between offerors' proposals, as specified in the solicitation, the Air Force performed a "technically acceptable, low price" analysis when it selected NOSLOT for award.

3. The Air Force's Technical and Past Performance evaluations of NOSLOT was irrational because the Air Force determined that NOSLOT's offer and Olympus' offer were [redacted] despite that Olympus received [redacted] ratings for its Technical and Past Performance proposals.

4. The agency's best value determination is unreasonable because it is based on flawed Technical and Past Performance evaluations.

This protest is timely filed within five days of October 11, 2006, the date on which the Air Force provided a debriefing to Olympus following Olympus' timely request for a debriefing. Pursuant to the Competition In Contracting Act ("CICA"), 31 U.S.C. 3553(d), Olympus is entitled to a stay of contract performance in that Olympus has filed this protest, and the agency will receive notice of the protest, within five days of the debriefing.

## SUMMARY OF FACTS

### I. The Air Force Solicited Offers To Provide Janitorial Services At The DIAC Facility.

#### A. The Solicitation Described A Best Value Procurement Conducted Via Competitive Negotiation.

The Air Force's Virginia Contracting Activity, located at Bolling Air Force Base, issued Solicitation No. HHM402-05-R-0017 for janitorial services at DIAC on April 14, 2005.[3] This "best value" commercial item procurement was conducted via competitive negotiation. The solicitation sought fixed-price offers for janitorial services to the Air Force for a base year, and four option years.

#### B. The Solicitation's Evaluation Plan Identified "Technical" And "Past Performance" As The Two Non-Price Evaluation Factors.

The Evaluation Plan in the solicitation stated that Government would make an award to the responsible offeror whose offer, conforming to the solicitation, will be most advantageous to the Government, price and other factors considered. Federal Acquisition Regulation ("FAR") 52.212-2. Further, the Evaluation Plan stated that the two non-price evaluation factors were "Technical" and "Past Performance":

> The following factors shall be used to evaluate offers: **Technical and Past Performance.**

Solicitation, p. 13. In addition, as provided in FAR 15.101-1, the solicitation stated that "[t]he Government will perform a trade-off analysis of non-price factors against price to determine the best value to the Government." Solicitation, p. 40. The solicitation did not state the relative weights

[3] This is the Air Force's third solicitation for this requirement. Two previous Air Force contract awards were protested, and the Air Force eventually canceled the awards and resolicited.

of Technical, Past Performance, and Price in the evaluation. However, the Evaluation Plan provided notice that the Air Force considered non-price factors to be more important than price:

> (c) Relative weight. Non-price factors (Technical and Past Performance), when combined, are more important than price. Of the non-price factors, technical is more important than Past Performance. The importance of price in the evaluation for award will increase as the relative differences in non-price factors of offerors decreases.

Solicitation, p. 40, (emphasis added).

**II. The Air Force Evaluated Offers And Selected NOSLOT For Award.**

The Air Force issued the solicitation to 20 contractors, and received nine proposals in response. The Air Force then established a competitive range consisting of five offerors, including Olympus and NOSLOT. Olympus submitted a proposal that fully complied with the minimum mandatory requirements of the Air Force solicitation, at a total price of [redacted]

By letter dated September 13, 2006, the Air Force informed the five offerors within the competitive range that it had selected NOSLOT for contract award. Specifically, the Air Force indicated that it had determined NOSLOT's offer, at a total price of [redacted] to represent the "best value" to the Government, price and other factors considered. (Attachment A) NOSLOT's price is less than [redacted] lower than Olympus' offered price.

**III. The Air Force Provided A Timely Debriefing To Olympus; Olympus Protests The NOSLOT Award.**

**A. The Debriefing Revealed That The Air Force Did Follow The Evaluation Plan Stated In The Solicitation When It Selected NOSLOT For Award.**

By letter dated September 15, 2006, Olympus timely requested a debriefing on the Air Force's award decision. Nearly four weeks later, by letter dated October 11, 2006, the Air Force provided a written debriefing to Olympus. (Attachment B) The debriefing revealed that instead of following the Evaluation Plan stated in the solicitation, which identified two non-price evaluation

SEYFARTH SHAW LLP ATTORNEYS



factors, Technical and Past Performance, the Air Force had used only one evaluation factor, Technical, and had considered Past Performance as a "sub-sub-factor" when it selected NOSLOT for award:

> SELECTION CRITERIA: Each company was evaluated using the same Technical Evaluation Sheets provided by the Contracting Office. The five sub-sub-factors of the Technical evaluation factor were: Understanding and Compliance (25%); Soundness of Approach (25%); Program Management Controls(16.66%); Past Performance/Relevant Experience (16.66%), and Key Personnel (16.66%).

Attachment B, p. 1, (emphasis added).

**B. The Debriefing Also Revealed That The Air Force Had Not Made A Proper Cost/Price-Technical Tradeoff Determination, Instead Selecting The Low-Price Technically Acceptable Offer.**

The debriefing letter further revealed that the Air Force had not performed a proper cost/price-technical tradeoff as provided in the Evaluation Plan. Instead, the debriefing letter indicated that Air Force had given Olympus "Excellent" ratings for Technical and Past performance, but the Air Force did not make a qualitative comparison of Olympus' ratings with those of the other four offerors in the competitive range. Instead, it appears that the Air Force determined that the other offerors' proposals were "comparable" to Olympus' proposal and then based the award decision solely on price:

> The Government found that Olympus' technical proposal and past performance to be [redacted] However, However [sic], the proposed cost was not as advantageous as proposed by other comparable offerors.
>
> * * *
>
> NOSLOT, a comparable offeror with a lower proposed price, was awarded the contract.

**PROTECTED MATERIAL TO BE RELEASED ONLY IN ACCORDANCE WITH GAO PROTECTIVE ORDER**