(2) negotiate in good faith a plan with a successor to determine the nature and extent of phase-in, phase-out services required. The plan shall specify a training program and a date for transferring responsibilities for each division of work described in the plan, and shall be subject to the Contracting Officer's approval. The Contractor shall provide sufficient experienced personnel during the phase-in, phase-out period to ensure that the services called for by this contract are maintained at the required level of proficiency.

(c) The Contractor shall allow as many personnel as practicable to remain on the job to help the successor maintain the continuity and consistency of the services required by this contract. The Contractor also shall disclose necessary personnel records and allow the successor to conduct on-site interviews with these employees. If selected employees are agreeable to the change, the Contractor shall release them at a mutually agreeable date and negotiate transfer of their earned fringe benefits to the successor.

(d) The Contractor shall be reimbursed for all reasonable phase-in, phase-out costs (i.e., costs incurred within the agreed period after contract expiration that result from phase-in, phase-out operations) and a fee (profit) not to exceed a pro rata portion of the fee (profit) under this contract.

(End of clause)

**17. 52.242-15 STOP-WORK ORDER (AUG 1989)**

(a) The Contracting Officer may, at any time, by written order to the Contractor, require the Contractor to stop all, or any part, of the work called for by this contract for a period of 90 days after the order is delivered to the Contractor, and for any further period to which the parties may agree. The order shall be specifically identified as a stop-work order issued under this clause. Upon receipt of the order, the Contractor shall immediately comply with its terms and take all reasonable steps to minimize the incurrence of costs allocable to the work covered by the order during the period of work stoppage. Within a period of 90 days after a stop-work is delivered to the Contractor, or within any extension of that period to which the parties shall have agreed, the Contracting Officer shall either--

(1) Cancel the stop-work order; or

(2) Terminate the work covered by the order as provided in the Default, or the Termination for Convenience of the Government, clause of this contract.

(b) If a stop-work order issued under this clause is canceled or the period of the order or any extension thereof expires, the Contractor shall resume work. The Contracting Officer shall make an equitable adjustment in the delivery schedule or contract price, or both, and the contract shall be modified, in writing, accordingly, if--

(1) The stop-work order results in an increase in the time required for, or in the Contractor's cost properly allocable to, the performance of any part of this contract; and

(2) The Contractor asserts its right to the adjustment within 30 days after the end of the period of work stoppage; provided, that, if the Contracting Officer decides the facts justify the action, the Contracting Officer may receive and act upon the claim submitted at any time before final payment under this contract.

(c) If a stop-work order is not canceled and the work covered by the order is terminated for the convenience of the Government, the Contracting Officer shall allow reasonable costs resulting from the stop-work order in arriving at the termination settlement.

(d) If a stop-work order is not canceled and the work covered by the order is terminated for default, the Contracting Officer shall allow, by equitable adjustment or otherwise, reasonable costs resulting from the stop-work order.

(End of clause)

**18. 52.243-1 CHANGES--FIXED-PRICE (AUG 1987)**

(a) The Contracting Officer may at any time, by written order, and without notice to the sureties, if any, make changes within the general scope of this contract in any one or more of the following:

(1) Drawings, designs, or specifications when the supplies to be furnished are to be specially manufactured for the Government in accordance with the drawings, designs, or specifications.

(2) Method of shipment or packing.

(3) Place of delivery.

(b) If any such change causes an increase or decrease in the cost of, or the time required for, performance of any part of the work under this contract, whether or not changed by the order, the Contracting Officer shall make an equitable adjustment in the contract price, the delivery schedule, or both, and shall modify the contract.

(c) The Contractor must assert its right to an adjustment under this clause within 30 days from the date of receipt of the written order. However, if the Contracting Officer decides that the facts justify it, the Contracting Officer may receive and act upon a proposal submitted before final payment of the contract.

(d) If the Contractor's proposal includes the cost of property made obsolete or excess by the change, the Contracting Officer shall have the right to prescribe the manner of the disposition of the property.

