## SCHEDULE

| Item No. | Supplies/Services | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | | | | |
| 0003AA | PROVIDE BASIC CLEANING SERVICES. | 12 | MO | | |
| 0003AB | DIAC EXPANSION (31 OCT 2006 THROUGH 30 OCTOBER 2007)<br><br>This CLIN should be an Estimate IAW attached SOO and Drawings. The estimated sqaure footage is 470,000. | 12 | MO | | |
| 004 | OPTION III PERIOD OF PERFORMANCE ( 31 OCT 2007 THROUGH 30 OCTOBER 2008)<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | | |
| 004AA | PROVIDE BASIC CLEANING SERVICES | 12 | EA | | |
| 004AB | DIAC EXPANSION (31 Oct 2007 through 30 OCTOBER 2008)<br><br>THIS CLIN should be an extimate IAW attached SOO and Drawing . The estimated square footage is 470,000. | 12 | EA | | |
| 005 | OPTION YEAR IV PERIOD OF PERFORMANCE (31 OCT 2008 THROUGH 30 OCTOBER 2009)<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | | |

## SCHEDULE

| Item No. | Supplies/Services | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | PROVIDE BASIC CLEANING SERVICE | 12 | EA | ______ | ______ |
| 000[illegible] | DIAC EXPANSION (31 Oct 2008 through 30 OCTOBER 2009)<br><br>THIS CLIN should be an extimate IAW attached SOO and Drawing. The estimated square footage is 470,000. | 12 | EA | ______ | ______ |

**1.**

Pa ricing, All Option years
Items 0002, 0003, 0004, 0005. All begin 31 October and then end 30 September of their respective year. This is only Eleven (11) months and one (1) day. Is this what the government intended or should option years begin 1 October and end 30 September of their respective year? Please clarify?

The period of performance for option years shall be for one year. The period of performance shall begin 31 October through 30 October of their respective year.

**Question 2.**

Page 39, iii, Part III. Cost/Price Section (D)
Does the government want this additional information/breakdown listed as (1) thru (7)? Please clarify?

Yes.

**Question 3.**

**Can the government provide historical data on the usage of paper towels, toilet paper and soap, if possible?**

This information is very approximate. Toilet paper use is 3200 small rolls and 500 big rolls per month. Paper towel use is 2400 packs of multi-fold hand towels per month. Some bathrooms have refillable, under counter soap dispensers and use approximately 15 gallons of soap per month. Some bathrooms have wall mounted soap dispensers and approximately 180 refills are used per month.

**Question 4.**

**s the government mean by "should be clean to industry standards and present a clean and professional appearance? Please**

esearch indicates several levels of cleanliness. They are orderly spotlessness (show quality), ordinary tidiness (normal level), casual inattention (not totally acceptable) and moderate dinginess (unacceptable).

**uestion 5.**

**fter reviewing the solicitation package and there being no other section that covers tasking and frequencies, is this a performance ased solicitation?**

es.

**uestion 6.**

**nce the government wants service for 4:00 a.m. to 11:00 p.m. (19 hours per day), in particular the common areas (i.e. restrooms, bbies, hallways, high profile areas) serviced several times each day on an on-going basis. Is this correct?**

es.

**uestion 7.**

**there a recycling program? What is the contractor's responsibility? Where do we put recycling containers, if needed?**

es, there is a recycling program. The contractor's responsibility is to remove recyclables from government provided containers, which will be oradically placed. The government will also provide a container at the service dock for the collected recyclables.

---

**licitation does not state any of the following items: Stripping and waxing of tile floors, shampooing of carpet, spot cleaning of carpet a daily basis, high dusting. Are these items in the solicitation? Please clarify.**

See response to question 5.

9.

**Reference loading dock and parking garage: What services are to be performed in these areas. Are we to just police these areas or are we to machine sweep and scrub concrete floors to remove the oil and grease spots and does this include the other parking areas around the DIAC? Please specify.**

Machine sweeping and floor scrubbing in the garage and loading dock area is not required. General policing, emptying of trash containers and sweeping of litter is what will be necessary.

**Question 10**

**How many bus shelters are there?**

There are two bus shelters in our garage and one across from our garage, three total to be kept trash free.

**Question 11**

**Escorts. At site visit it was stated that escorting was to be done on a 1 to 1 basis. Is this correct?**

The rule is one escort for every five unclear people. Those five people have to always be visible.

**Question 12**

**What is the population of building #1 and #2?**

The approximate supported population of building #1 is 6500 and building #2 is 2500. This accounts for transient population in the common

**Question 13**

**What is the number of Top Secret employees?**
The current cleaning contractor has 24 Top Secret employees. The Top Secret clearance is a 0-Level badge and must be escorted.

**Question 14**

**What is the number of SCI employees?**

The current cleaning contractor has 8 full time SCI employees and 13 part time SCI employees.

**Question 15**

**Do you have a seniority list or employee count?**

The current cleaning contractor has 19 full time employees and 14 part time employees.

**Question 16**

**Are there any current escorts on site and if so what is the rate of pay for these?**

Applied Integrated Technologies is the current contractor. Please contact the company @ 301-614-9700 to request this information.

**Question 17**

**current contractor and the monthly price?**

The current cleaning contractor is AKIMA Corporation.
POC: Daniel Jenrich 704-714-4500

484

M402-05-R-0017 AMD NO. 0001

**Que··n 18**

**·quired to provide floor care in TS areas during the day, i.e. strip, wax, etc.?**

Routine floor care is required during the day in all areas of the building. It is not required that stripping and waxing be done during the day.

**Question 19**

**Where are the centralized recycle areas located at?**

Centralized recycle areas are sporadically located throughout the building.