(e) Failure to agree to any adjustment shall be a dispute under the Disputes clause. However, nothing in this clause shall excuse the Contractor from proceeding with the contract as changed.

(End of clause)

19. 52.245-4 GOVERNMENT-FURNISHED PROPERTY (SHORT FORM) (JUNE 2003)

(a) The Government shall deliver to the Contractor, at the time and locations stated in this contract, the Government- furnished property described in the Schedule or specifications. If that property, suitable for its intended use, is not delivered to the Contractor, the Contracting Officer shall equitably adjust affected provisions of this contract in accordance with the Changes clause when--

(1) The Contractor submits a timely written request for an equitable adjustment; and

(2) The facts warrant an equitable adjustment.

(b) Title to Government-furnished property shall remain in the Government. The Contractor shall use the Government- furnished property only in connection with this contract. The Contractor shall maintain adequate property control records in accordance with sound industrial practice and will make such records available for Government inspection at all reasonable times, unless the clause at Federal Acquisition Regulation 52.245-1, Property Records, is included in this contract.

(c) Upon delivery of Government-furnished property to the Contractor, the Contractor assumes the risk and responsibility for its loss or damage, except--

(1) For reasonable wear and tear;

(2) To the extent property is consumed in performing this contract; or

(3) As otherwise provided for by the provisions of this contract.

467

(d) Upon completing this contract, the Contractor shall follow the instructions of the Contracting Officer regarding the disposition of all Government-furnished property not consumed in performing this contract or previously delivered to the Government. The Contractor shall prepare for shipment, deliver f.o.b. origin, or dispose of the Government property, as may be directed or authorized by the Contracting Officer. The net proceeds of any such disposal shall be credited to the contract price or shall be paid to the Government as directed by the Contracting Officer.

(e) If this contract is to be performed outside the Untied States and its outlying areas, the words "Government" and "Government-furnished" (wherever they

appear in this clause) shall be construed as "United States Government" and "United States Government-furnished," respectively.

(End of clause)

**20. 52.246-4 INSPECTION OF SERVICES--FIXED-PRICE (AUG 1996)**

(a) Definitions. "Services," as used in this clause, includes services performed, workmanship, and material furnished or utilized in the performance of services.

(b) The Contractor shall provide and maintain an inspection system acceptable to the Government covering the services under this contract. Complete records of all inspection work performed by the Contractor shall be maintained and made available to the Government during contract performance and for as long afterwards as the contract requires.

(c) The Government has the right to inspect and test all services called for by the contract, to the extent practicable at all times and places during the term of the contract. The Government shall perform inspections and tests in a manner that will not unduly delay the work.

(d) If the Government performs inspections or tests on the premises of the Contractor or a subcontractor, the Contractor shall furnish, and shall require subcontractors to furnish, at no increase in contract price, all reasonable facilities and assistance for the safe and convenient performance of these duties.

(e) If any of the services do not conform with contract requirements, the Government may require the Contractor to perform the services again in conformity with contract requirements, at no increase in contract amount. When the defects in services cannot be corrected by reperformance, the Government may (1) require the Contractor to take necessary action to ensure that future performance conforms to contract requirements and (2) reduce the contract price to reflect the reduced value of the services performed.

(f) If the Contractor fails to promptly perform the services again or to take the necessary action to ensure future performance in conformity with contract requirements, the Government may (1) by contract or otherwise, perform the services and charge to the Contractor any cost incurred by the Government that is directly related to the performance of such service or (2) terminate the contract for default.

(End of clause)

**21. 52.249-4 TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (SERVICES) (SHORT FORM) (APR 1984)**

The Contracting Officer, by written notice, may terminate this contract, in whole or in part, when it is in the Government's interest. If this contract is terminated, the Government shall be liable only for payment under the payment provisions of this contract for services rendered before the effective date of termination.