**DIAC JANITORIAL/CUSTODIAL SITE VISIT**
**April 13, 2005**
**ATTENDEES LIST**

| Name | Company |
|---|---|
| ˀred Corbin | Melwood |
| )wayne Lacewell | The Ravens Group |
| ľed Nell | The Ravens Group |
| ˀarmen Ramirez | Arc-Tech Inc. |
| \ida Montecino | Tri-Arc Industries |
| )on Stockwell | Escab Enterprise |
| 'aul G. Moreno | Realm Industries |
| \nthony C. Hipple | Olympus Building Service |
| ;usan Beal | Olympus Building Service |
| ;cott E. Rowe | Rowe Contracting Services |
| ;ugene Kimbrough | Melwood Training Center |
| 'rank Zuccarello | Perfect Building Maintenance |
| ʌarc Smith | Perfect Building Maintenance |
| oseph Stamler | Service Systems Enterprise |
| ;ill Erisman | Engineering Maintenance Concepts |
| 'aul Bowie Sr. | Engineering Maintenance Concepts |
| at Bertell | Laro Service Systems, Inc. |
| 'o [illegible] yes | ABM Janitorial |
| [illegible] k | ABM Janitorial |
| [illegible] .thoven | ABM Janitorial |
| :. Bendan Bohan | FSG |
| ori Grosz | NISH |
| /endy Meyer | Didlake Inc. |
| )hn Huff | NISH |
| andy Brooks | Brooks & Brooks Service |
| :.T. Brown | Safeguard Maintenance |
| aye Hamilton | Safeguard Maintenance |
| )seph Kearney | Service Systems Enterprise |
| harles Walker | Realm Ind Corp |
| atannia Carey | VMW Inc. |
| Marcela Urtubrey | Makro Services Inc. |
| ;iguel A. Valladares | Makro Services Inc. |
| :icheal A. Hines | Inc. |

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. Contract ID Code
Page 1 of Pages 11

2. Amendment/Modification No.

3. Effective Date: May 3, 2005

4. Requisition/Purchase Req. No.: 448/0114Z/05

5. Project No. (if applicable)

6. Issued By — Code HHQ402
Virginia Contracting Activity
ATTN: AE-2
Bolling AFB, Bldg. 6000
Washington, D.C. 20340-5100

7. Administered By (If other than Item 6) — Code ZD50
Virginia Contracting Activity
Building 6000
Washington, DC 20340-5100
ATTN: DIAC, AE-2

8. Name and Address of Contractor (*No., Street, County, and Zip Code*)

(X) 9A. Amendment of Solicitation No.: HHM402-05-R-0017

X 9B. Date (*See Item 11*): Apr 14, 2005

10A. Modification of Contract/Order No.

10B. Date (*See Item 13*)

Code | Facility Code

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers [ ] is extended [X] is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning 1 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (*if required*)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACT/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(X) A. This change order is issued pursuant to: (*Specify authority*) The changes set forth in item 14 are made in the Contract Order No. in item 10A.

B. The above numbered Contract/Order is modified to reflect the administrative changes (*such as changes in paying office, appropriation date, etc.*) Set fourth item 14, pursuant to the authority of FAR 43.103 (b)

C. This supplemental agreement is entered into pursuant to authority of:

D. Other (*Specify type of modification and authority*)

E. **IMPORTANT:** Contractor [ ] is not, [ ] is required to sign this document and return copies to the issuing office.

14. Description of Amendment/Modification (*Organized by UCF section headings, including solicitation/contract subject matter where feasible.*)

THE purpose of this amendment is to accomplish the following:

1. To publish questions and answers

2. To provide copy of DD 254 (Attachment 1)

487

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. Name and Title of Signer (*Type or Print*)

16A. Name and title of Contracting Officer (*Type or Print*)

15B. Contractor/Offeror
(Signature of person authorized to sign)

15C. Date Signed

16B. United States of America
(Signature of Contracting Officer)

16C. Date Signed

NSN 7540-01-152-8070 — 30-105 — STANDARD FORM 30 (REV. 10-83)

PREVIOUS EDITIONS UNUSABLE — Prescribed by GSA FAR (48 CFR) 53.243

## SCHEDULE

| Item No. | Supplies/Services | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | PLEASE NOTE PROPOSAL CLOSING DATE 13 MAY 2005 @ 2:00 P.M.<br><br>FAX PROPOSALS WILL NOT BE ACCEPTED.<br><br>PLEASE SUBMIT ALL QUESTIONS BY 28 APRIL 2005 @ 3:00P.M. | | | | |
| )001 | BASE YEAR 1 July 2005 through 30 Oct 2005.<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | ______ | ______ |
| )001AA | PROVIDE BASIC CLEANING SERVICES | 4 | EA | ______ | ______ |
| )001AB | DIAC EXPANSION (AUG 2005 THROUGH 30 OCTOBER 2005).<br><br>This CLIN should be an estimate IAW attached SOO and Drawings. The DIAC Expansion is scheduled for occupancy Aug 2005. The estimated square footage is 470,000. | 3 | EA | ______ | ______ |
| 002 | OPTION PERIOD I (31 OCT 2005 THROUGH 30 SEPTEMBER 2006)<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | ______ | ______ |
| )02AA | PROVIDE BASIC CLEANING SERVICES | 12 | MO | ______ | ______ |
| )02AB | DIAC EXPANSION (31 OCT 2005 THROUGH 30 SEPT 2006)<br><br>This CLIN should be an Estimate IAW attached SOO and Drawings. The estimated sqaure footage is 470,000. | 12 | MO | ______ | ______ |
| | OPTION PERIOD II ( 31 OCT 2006 THROUGH 30 SEPTEMBER 2007)<br><br>The contractor shall provide all personnel, | 0 | EA | ______ | ______ |

SCHEDULE

| Item No. | Supplies/Services | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | | | | |
| 0003AA | PROVIDE BASIC CLEANING SERVICES. | 12 | MO | ____________ | ____________ |
| 0003AB | DIAC EXPANSION (31 OCT 2006 THROUGH 30 SEPT 2007)<br><br>This CLIN should be an Estimate IAW attached SOO and Drawings. The estimated sqaure footage is 470,000. | 12 | MO | ____________ | ____________ |
| 0004 | OPTION III PERIOD OF PERFORMANCE ( 31 OCT 2007 THROUGH 2008)<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | ____________ | ____________ |
| 0004AA | PROVIDE BASIC CLEANING SERVICES | 12 | EA | ____________ | ____________ |
| 0004AB | DIAC EXPANSION (31 Oct 2007 through 30 Sept 2008)<br><br>THIS CLIN should be an extimate IAW attached SOO and Drawing . The estimated square footage is 470,000. | 12 | EA | ____________ | ____________ |
| 0005 | OPTION YEAR IV PERIOD OF PERFORMANCE (31 OCT 2008 THROUGH 30 SEPT 2009)<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | ____________ | ____________ |