(R 7-1902.16 1968 FEB)

**22. 52.249-8 DEFAULT (FIXED-PRICE SUPPLY AND SERVICE) (APR 1984)**

(a)(1) The Government may, subject to paragraphs (c) and (d) of this clause, by written notice of default to the Contractor, terminate this contract in whole or in part if the Contractor fails to--

(i) Deliver the supplies or to perform the services within the time specified in this contract or any extension;

(ii) Make progress, so as to endanger performance of this contract (but see subparagraph (a)(2) of this clause); or

(iii) Perform any of the other provisions of this contract (but see subparagraph (a)(2) of this clause).

(2) The Government's right to terminate this contract under subdivisions (a)(1)(ii) and (1)(iii) of this clause, may be exercised if the Contractor does not cure such failure within 10 days (or more if authorized in writing by the Contracting Officer) after receipt of the notice from the Contracting Officer specifying the failure.

(b) If the Government terminates this contract in whole or in part, it may acquire, under the terms and in the manner the Contracting Officer considers

appropriate, supplies or services similar to those terminated, and the Contractor will be liable to the Government for any excess costs for those supplies or services. However, the Contractor shall continue the work not terminated.

(c) Except for defaults of subcontractors at any tier, the Contractor shall not be liable for any excess costs if the failure to perform the contract arises from causes beyond the control and without the fault or negligence of the Contractor. Examples of such causes include (1) acts of God or of the public enemy, (2) acts of the Government in either its sovereign or contractual capacity, (3) fires, (4) floods, (5) epidemics, (6) quarantine restrictions, (7) strikes, (8) freight embargoes, and (9) unusually severe weather. In each instance the failure to perform must be beyond the control and without the fault or negligence of the Contractor.

(d) If the failure to perform is caused by the default of a subcontractor at any tier, and if the cause of the default is beyond the control of both the Contractor and subcontractor, and without the fault or negligence of either, the Contractor shall not be liable for any excess costs for failure to perform, unless the subcontracted supplies or services were obtainable from other sources in sufficient time for the Contractor to meet the required delivery schedule.

(e) If this contract is terminated for default, the Government may require the Contractor to transfer title and deliver to the Government, as directed by the Contracting Officer, any (1) completed supplies, and (2) partially completed supplies and materials, parts, tools, dies, jigs, fixtures, plans, drawings, information, and contract rights (collectively referred to as "manufacturing materials" in this clause) that the Contractor has specifically produced or acquired for the terminated portion of this contract. Upon direction of the Contracting Officer, the Contractor shall also protect and preserve property in its possession in which the Government has an interest.

(f) The Government shall pay contract price for completed supplies delivered and accepted. The Contractor and Contracting Officer shall agree on the amount of payment for manufacturing materials delivered and accepted and for the protection and preservation of the property. Failure to agree will be a dispute under the Disputes clause. The Government may withhold from these amounts any sum the Contracting Officer determines to be necessary to protect the Government against loss because of outstanding liens or claims of former lien holders.

(g) If, after termination, it is determined that the Contractor was not in default, or that the default was excusable, the rights and obligations of the parties shall be the same as if the termination had been issued for the convenience of the Government.

(h) The rights and remedies of the Government in this clause are in addition to any other rights and remedies provided by law or under this contract.

(End of clause)

**23. 52.999-4024 CONTRACTOR CONTRACT ADMINISTRATOR(S)**

Designate below the person(s) whom the government may contact for prompt action on matters pertaining to administration of the contract.