**SCHEDULE**

| Item No. | Supplies/Services | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | PROVIDE BASIC CLEANING SERVICE | 12 | EA | ______ | ______ |
| 000[illegible]3 | DIAC EXPANSION (31 Oct 2008 through 30 Sept 2009)<br><br>THIS CLIN should be an extimate IAW attached SOO and Drawing . The estimated square footage is 470,000. | 12 | EA | ______ | ______ |

Question 1

building floor finish.pdf is unreadable. Is it possible that we could obtain a legible hard copy?
Ye

Question 2

**Is there a Union at the contract site? If there is no Union on the contract site, are the employees receiving wages pursuant to a previously expired collective bargaining agreement or are they being paid in accordance with the Area Wage Determination?**
No. I don't know what the current employees are being paid.

Question 3

**What percentage of the work force is currently cleared (please distinguish between managers, supervisors and cleaners)?**
The current contractor has 8 full time SCI cleared employees and 13 part time SCI cleared employees. The current contractor has a total of 19 full time employees and 14 part time employees. There is one SCI cleared project manager.

Question 4

**According to the last sentence on page 6, "Final bids will include the proposed service schedules". Does this mean that service schedules should be included in the initial bid submission or in the BAFO bid submissions?**
Service schedules should be included in the initial bid submission. There will be no BAFO bid submissions.

Question 5

**Will the janitorial contractor be responsible for outside window washing? If so, what is the square footage and number of windows and how often will the cleaning be required?**
The janitorial contractor will not be responsible for outside window washing.

Question 6

**Will the janitorial contractor be responsible for emptying recyclable material?**
Yes.

Question 7

**Will the janitorial contractor be responsible for snow removal? If so, what are the snow removal requirements?**
The janitorial contractor will not be responsible for snow removal.

Question 8

**What tasks are currently being performed during the normal business hours of 7:00 am to 4:30 pm?**
Trash removal, vacuuming, restroom checks and general routine cleaning are done during normal business hours.

Question 9

**Is there any Indefinite Quantity Work for this contract?**
No.

Question 10

**Under 2.0 Contract Objectives (page 6) the contractor will be responsible for removing trash and debris from the loading dock and parking garage. Does this mean that the contractor will be required to remove the trash from the DIAC premises?**
No.

**Section 8, Special Instructions, ii (B) (page 37) states that "Relevant Contracts includes, but are not limited to, providing school bus transportation services". Should this sentence be restated?**

should read " Relevant contracts includes, but are not limited to providing janitorial/custodial services".

12

**Is there a provision in this solicitation that obligates the government to adjust new rates based on the CBA wage rates, if applicable during the life of the contract?**
N/A

Question 13

**Is contractor responsible for walk-off mats?**
The contractor is responsible for the vacuuming and cleaning of walk-off mats.

Question 14

**Is contractor responsible for snow removal of sidewalks within the DIA buildings?**
No.

Question 15

**Is contractor responsible for outside window washing, if yes, frequency?**
No.

Question 16

**Page 7 of the solicitation (2.0 Contract Objectives, 10th bullet) states that at the DIAC's discretion, the contractor will conduct odd and special cleaning. Since this will be a firm fixed price contract, request that the DIAC either provide an estimate of the and type of special cleaning instances so that bidders can prepare an accurate cost proposal, or that the DIAC establish for al work as a separate CLIN that is not firm fixed price. Specifically:**
**How often do they occur?**
In the past, special cleaning requests occur a few times a year.
**During what hours do they normally occur?**
These requests normally occur during regular working hours.
**What is the typical nature and scope of the work?**
Special cleanings in the past have included last minute notice, high profile visitor and the cleaning would consist of a restroom freshening, vacuuming if needed, lobby spot check, etc. Another example of a special cleaning was a construction mishap where several offices had to be dusted and vacuumed out of normal routine.
**How much advance notice can we expect?**
There is normally 24 hours notice for high profile visitors. There was no notice on the construction mishap.
**If they require additional resources or supplies, how will they be charged?**
A written estimate would need to be provided to and approved by the Government.

Question 17

**Page #37, paragraph 8B of the solicitation states: *"Relevant contracts include, but are not limited to, providing school bus transportation services."* Please advise if this sentence was included by error, or, if not in error, please explain the relevance of school bus transportation to the custodial contract objectives**
SEE QUESTION 11 ABOVE

Question 18

**Please describe the procedures for acquiring the proper passes needed for entry into Bolling AFB by janitorial team members.**
receiving contractor badges, the janitorial team will be issued a 30-day visitor base pass for entry on to BAFB. The team will also be day vehicle base pass, after providing current registration and proof of insurance for their vehicles. After the team members have their contractor's badges, they will receive 1-year vehicle passes for their cars.

Question 19

492

**What are the size/dimensions of the government provided storage area for supplies and equipment?**
Ther-- is a small storage closet with a mop sink at almost every pair of restrooms in the building. There are two larger storage closets that hold ›ducts and some machines.

Qu 20

**Will there be any overlap with the current contractor? If so, how long and to what degree?**
The overlap is not to exceed more that one week.

Question 21

**Page 7 bullets 3, 4, and 6 state the following:**
**3rd bullet: *"High visibility/traffic areas should present a sparkling clean and professional appearance at all times, which will be identified on site visit"* During the site visit, the areas mentioned as needing special attention were, the main lobby and main lobby restrooms, cafeteria area, and the 7th floor). Are these the only area's considered to be high visibility/traffic areas for this proposal?**
In the current building, yes.

**4th bullet: *"With the exception of classified waste, trash cans in all areas shall be emptied daily."* During our site visit, it was said, trash is to be pulled twice a day. Can you verify if it is once or twice a day?**
Trash is pulled once a day.