NAME: ___________

TITLE: ___________

TELEPHONE NUMBER: ___________

**24. 52.999-4031 SECURITY REQUIREMENTS**

a. The Contractor shall maintain and administer a security program in accordance with Industrial Security Manual DoD 5220.22M and DIA Manual 50-5. Copies of these documents are available for review in the office of the Contracting Officer.

b. Loss or suspension of required security clearance as set forth on the DD Form 254, "Contract Security Classification Specifications," would result in contractor's inability to perform in accordance with the terms and conditions of this contract. As a result of this failure to perform, the contractor is subject to default under the appropriate termination clause herein.

c. The Government reserves the right to direct any contractor employee to be removed from performance, direct or indirect, whenever there is probable cause to believe, on the basis of all facts available, that such action is

warranted in the interest of national security, whether or not the cause is deemed of sufficient severity to warrant action to terminate the Contractor's or individual's security clearance. The Government also reserves the right to direct any contractor employee to be removed from performance, direct or indirect, for the period of time necessary to conduct any investigation of alleged misconduct which may in the opinion of the Contracting Officer jeopardize the security of the project.

d. Military security requirements in the performance of this contract shall be maintained in accordance with the DD Form 254 listed in Section J. The highest classification involved in the performance of this contract is _TOP SECRET/SENSITIVE COMPARTMENT INFORMATION TS/SCI__________

This contract document is unclassified.

e. The contractor will not use any electrical information processing equipment in his possession for the purpose of processing or transmitting classified information under this contract without the written permission of the Contracting Officer.

25.

PROVISIONS INCORPORATED BY FULL TEXT

ADDENDUM TO 52.212-1, INSTRUCTION TO OFFERORS - COMMERCIAL ITEMS (OCT 2000)

(1) *Preparation of Proposal.*

1. This section specifies the format that offerors shall use in this Request for Proposal (RFP). The intent is not to restrict the offerors in the manner in which they will perform their work, but rather to ensure a certain degree of uniformity in the format of the response for evaluation purposes.

2. The offerors's proposal, as a minimum, shall consist of past performance information, technical proposal, price proposal, and a signed SF 1449. The offeror shall acknowledge all amendments and complete the necessary fill-ins and certifications in provisions 52.212-3 and return in their entirety with proposals. The Government contemplates incorporating the price proposal and technical proposal into any resulting contract. The Government, at its discretion, may incorporate all or portions of an offeror's proposal at contract award.

3. The offeror's proposal shall provide convincing rationale to address how the offeror intends to meet these requirements. Offerors shall assume that the Government has no prior knowledge of their experience and will base its evaluation on the information presented in the offeror's proposal. The offeror is reminded that the Government reserves the right to award this effort based on the initial proposal, as received, without discussion.

4. The proposal must include all data and information requested by the Instructions To Offerors (ITO) and must be submitted in accordance with these instructions. The offer shall be compliant with the requirements as stated in Statement of Objectives (SOO). Non-conformance with the instructions provided in this section may result in offeror's proposal being determined unacceptable.

5. The proposal shall be clear, concise, and shall include sufficient detail for effective evaluation and for substantiating the validity of stated claims. The proposal shall not simply rephrase or restate the Government's requirements, but rather shall provide convincing rationale to address how the offeror intends to meet these requirements.

6. Proposal Format and Content.

i. Paper, Page Size and Format. Page size shall be 8.5 x 11 inches. Pages shall be single-spaced. Use at least 1 inch margins on the top, bottom and side margins.

ii. Text Spacing and Type. Except for the reproduced sections of the solicitation document, the text size shall be no less than 12 point. Pages shall be numbered sequentially by section.

iii. Illustrations and Tables. Tables, charts, graphs, diagrams and figures shall be used wherever practical to depict organizations, systems and layout, implementation schedules, plans, etc. These displays shall be uncomplicated, legible and shall not exceed 8.5 x 11 inches. Foldout pages shall not be used. For tables, charts, graphs and figures, the text shall be no smaller than 16 pitch. Elaborate formats, bindings or color presentations are not required. Elaborate brochures or documentation, binding, detailed artwork, or other embellishments are not required and neither are they desired.

iv. Number of Copies/Page Limits. The offeror shall prepare the proposal as set forth in the Proposal Organization Table below. The "original"

proposal shall be clearly marked. The titles and contents of the sections shall be as defined in the table, all of which shall be within the required page limits and with the number of copies specified. When both sides of a sheet display printed material, it shall be counted as 2 pages. Pages exceeding this page limitation set forth will not be read or evaluated and will be removed from the proposal. The contents of each proposal section are described as noted in the table below.