Question 22

**Special emphasis during the site visit was placed on the 7th floor as the show floor, which must remain clean at all times. Does this requirement apply to the entire 7th floor or a specified area?**
Yes.
**If so, what is the square footage for this area?**
The 7th floor is approximately 25,000 square feet.
**V' -- area have any specialty type furnishings or equipment that will/may require special cleaning supplies out side of the normal sed to maintain other areas of the buildings?**
..shings on the 7th floor do not require any special cleaning supplies.

Question 23

**How many stairwells are in each building and do they go from the basement to the 7th floor?**
There are 15 stairwells in the current building. Eight are main stairwells.

Question 24

**Restrooms: Page 6, 5th paragraph states: "The government will provide soap dispensers, toilet paper dispensers and recycling containers."**
**Toilet seat cover holders are not covered in the RFP as government provided in the restrooms, but do the restrooms have them and if so, will this also be a requirement to fill? If so, what size covers does the dispenser hold so the correct size can be priced?**
Toilet seat cover dispensers are in each stall.

**Sanitary napkin dispensers are also not mentioned in RFP as government provided for the women's restrooms, but do the restrooms have them and if so, will this be a requirement to fill? If so, can you provide the size of the containers so the correct bag/liner can be priced? Also, are they coin operated and if so, how are funds collected and dispersed?**
There are no sanitary napkin dispensers.
**How many sinks are in each restroom on each floor of each building?**
Restrooms vary in size throughout the building and each floor has a different number of restrooms. The largest restroom has five sinks.

**How many toilets/urinals are in each restroom on each floor of each building?**
There are approximately 68 (34 pairs) restrooms. The largest restroom has four stalls.

`5

**..re the different sizes of trash containers (i.e. office, pantry, restrooms, recycle etc) that will require liners (used to estimate cost liners for proposal)?**
Primary trash cans liners used in the building are 24x33 8-Mic, 30x37 10-Mic, and 40x48 12-Mic.

`` ` `'``n 26

**\ ies of floors are in the following areas?**
**Lo oom (carpet, tile or both) and the size of the room(s)?**
All locker rooms are tiled.
**RDF (carpet, tile or both) and the size of the room(s)?**
The RDF is 3,200 square feet consisting of approximately 700 square feet of carpeted office area and 2,500 square feet of vinyl or concrete floor. There are two small restrooms and each has one shower.

Question 27

**How many showers are in each locker room?**
The largest locker room has three showers stalls and three toilets.

Question 28

**How many toilets/urinals and sinks are in each locker room?**
The largest locker room has three toilets and two sinks.

Question 29

**'antry areas:**
These answers apply to the current building.
**Do they have carpet or tile floors?**
'antry areas are tiled.
**Do they have sinks?**
There are no sinks in the pantry areas.
**r w many each?**

**ave microwave ovens and/or refrigerators that will require cleaning?**
ome pantry areas have microwaves and refrigerators. The groups that use them are supposed to keep them clean.
**f so, will they require cleaning outside, inside or both?**
I/A

Question 30

**low many elevators and/or escalators will each building have, and are there any freight elevators in either building?**
he current building has six elevators and two escalators. The new building will have seven main elevators and one dedicated freight elevator.

uestion 31

**scorts. At site visit it was stated that escorting was to be done on a 1 to 1 basis.**
**uestion: Is this correct?** (The rule is one escort for every five unclear people. Those five people have to always be visible.)
'es.

uestion 32

**'hat is the number of Top Secret employees?**
ie current cleaning contractor has 24 Top Secret employees. **The Top Secret clearance is a 0-Level badge and must be escorted.**
**o answer required.**

iestion 33

**number of SCI employees?**

.. ...ent cleaning contractor has 8 full time SCI employees and 13 part time SCI employees - **I wonder how many of these TS/SCI**
**iployees are subcontracted from Integrated Technologies for escorting AM Shift TS employees?**
**ne**

494

M402-05-R-0017 AMD NO. 0002

`n 34

ive a seniority list or employee count?**

[he cu..ent cleaning contractor has 19 full time employees and 14 part time employees.
**Note: This DOES NOT make sense and does not correspond with the totals in Questions 13 & 14 ibove!**

**[here are 33 employees with the current cleaning contractor. They have 19 full time (8 TS/SCI) :mployees and 14 part time (13 TS/SCI) employees. Of the 33 employees there are 21 TS/SCI :leared personnel. There are 3 employees that are TS cleared and 9 uncleared personnel.**

)uestion 35

**ıre there any current escorts on site and if so what is the rate of pay for these?**
ıpplied Integrated Technologies is the current contractor. Please contact the company @ 301-614-9700 to request this information. **This is omething I did not know happened anymore! Are they currently contracted by DIAC (Federal Govt) and is this SCI function newly ıcorporated into this custodial contract? (OR) Are they currently being subcontracted by the incumbent contractor?**

**[he current cleaning contractor does not subcontract out any escorts.**

)uestion 36

**Vould the Government consider waiving the 60% of personnel being cleared within six (6) months after contract start? The clearance rocess is completely out of the contractor's control and our experience has been a minimum of eighteen months for Top Secret learance.**
lo.

37

**provide a building statistic sheet. The solicitation provides a description sheet with square footage this does not break out juare footage by floor type and area. This information is vital to the preparation of proposals, especially when the site visit was so mited.**
o other building statistic sheet available.

uestion 38

**'ould the Government consider removing the requirement for the inside window and window coverings being cleaned monthly? If ɪt can you provide the rationale.**
'e would consider changing to quarterly, or as necessary.

uestion 39

**ıe solicitation contains an area wage determination. The wages for janitor are very low in comparison to what other Top Secret and ]I employees are receiving. Is the current contractor paying in accordance with the wage determination or do they pay a higher ıte? Again through experience we have not been able to find cleared employees for that wage rate anywhere. Could you please verify ıd advise.**
ıe current contractor is paying at a higher rate.

ıestion 40

**ın you provide the name of the subcontractor that currently cleans the windows (interior and exterior)?**
ıe interior windows are cleaned by the current cleaning contractor AKIMA.

41

**the classification of the previous bid competition, ie. 8A, Small Business? Was DIAC originally part of the Bolling AFB ıtract?**
ıall Business. Yes.

Question 42

ı Union and Collective Bargaining
nt in place at Bolling for custodial workers?

No.