| Section | Paragraph # | Title | Original plus # of Copies | Maximum Page Limit |
|---|---|---|---|---|
| I | 8i | Technical Capability | 3 | 60 |
| II | 8ii | Relevant Past and Present Performance | 3 | 25, Excluding Questionnaires |
| III | 8iii | Cost/Price | 3 | None |

7. Distribution. **Proposals shall be mailed or hand carry to the following address:**
**Virginia Contracting Activity (AE-2A), Attn: Ms. Juanita Jones 200 MacDill Blvd, Bolling AFB, DC 20340-5100; Fax: 202-231-2831, Phone: 202-231-3613**

8. Special Instructions.

i. Part I - Technical Proposal Section

(A) The contract shall prepare their proposal IAW the instructions given: " See **ADDENDUM TO 52.212-1, INSTRUCTION TO OFFERORS"**

ii. Part II - Past and Present Performance Information Section.

(A) Provide any information currently available (letters, metrics, customers survey, independent surveys, etc.) which demonstrates customer satisfaction with overall job performance and quality of completed product for same or similar type discipline in the past three Periods. In addition, explain corrective actions taken in the past, if any, for substandard performance and any current performance problems such as cost overruns, extended performance periods, etc.

(B) Offeror shall provide the past performance survey at attachment I to their references for them to complete and return directly to the contracting office, attention Juanita Jones. The Government will evaluate the quality and extent of offeror's experience deemed relevant to the requirements of this RFP. The Government will use information submitted by the offeror and other sources such as the Federal Government offices and commercial sources, to assess experience. Provide a list of at least three (3), but no more than five (5), of the most relevant contracts performed for Federal agencies and commercial customers within the last 3 years of this solicitation closing date that demonstrate your ability to perform the proposed effort. Relevant contracts includes, but are not limited to, providing school bus transportation services. Past performance regarding predecessor companies, key personnel who have relevant experience, or subcontractors that will perform major or critical aspects of the requirement will be given a rating. Offerors with no relevant past or present performance history shall receive the rating "neutral", meaning the rating is rated neither favorable nor unfavorably.

(C) The Government will evaluate each offeror on its performance under existing and prior contracts for similar services. The Government will use performance information for both responsibility determinations and as an evaluation factor in determining the acceptability of an offeror. The Government may contact references, other than those identified by the offeror, and use the information received to evaluate the offeror's past performance.

iii. PART III- Cost/Price Section.

(A) Complete blocks 12, 17a, 17b, 30a, 30b and 30c of the Standard Form 1449. In doing so, the offeror accedes to the contract terms and conditions as written in the RFP. This RFP constitutes the model contract.

(B) Insert proposed unit and extended prices for each Contract Line Item, including all option periods, on pages 2 and 3. The offeror shall include a fully completed price schedule of the solicitation in this section of their proposal. Any offeror, which fails to cite a price for each item, or fails to make an entry, will be rejected as non-responsive to this solicitation. Only firm-fixed price offers will be evaluated.

(C) Note that unrealistically low or high proposed costs or prices, initially or subsequently, may be grounds for eliminating a proposal from competition either on the basis that the offeror does not understand the requirement or has made an unrealistic proposal. An offer using a sliding price scale or subject to escalation based on any contingency will not be accepted and will be considered as non-responsive to this solicitation. Offers should be sufficiently detailed to demonstrate their reasonableness. The burden of proof for credibility of proposed costs/prices rest with the offeror.

(D) If additional information is required to support price reasonableness, each offeror may be requested to provided a hard copy of the following information listed below from the prime offeror and any subcontractors.