Question 43

**RFP Reference: 52.212-1, Instructions to Offerors**
**tem 24, 52.999-4031, Security Requirements; paragraph d, page 35**
'Military security requirements in the performance of this contract shall be maintained in accordance with the DD Form 254 listed in Section ."

We could not find Section J or this form. If this is required, could the Government provide this information?

Please see attached DD254.

Question 44

**RFP Reference: Addendum to 52.212-1, Instructions to Offerors—Commercial Items; Item 6.iii, Illustrations and Tables, page 36**
The Government states that "for tables, charts, graphs, and figures, the text shall be no smaller than 16 pitch."

This would make tables, charts, graphs, and figures almost unreadable because of the large size of the print as stated. Would the Government onsider making the font size for tables, charts, graphs, and figures 10 point? This is readable and still makes for an easily evaluated document.

No.

45

**RFP Reference: Addendum to 52.212-1, Instructions to Offerors—Commercial Items; Item 6.iv, Numbers of Copies/Page Limits, page 37**
he information in the table in this section seems to indicate that we should submit the proposal in one volume with three sections.

**uestion:** Normally, cost and price information is submitted in a separate volume because it is evaluated separately from the technical and past erformance sections. We request that the Government allow us to submit a technical volume that would include the "Technical Capability" nd "Relevant Past and Present Performance" sections—and a separate "Cost/Price" volume.

lease see amendment one (1)

uestion 46

**RFP Reference: Addendum to 52.212-1, Instructions to Offerors—Commercial Items; Item 8.ii,(A), Special nstructions, page 37**
'rovide any information currently available (letters, metrics, customer's survey, independent surveys, etc.) which demonstrates customer tisfaction with overall job performance and quality of completed product for same or similar type discipline in the past three Periods."

**uestion:** Could the Government clarify what is meant by "three Periods"? Do you mean "three years"?

s, three years.

uestion 47

**start date for this Contract?**
ate is July 1, 2005.

uestion 48

**ite visit, we were unable to see all of the restrooms. What we could see was that only single fold paper towels and jumbo jr. per were used. Are all the restroom uniform as to paper products or are different paper towels (single fold, multifold, roll) t paper (jumbo jr., jumbo, regular roll) used? Please clarify?**
R s products are not uniform. Some toilet paper dispensers use two big rolls while others use regular rolls. Some restrooms have the multifold paper towels while others use small rolls.

Question 49

**What was the name and title of the gentleman that lead the site visit? (The one that lead us around the building)**
The gentleman that led the site visit was Don Washington. He is the Chief of the Special Services Branch.

Question 50

**s the current contractor "Akima "going to be allowed to bid this solicitation?**
This is a full and open requirement to all contractors.

Question 51

**What is the current contractor's price? How long has the current contractor been on site performing the cleaning duties?**

EE QUESTION 17 of Amendment one (1).

497

**AMENDMENT OF SOLICITATIC.√/MODIFICATION OF CONTRACT**

Contract ID Code | Page 1 | of Pages 6

| 2. Amendment/Modification No. | 3. Effective Date | 4. Requisition/Purchase Req. No. | 5. Project No. (if applicable) |
|---|---|---|---|
| 0003 | May 5, 2005 | 448/0114Z/05 | |

| ·ıed By Code HHQ402 | 7. Administered By (If other than Item 6) Code ZD50 |
|---|---|
| ·a Contracting Activity<br>AE-2<br>; AFB, Bldg. 6000<br>Wa.nington, D.C. 20340-5100 | Virginia Contracting Activity<br>Building 6000<br>Washington, DC 20340-5100<br>ATTN: DIAC, AE-2 |

| 8. Name and Address of Contractor (*No., Street, County, and Zip Code*) | (X) | 9A. Amendment of Solicitation No.<br>HHM402-05-R-0017 |
|---|---|---|
| | X | 9B. Date (*See Item 11*)<br>Apr 14, 2005 |
| | | 10A. Modification of Contract/Order No. |
| | | 10B. Date (*See Item 13*) |
| Code / Facility Code | | |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[X] The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers [ ] is extended [X] is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning 1 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (*if required*)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACT/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

ɦis change order is issued pursuant to: (*Specify authority*) The changes set forth in item 14 are made in the Contract Order No. in item 10A.

b. The above numbered Contract/Order is modified to reflect the administrative changes (*such as changes in paying office, appropriation date, etc.*) Set fourth item 14, pursuant to the authority of FAR 43.103 (b)

C. This supplemental agreement is entered into pursuant to authority of:

D. Other (*Specify type of modification and authority*)

E. **IMPORTANT:** Contractor [ ] is not, [ ] is required to sign this document and return copies to the issuing office.

ˈ. Description of Amendment/Modification (*Organized by UCF section headings, including solicitation/contract subject matter where feasible.*)

HE PURPOSE OF THIS AMENDMENT IS TO ACCOMPLISH THE FOLLOWING:

TO PUBLISH QUESTIONS AND ANSWERS.

498

:xcept as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 5A. Name and Title of Signer (*Type or Print*) | | 16A. Name and title of Contracting Officer (*Type or Print*) | |
|---|---|---|---|
| ·actor/Offeror<br>(Signature of person authorized to sign) | 15C. Date Signed | 16B. United States of America<br>(Signature of Contracting Officer) | 16C. Date Signed |

SN 7540-01-152-8070 30-105 **STANDARD FORM 30** (REV. 10-83)

REVIOUS EDITIONS UNUSABLE Prescribed by GSA FAR (48 CFR) 53.243

SCHEDULE

| Item No. | Supplies/Servic | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | PLEASE NOTE PROPOSAL CLOSING DATE 13 MAY 2005 @ 2:00 P.M.<br><br>FAX PROPOSALS WILL NOT BE ACCEPTED.<br><br>PLEASE SUBMIT ALL QUESTIONS BY 28 APRIL 2005 @ 3:00P.M. | | | | |
| 0001 | BASE YEAR 1 July 2005 through 30 Oct 2005.<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | | |
| 0001AA | PROVIDE BASIC CLEANING SERVICES | 4 | EA | | |
| 0001AB | DIAC EXPANSION (AUG 2005 THROUGH 30 OCTOBER 2005).<br><br>This CLIN should be an estimate IAW attached SOO and Drawings. The DIAC Expansion is scheduled for occupancy Aug 2005. The estimated square footage is 470,000. | 3 | EA | | |
| .J2 | OPTION PERIOD I (31 OCT 2005 THROUGH 30 SEPTEMBER 2006)<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | | |
| 0002AA | PROVIDE BASIC CLEANING SERVICES | 12 | MO | | |
| 0002AB | DIAC EXPANSION (31 OCT 2005 THROUGH 30 SEPT 2006)<br><br>This CLIN should be an Estimate IAW attached SOO and Drawings. The estimated sqaure footage is 470,000. | 12 | MO | | |
| | OPTION PERIOD II ( 31 OCT 2006 THROUGH 30 SEPTEMBER 2007)<br><br>The contractor shall provide all personnel, | 0 | EA | | |