1) Direct Labor- List the straight time and overtime productive labor hours, whether compensated or uncompensated, and the average hourly rates and cost for each individual job classification. Provide supporting rationale and methodology used for labor rate development of each classification. Include an explanation of any differential payments included in the labor rate development for multi-shift effort or non-standard workweek schedules. For proposal purposes, the cost of non-productive is to be classified as labor burden expense.

2) Other Direct Costs - Identify the type and amount of order costs to be charged directly to contemplated contract and which are not included elsewhere in the price proposal. Summarize the costs of recruitment and relocation. Include in supporting data a brief description of the items, quantities, unit costs, and basis of cost estimates.

3) Burden and Indirect Expense Pools - Show the composition of each burden and indirect expense pool proposed. List the elements of each pool, amount of each element base, rate and include any other supporting data which would facilitate audit and computation.

4) Overhead - Submit a separate breakdown for each indirect overhead expense pool, such as local, division, and home office overheads, procurement and material handling burdens, occupancy, and service center.

5) G&A - Submit a separate breakdown for corporate home office or segment expense pools.

6) Provide explanation of what is considered direct labor and indirect labor.

7) Submit for evaluation a total compensation plan setting forth proposed salaries and fringe benefits for professional employees working on the contract. Supporting information will include date, such as recognized national and regional compensation surveys and studies of professional, public and private organizations, used in establishing the total compensation structure.

Add Paragraph (m), *Government Contract Files*, the Government will retain one copy of all unsuccessful proposals. Unless the offeror provides written request otherwise, the Government will destroy extra copies of such unsuccessful proposals. After contract award, unsuccessful proposals will be destroyed except for one copy, which will be retained with the contract file.

## EVALUATION CRITERIA

CRITERIA FOR CONTRACT AWARD:

(a) Basis for Award. Award will be made to the responsible offeror whose offer, conforming to the solicitation, is determined to be the best overall value to the Government, price and other factors considered.

(b) The Government will perform a trade-off analysis of non-price factors against price to determine the best value to the Government. Offers that are unrealistically low in total price will be considered indicative of a lack of understanding of the complexity and risk in meeting contract requirements and will not be considered for award.

(c) Relative weight. Non-price factors (Technical and Past Performance), when combined, are more important than price. Of the non-price factors, technical is more important than Past Performance. The importance of price in the evaluation for award will increase as the relative differences in non-price factors of offerors decreases.

These criteria will be used in the evaluation to assess and document the basis to which a proposal meets, fails to meet, or usefully exceeds the minimum requirements contained in the Statement of Objectives. The following factors will be considered when evaluating proposals.

### A. TECHNICAL AREA

1. Understanding and Compliance with Requirements

The proposal should address each work area in sufficient detail to demonstrate a clear understanding of the Statement of Objectives, including personnel, materials, facilities, and organizational processes presented therein. The offeror should provide evidence of sufficient planning to show that work will be accomplished as required and on schedule, utilizing all available resources. Additionally the proposal should address requirements to service the additional building scheduled to be brought on line in the August – September 2005 timeframe.

a. Does the offeror demonstrate a firm understanding of the requirements and goals set forth in the Statement of Objectives?

b. Does the proposal address requirement and goal set forth in the Statement of Objectives?

c. Does the proposal provide solutions to indicate custodial requirements and goals will be met on schedule? (Pay special attention as to the submitted plan to transition quickly; how the offeror intends to provide the necessary cleared personnel to start and maintain quality custodial services; and the plan to provide services to the new building.)

2. Soundness of Approach

The proposal must clearly indicate that the offeror has performed adequate planning to accomplish the custodial tasks as defined in the Statement of Objectives.

a. Does the proposal include a complete plan to accomplish each requirement? The plan should address how high traffic areas, classrooms, garage and loading dock areas will be accomplished.

b. Does the offeror's plan demonstrate that appropriate personnel and equipment will be positioned efficiently to carry out the requirements from the start date of the contract?

c. Is the proper level of effort directed towards each requirement?

d. Does the offeror present evidence that cleaning supplies and equipment meet "green clean" standards? Note: this requirement was presented and explained to each offeror during the site visit.