SCHEDULE

| Item No. | Supplies/Servic | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | | | | |
| 0003AA | PROVIDE BASIC CLEANING SERVICES. | 12 | MO | | |
| 0003AB | DIAC EXPANSION (31 OCT 2006 THROUGH 30 SEPT 2007)<br><br>This CLIN should be an Estimate IAW attached SOO and Drawings. The estimated sqaure footage is 470,000. | 12 | MO | | |
| 0004 | OPTION III PERIOD OF PERFORMANCE ( 31 OCT 2007 THROUGH 2008)<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | | |
| 0004AA | PROVIDE BASIC CLEANING SERVICES | 12 | EA | | |
| 0004AB | DIAC EXPANSION (31 Oct 2007 through 30 Sept 2008)<br><br>THIS CLIN should be an extimate IAW attached SOO and Drawing . The estimated square footage is 470,000. | 12 | EA | | |
| 0005 | OPTION YEAR IV PERIOD OF PERFORMANCE (31 OCT 2008 THROUGH 30 SEPT 2009)<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | | |

SCHEDULE

| Item No. | Supplies/Servic | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 0005AA | PROVIDE BASIC CLEANING SERVICE | 12 | EA | | |
| AB | DIAC EXPANSION (31 Oct 2008 through 30 Sept 2009)<br><br>THIS CLIN should be an extimate IAW attached SOO and Drawing. The estimated square footage is 470,000. | 12 | EA | | |

**Question 1**

'er Contract Objectives, line item 6 question, does the Government require the contractor to get their employees the TS/SCI clearance ut government assistance? This is a vague question that needs a clear interpretation.

**contracting company is responsible for initiating the background investigations through DISCO (Defense Industrial Security .arance Office).**

Question 2

If the Defense Intelligence Agency is clearing contractor employees, the six month requirement for 60% of contractor's employees cleared, th: will only be met based upon how fast DISCO clear applicants for the TS/SCI 6-Level. Kindly address this issue.

**It is true that the DISCO must complete the investigation before the SSBI. Ideally bidders on this contract would have the required number of cleared personnel in their employee inventory. Realistically, due to cost of investigation and normal attrition, this may not be possible. Therefore, it is incumbent upon the contractor to acquire cleared personnel from other sources.**

Question 3

How can a contractor possibly have 20% cleared employed on the start day of the contract if the outgoing contractor have employment for the current custodial workers? However, the custodial workers under normal conditions stay with the contract, making this requirement a non-issue unless the inverse. Kindly address this issue.

**The DIA Custodial Contract is very difficult to acquire primarily due to the reasons stated in this question. SSBI's are very expensive to obtain and once an employee obtains one through the hiring company, they usually have a tendency to "jump ship" and find an easier and more acceptable job. However, that does not lessen the requirement to have the 20% cleared personnel. Access throughout the DIAC campus cannot be achieved with less than this minimum number. It is an accepted practice to use current employees as ... as possible**

ion 4

**RFP Reference: Floor Plans attached to the RFP**
**Question:** The floor surface plans for the new expansion are clearly stated however Bldg 6000 does not indicate the <u>carpet to hard floor surface ratio.</u> Request DIAC's best estimate/guestimate with regards to the <u>carpet to hard floor surface ratio</u> of Bldg 6000.

**Within Building 6000, over the past 20 years, several changes have been made to convert common spaces to office spaces and vice versa. It is difficult to provide the exact ratio of capeted areas to hard surface floor space. However, considering that over 90% of the space is dedicated office space then that figure should be used as carpeted space.**

**Question 5**

**RFP Reference: 2.0, Contract Objectives, paragraph 5, page 8**

**Question:** The RFP indicates that the new expansion will be scheduled for occupancy during July 2005. Please verify that the new expansion building will be opening on/or about the start date of the contract (1July05).

**Conditions constantly change with regards to the new construction and occupancy. Our expectation and current plans are that parts of the new building will be occupied on 1 July 05.**

## Question 6

**'eference: 1.0, Overall Objectives, Personnel, paragraph 2, page 6; Evaluation Criteria, B.1, Program gement Controls, page 41; and 52.999-4031, Security Requirements, item 24, page 34**

Our company plans to give first right of employment to incumbent personnel therefore this would account for approximately 90-100% of the existing workforce that would already have Top Secret/ Sensitive Compartment Information Clearance (TS/SCI) in order to staff with escorts all personnel in all buildings to include the new expansion; The RFP as referenced above indicates that we must submit the names and positio -s of all contractor personnel already cleared with TS/SCI Clearance within our written proposal or provide cleared personnel that are 'y working for the offeror.

ıajority of contractor companies who have TS/SCI Facility Clearance usually do not have the numbers of employees cleared with a ;el 6" clearance that DIAC requires therefore it is necessary to give first right to employment to incumbent personnel in order to maintain TS/SCI Clearance status requirements for the DIAC facility. However, it is usually industry practice not to approach incumbent employees prior to contract award. Are we able to approach incumbent personnel and/or, are we able to certify by statement that our company will in fact give first right of employment to all incumbent personnel and include this signed statement within the Technical Proposal?