## B. MANAGEMENT AREA

### 1. Program Management Controls

Furnish separate evidence and rosters to show that 20% of the work forcer will have their security clearances at the start of work as required by the Statement of Objectives. Furnish an organization chart showing lines of authority, responsibility, and communication for management and supervisory personnel. Indicate job titles of personnel who will perform the work items. Personnel management information such as hiring/firing authority, discipline, incentive plans (Of especial interest will be the incentive plan that addresses retention of "6" level employees. The difficulty of "6" level retention due to an "in-house" source that currently hires away custodial personnel was discussed in detail with each offeror during site visits.)

### 2. Past Performance/Relevant Experience

Identify experience in performing similar work to that described in the Statement of Objectives within the past three (3) years, and similar contracts currently in progress. Provide date on the level of experience in specific contracts of this type. Provide information on performance in these contracts, particularly as it relates to the offeror's overall abilities.

### 3. Key Personnel

Furnish a resume for proposed key on site supervisory personnel and senior level management staff not located on site. Resumes should include education, experience, background, accomplishments, and other pertinent information.

A definition of the evaluation ratings is as follows:

RATING DEFINITION

Excellent - The Contractor's proposal provides evidence that the Government can expect superior performance of the tasks and deliverables listed in the Statement of Work, with minimal risk of substandard performance. An excellent rating indicates that the proposal contains significant strengths and few or no weaknesses.

Good - The Contractor's proposal provides evidence that the Government can expect performance of the tasks and deliverables listed in the Statement of Work to meet standards, with moderate risk of substandard performance. A good rating indicates that the proposal contains a number of strengths, but also some weaknesses.

Marginal - The Contractor's proposal provides evidence that the Government can expect minimal performance of the tasks and deliverables listed in the Statement of Work, with excessive risk of substandard performance. A marginal rating indicates that the proposal contains strengths, but also significant weaknesses.

Unacceptable - The Contractor's proposal provides evidence that the Government can expect substandard performance of the tasks and deliverables listed in the Statement of Work, with extreme risk of substandard performance. An unacceptable rating indicates that the proposal may present some strength, but it also contains significant and important weaknesses.

| | |
|---|---|
| ATTACHMENT I | PAST PERFORMANCE QUESTIONNAIRE |
| ATTACHMENT II | WAGE DETERMINATION |
| ATTACHMENT III | FLOOR PLANS ORIGINAL BUILDING |
| ATTACHMENT IV | FLOOR PLANS EXPANSION |

NOTE: ALL QUESTIONS SUBMITTED IN REFERENCE TO THIS SOLICITATION SHALL BE IN WRITING AND RECEIVED BY 28 APR 2005 @ 3:00 P.M. Questions may be submitted to juanita.jones@dia.mil.

PROPOSALS ARE DUE BY 2:00 P.M. EST ON 13 MAY 2005.
Delivery address: Virginia Contracting Activity
Attn: Juanita Jones (AE2A)
200 MacDill Blvd, Bolling AFB
Washington, DC 20340-5100

Offerors shall be responsible for providing its past performance information to the Contracting Office by mailing out the "PAST PERFORMANCE QUESTIONNAIRE (Attachment I) to the their customers. Failure to submit the required amount of past Performance Questionnaires by the due date shall result in the rejection of the offer unless the offeror has certified, in writing, that it has no relevant, directly related, or similar past performance experience. The certification indicating no past performance shall be in separately sealed enveloped clearly marked with the solicitation number and accompanied with the RFP volumes.