**It is industry practice to approach incumbent personnel in order to fulfill a new contract. The issue of first right of refusal is usually a labor union matter, and a matter between the incoming company and the current employees. First right or refusal rests with the incoming company's policy.**

Additionally, TS/SCI Clearances are now taking up to 1-2 ½ years for completion by Defense Investigation Services Agency (DISA) due to a severe back log and are prioritizing in placing Federal agencies first on the list above the Commercial Sector therefore conflicting with DIAC's requirement that a minimum of 60% of cleaning personnel are to meet the TS/SCI Clearance requirements within 6 months after contract award. Taking this into account, what would DIAC's backup plan be to accommodate the Contractor as it relates to (DISA's) back log in processing Commercial Sector Clearances?

**Our requirements stand firm as they apply to clearances. The incoming contractor must take this into consideration when bidding on this contract. These standards are presented up front to assure that the potential bidder eyes are wide open to the clearance requirement. It is not the DIA's responsibility to provide a back up plan. We expect this from the contractor. Gaining access to DIA controlled spaces require the clearances and the requirements cannot be waived. The potential bidder should be very aware that "clearance management" will be an essential part of acquiring and then fully performing the requirements in the statements of objectives of this contract.**

Question 7

;overnment standard will DIAC be using for determining that the quality standards of the contract are being met? If this document is noı -ble through commercial resources, could the DIAC provide a copy to the contractors for bid preparation?

**There are no current government standards and there are no current prominent industry standards that are used industry wide to determine quality of cleaning. Additionally the new methods for writing government contracts that switched from Statements of Work to Statements of Objectives limits adding the specific criteria to service contracts as was done in the past. Accordingly, it is our expectation that the contractor provide to us the standards that will be used in their quality assurance plan.**

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. Contract ID Code | Page 1 | of Pages 4

2. Amendment/Modification No. 0004
3. Effective Date Jun 7, 2005
4. Requisition/Purchase Req. No. 448/0114Z/05
5. Project No. (if applicable)

ed By Code HHQ402
a Contracting Activity
AE-2
Bolling AFB, Bldg. 6000
Washington, D.C. 20340-5100

7. Administered By (If other than Item 6) Code ZD50
Virginia Contracting Activity
Building 6000
Washington, DC 20340-5100
ATTN: DIAC, AE-2

8. Name and Address of Contractor (*No., Street, County, and Zip Code*)

(X) 9A. Amendment of Solicitation No. HHM402-05-R-0017
X 9B. Date (*See Item 11*) Apr 14, 2005
10A. Modification of Contract/Order No.
10B. Date (*See Item 13*)

Code | Facility Code

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers [ ] is extended [X] is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning 1 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (*if required*)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACT/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

his change order is issued pursuant to: (*Specify authority*) The changes set forth in item 14 are made in the Contract Order No. in item 10A.

B. The above numbered Contract/Order is modified to reflect the administrative changes (*such as changes in paying office, appropriation date, etc.*) Set fourth item 14, pursuant to the authority of FAR 43.103 (b)

X C. This supplemental agreement is entered into pursuant to authority of: FAR 15.307

D. Other (*Specify type of modification and authority*)

**E. IMPORTANT:** Contractor [ ] is not, [x] is required to sign this document and return 1 copies to the issuing office.

I. Description of Amendment/Modification (*Organized by UCF section headings, including solicitation/contract subject matter where feasible.*)

he purpose of this amendment is to accomplish the following:

. To request a final proposal revision in accordance with FAR 15.307.

roposal revision are due on 9 June 2005 @ 3:00 P.M. Proposals will be accepted by E-mail or Fax. All proposal ıall be signed.

-mail address: juanita.jones@dia.mil Fax: 202-231-2831

**504**

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. Name and Title of Signer (*Type or Print*)

16A. Name and title of Contracting Officer (*Type or Print*)

15B. Contractor/Offeror
(Signature of person authorized to sign)

15C. Date Signed

16B. United States of America
(Signature of Contracting Officer)

16C. Date Signed

**SCHEDULE**

| Item No. | Supplies/Services | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | PLEASE NOTE PROPOSAL REVISION DATE 09 JUNE 2005 @ 3:00 P.M. | | | | |
| 0001 | BASE YEAR 1 July 2005 through 30 Oct 2005.<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | ______ | ______ |
| )001AA | PROVIDE BASIC CLEANING SERVICES | 4 | EA | ______ | ______ |
| )001AB | DIAC EXPANSION (AUG 2005 THROUGH 30 OCTOBER 2005).<br><br>This CLIN should be an estimate IAW attached SOO and Drawings. The DIAC Expansion is scheduled for occupancy Aug 2005. The estimated square footage is 470,000. | 3 | EA | ______ | ______ |
| | OPTION PERIOD I (31 OCT 2005 THROUGH 30 SEPTEMBER 2006)<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | ______ | ______ |
| 002AA | PROVIDE BASIC CLEANING SERVICES | 12 | MO | ______ | ______ |
| 002AB | DIAC EXPANSION (31 OCT 2005 THROUGH 30 SEPT 2006)<br><br>This CLIN should be an Estimate IAW attached SOO and Drawings. The estimated sqaure footage is 470,000. | 12 | MO | ______ | ______ |
| )0´ | OPTION PERIOD II ( 31 OCT 2006 THROUGH 30 SEPTEMBER 2007)<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence | 0 | EA | ______ | ______ |

## SCHEDULE

| Item No. | Supplies/Services | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | | | | |
| 0003AA | PROVIDE BASIC CLEANING SERVICES. | 12 | MO | ________ | ________ |
| 0003AB | DIAC EXPANSION (31 OCT 2006 THROUGH 30 SEPT 2007)<br><br>This CLIN should be an Estimate IAW attached SOO and Drawings. The estimated sqaure footage is 470,000. | 12 | MO | ________ | ________ |
| )004 | OPTION III PERIOD OF PERFORMANCE ( 31 OCT 2007 THROUGH 2008)<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | ________ | ________ |
| )004AA | PROVIDE BASIC CLEANING SERVICES | 12 | EA | ________ | ________ |
| 004AB | DIAC EXPANSION (31 Oct 2007 through 30 Sept 2008)<br><br>THIS CLIN should be an extimate IAW attached SOO and Drawing . The estimated square footage is 470,000. | 12 | EA | ________ | ________ |
| 005 | OPTION YEAR IV PERIOD OF PERFORMANCE (31 OCT 2008 THROUGH 30 SEPT 2009)<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | ________ | ________ |
| )05AA | PROVIDE BASIC CLEANING SERVICE | 12 | EA | ________ | ________ |