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. Contract ID Code | Page 1 | of Pages 8 |
|---|---|---|

| 2. Amendment/Modification No. | 3. Effective Date Apr 27, 2005 | 4. Requisition/Purchase Req. No. 448/0114Z/05 | 5. Project No. (if applicable) |
|---|---|---|---|

d By Code HHQ402
Contracting Activity
ATTN: AE-2
Bolling AFB, Bldg. 6000
Washington, D.C. 20340-5100

7. Administered By (If other than Item 6) Code ZD50
Virginia Contracting Activity
Building 6000
Washington, DC 20340-5100
ATTN: DIAC, AE-2

8. Name and Address of Contractor (*No., Street, County, and Zip Code*)

| (X) | |
|---|---|
| | 9A. Amendment of Solicitation No. HHM402-05-R-0017 |
| X | 9B. Date (*See Item 11*) Apr 14, 2005 |
| | 10A. Modification of Contract/Order No. |
| | 10B. Date (*See Item 13*) |

Code | Facility Code

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers [ ] is extended [X] is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning 1 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (*if required*)
0‸ ‸0.4400 451141 999-2520 S49205 L217 A106G 0000 000000 1028 $

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACT/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(X) A. This change order is issued pursuant to: (*Specify authority*) The changes set forth in item 14 are made in the Contract Order No. in item 10A.

B. The above numbered Contract/Order is modified to reflect the administrative changes (*such as changes in paying office, appropriation date, etc.*) Set fourth item 14, pursuant to the authority of FAR 43.103 (b)

C. This supplemental agreement is entered into pursuant to authority of:

D. Other (*Specify type of modification and authority*)

**E. IMPORTANT:** Contractor [ ] is not, [ ] is required to sign this document and return copies to the issuing office.

4. Description of Amendment/Modification (*Organized by UCF section headings, including solicitation/contract subject matter where feasible.*)

HE PURPOSE OF THIS AMENDMENT IS TO ACCOMPLISH THE FOLLOWING:

TO PUBLISH QUESTIONS AND ANSWERS.

TO PROVIDE LISTING SITE VISIT ATTENDEES.

**479**

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. Name and Title of Signer (*Type or Print*) | | 16A. Name and title of Contracting Officer (*Type or Print*) | |
|---|---|---|---|
| 15B. Contractor/Offeror<br>(Signature of person authorized to sign) | 15C. Date Signed | 16B. United States of America<br>(Signature of Contracting Officer) | 16C. Date Signed |

NSN 7540-01-152-8070 30-105 STANDARD FORM 30 (REV. 10-83)
PREVIOUS EDITIONS UNUSABLE Prescribed by GSA FAR (48 CFR) 53.243

## SCHEDULE

| Item No | Supplies/Services | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | PLEASE NOTE PROPOSAL CLOSING DATE 13 MAY 2005 @ 2:00 P.M.<br><br>FAX PROPOSALS WILL NOT BE ACCEPTED.<br><br>PLEASE SUBMIT ALL QUESTIONS BY 28 APRIL 2005 @ 3:00P.M. | | | | |
| 0001 | BASE YEAR 1 July 2005 through 30 Oct 2005.<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | ______ | ______ |
| )001AA | PROVIDE BASIC CLEANING SERVICES | 4 | EA | ______ | ______ |
| )001AB | DIAC EXPANSION (AUG 2005 THROUGH 30 OCTOBER 2005).<br><br>This CLIN should be an estimate IAW attached SOO and Drawings. The DIAC Expansion is scheduled for occupancy Aug 2005. The estimated square footage is 470,000. | 3 | EA | ______ | ______ |
| )002 | OPTION PERIOD I (31 OCT 2005 THROUGH 30 OCTOBER 2006)<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | ______ | ______ |
| 002AA | PROVIDE BASIC CLEANING SERVICES | 12 | MO | ______ | ______ |
| 002AB | DIAC EXPANSION (31 OCT 2005 THROUGH 30 OCTOBER 2006)<br><br>This CLIN should be an Estimate IAW attached SOO and Drawings. The estimated sqaure footage is 470,000. | 12 | MO | ______ | ______ |
| | OPTION PERIOD II ( 31 OCT 2006 THROUGH 30 OCTOBER 2007)<br><br>The contractor shall provide all personnel, | 0 | EA | ______ | ______ |