**SCHEDULE**

| Item No. | Supplies/Services | Quantity | Unit | Unit Price | Amount |
| --- | --- | --- | --- | --- | --- |
| 3 | DIAC EXPANSION (31 Oct 2008 through 30 Sept 2009)<br><br>THIS CLIN should be an extimate IAW attached SOO and Drawing . The estimated square footage is 470,000. | 12 | EA | ________ | ________ |

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. Contract ID Code | Page 1 | of Pages 2 |
|---|---|---|

| 2. Amendment/Modification No. | 3. Effective Date | 4. Requisition/Purchase Req. No. | 5. Project No. (if applicable) |
|---|---|---|---|
| 0005 | Aug 11, 2005 | 448/0114Z/05 | |

| ---ˡ By Code HHQ402 | 7. Administered By (If other than Item 6) Code ZD50 |
|---|---|
| Contracting Activity<br>A AE-2<br>Bolling AFB, Bldg. 6000<br>Washington, D.C. 20340-5100 | Virginia Contracting Activity<br>Building 6000<br>Washington, DC 20340-5100<br>ATTN: DIAC, AE-2 |

| 8. Name and Address of Contractor (No., Street, County, and Zip Code) | (X) | 9A. Amendment of Solicitation No. |
|---|---|---|
| | | HHM402-05-R-0017 |
| | X | 9B. Date (See Item 11) |
| | | Apr 14, 2005 |
| | | 10A. Modification of Contract/Order No. |
| | | 10B. Date (See Item 13) |
| Code / Facility Code | | |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers [ ] is extended [X] is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning 1 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (if required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACT/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. This change order is issued pursuant to: (Specify authority) The changes set forth in item 14 are made in the Contract Order No. in item 10A.

B. The above numbered Contract/Order is modified to reflect the administrative changes (such as changes in paying office, appropriation date, etc.) Set fourth item 14, pursuant to the authority of FAR 43.103 (b)

C. This supplemental agreement is entered into pursuant to authority of:

D. Other (Specify type of modification and authority)

E. **IMPORTANT:** Contractor [ ] is not, [X] is required to sign this document and return 1 copies to the issuing office.

14. Description of Amendment/Modification (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

**SEE PAGE 2**

**508**

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. Name and Title of Signer (Type or Print) | | 16A. Name and title of Contracting Officer (Type or Print) | |
|---|---|---|---|
| 15B. Contractor/Offeror<br><br>(Signature of person authorized to sign) | 15C. Date Signed | 16B. United States of America<br><br>(Signature of Contracting Officer) | 16C. Date Signed |

NSN 7540-01-152-8070 30-105 **STANDARD FORM 30** (REV. 10-83)
PREVIOUS EDITIONS UNUSABLE Prescribed by GSA FAR (48 CFR) 53.243

[he Purpose of this modification is to accomplish the following:

ovide all offerors with notice that the Government intends to re-evaluate all technical proposals
u. ed May 13, 2005 in reference to HHM402-05-R-0017.

:. To inform all offerors that technical evaluations will commence on 22 Aug 2005.

. Once proposals have been re-evaluated, award may be made without discussions. If the Agency determines hat discussions are warranted, a competitive range will be established and discussions will be conducted with all fferors within the range. Upon completion of discussion, offerors within the competetive range will be provided he opportunity to submit final revised proposals.

. Please submit all questions regarding this amendment in writing to juanita.jones@dia.mil.

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. Contract ID Code | Page | of Pages |
|---|---|---|
| | 1 | 5 |

| 2. Amendment/Modification No. | 3. Effective Date | 4. Requisition/Purchase Req. No. | 5. Project No. (if applicable) |
|---|---|---|---|
| 0006 | Nov 17,2005 | 448/0114Z/05 | |

| 6. ...ed By — Code HHQ402 | 7. Administered By (If other than Item 6) — Code ZD50 |
|---|---|
| ...Contracting Activity<br>... AE-2<br>Bolling AFB, Bldg. 6000<br>Washington, D.C. 20340-5100 | Virginia Contracting Activity<br>Building 6000<br>Washington, DC 20340-5100<br>ATTN: DIAC, AE-2 |

| 8. Name and Address of Contractor (*No., Street, County, and Zip Code*) | (X) | |
|---|---|---|
| | | 9A. Amendment of Solicitation No.<br>HHM402-05-R-0017 |
| | X | 9B. Date (*See Item 11*)<br>Apr 14, 2005 |
| | | 10A. Modification of Contract/Order No. |
| | | 10B. Date (*See Item 13*) |
| Code / Facility Code | | |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers [x] is extended [ ] is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning 1 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (*if required*)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACT/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

...'s change order is issued pursuant to: (*Specify authority*) The changes set forth in item 14 are made in the Contract Order No. in item 10A.

B. The above numbered Contract/Order is modified to reflect the administrative changes (*such as changes in paying office, appropriation date, etc.*) Set fourth item 14, pursuant to the authority of FAR 43.103 (b)

C. This supplemental agreement is entered into pursuant to authority of:

D. Other (*Specify type of modification and authority*)

. **IMPORTANT:** Contractor [ ] is not, [ ] is required to sign this document and return copies to the issuing office.

Description of Amendment/Modification (*Organized by UCF section headings, including solicitation/contract subject matter where feasible.*)

IE PURPOSE OF THIS AMENDMENT IS TO ACCOMPLISH THE FOLLOWING:

E PAGE 5.

**510**

...cept as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| ...A. Name and Title of Signer (*Type or Print*) | | 16A. Name and title of Contracting Officer (*Type or Print*) | |
|---|---|---|---|
| ...B. Contractor/Offeror<br><br>(Signature of person authorized to sign) | 15C. Date Signed | 16B. United States of America<br><br>(Signature of Contracting Officer) | 16C. Date Signed |

N 7540-01-152-8070 30-105 **STANDARD FORM 30** (REV. 10-83)
EVIOUS EDITIONS UNUSABLE Prescribed by GSA FAR (48 CFR) 53.243