SCHEDULE

| Item No. | Supplies/Services | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | PLEASE NOTE PROPOSAL CLOSING HAS BEEN EXTENDED TO 29 NOVEMBER 2005 @ 3.00 p.m.<br>FAX PROPOSALS WILL NOT BE ACCEPTED. | | | | |
| )001 | BASE YEAR 1 JAN 2006 through 30 Oct 2006. | 0 | EA | ______ | ______ |
| | The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | | | | |
| )001AA | PROVIDE BASIC CLEANING SERVICES | 10 | MO | ______ | ______ |
| )001AB | DIAC EXPANSION | 10 | MO | ______ | ______ |
| | This CLIN should be an estimate IAW attached SOO and Drawings. The estimated square footage is 470,000. | | | | |
| | OPTION PERIOD I (31 OCT 2006 THROUGH 30 OCTOBER 2007) | 0 | EA | ______ | ______ |
| | The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | | | | |
| )02AA | PROVIDE BASIC CLEANING SERVICES | 12 | MO | ______ | ______ |
| 02AB | DIAC EXPANSION | 12 | MO | ______ | ______ |
| | This CLIN should be an Estimate IAW attached SOO and Drawings. The estimated sqaure footage is 470,000. | | | | |
| )3 | OPTION PERIOD II ( 31 OCT 2007 THROUGH 30 OCTOBER 2008) | 0 | EA | ______ | ______ |
| | The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, | | | | |

SCHEDULE

| Item No. | Supplies/Services | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | | | | |
| )003AA | PROVIDE BASIC CLEANING SERVICES. | 12 | MO | ________ | ________ |
| )003AB | DIAC EXPANSION<br>This CLIN should be an Estimate IAW attached SOO and Drawings. The estimated sqaure footage is 470,000. | 12 | MO | ________ | ________ |
| )004 | OPTION III PERIOD OF PERFORMANCE ( 31 OCT 2008 THROUGH 30 OCTOBER 2009)<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | ________ | ________ |
| | PROVIDE BASIC CLEANING SERVICES | 12 | EA | ________ | ________ |
| )04AB | DIAC EXPANSION<br><br>THIS CLIN should be an extimate IAW attached SOO and Drawing . The estimated square footage is 470,000. | 12 | EA | ________ | ________ |
| 05 | OPTION YEAR IV PERIOD OF PERFORMANCE (31 OCT 2009 THROUGH 30 OCTOBER 2010)<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | ________ | ________ |
| )5AA | PROVIDE BASIC CLEANING SERVICE | 12 | EA | ________ | ________ |
| | DIAC EXPANSION<br>THIS CLIN should be an extimate IAW attached SOO and Drawing . The estimated square footage is 470,000. | 12 | EA | ________ | ________ |

SCHEDULE

| Item No. | Supplies/Services | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | | | | | |

**THE PURPOSE OF THIS AMENDMENT IS TO ACCOMPLISH THE FOLLOWING:**

**1 ·tend the closing date to 29 November 2005.**

**!. To inform all offerors that an organized site visit has been scheduled for 21 November 2005 @ 13:30. All offerors wishing to attend MUST submit the names, social security numbers, Types of vehicles and license number to Juanita Jones by November 18, 2005 @ 3 p.m.**

**. To publish questions and answers to general questions. Questions submitted based upon individual valuations will be addressed directly to addressee.**

**a). Would the government prefer to submit change pages only with an index or to submit a complete BAFO roposal indentifying change pages with an index? All offerors are to submit complete Final Revised 'roprosals.**

**. To attached a revised schedule. SEE PAGES**

**. To notify all offerors that the government will not accept any additional questions**

**Please submit all questions regarding this amendment in writing to juanita.jones@dia.mil and ıy.torres@dia.mil.**

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. Contract ID Code | Page | of Pages |
|---|---|---|
| | 1 | 5 |

| 2. Amendment/Modification No. | 3. Effective Date | 4. Requisition/Purchase Req. No. | 5. Project No. (if applicable) |
|---|---|---|---|
| 0007 | Dec 6,2005 | 448/0114Z/05 | |

| 6. Issued By Code HHQ402 | 7. Administered By (If other than Item 6) Code ZD50 |
|---|---|
| Contracting Activity<br>AE-2<br>Bolling AFB, Bldg. 6000<br>Washington, D.C. 20340-5100 | Virginia Contracting Activity<br>Building 6000<br>Washington, DC 20340-5100<br>ATTN: DIAC, AE-2 |

| 8. Name and Address of Contractor (No., Street, County, and Zip Code) | (X) | |
|---|---|---|
| | | 9A. Amendment of Solicitation No.<br>HHM402-05-R-0017 |
| | X | 9B. Date (See Item 11)<br>Apr 14, 2005 |
| | | 10A. Modification of Contract/Order No. |
| | | 10B. Date (See Item 13) |
| Code / Facility Code | | |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[X] The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers [x] is extended [ ] is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning 1 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (if required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACT/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | |
|---|---|
| | A. This change order is issued pursuant to: (Specify authority) The changes set forth in item 14 are made in the Contract Order No. in item 10A. |
| | B. The above numbered Contract/Order is modified to reflect the administrative changes (such as changes in paying office, appropriation date, etc.) Set fourth item 14, pursuant to the authority of FAR 43.103 (b) |
| | C. This supplemental agreement is entered into pursuant to authority of: |
| | D. Other (Specify type of modification and authority) |

E. **IMPORTANT:** Contractor [ ] is not, [X] is required to sign this document and return 1 copies to the issuing office.

14. Description of Amendment/Modification (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

THE PURPOSE OF THIS AMENDMENT IS TO ACCOMPLISH THE FOLLOWING:

SEE PAGE 5.

**515**

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. Name and Title of Signer (Type or Print) | | 16A. Name and title of Contracting Officer (Type or Print) | |
|---|---|---|---|
| 15B. Contractor/Offeror<br><br>(Signature of person authorized to sign) | 15C. Date Signed | 16B. United States of America<br><br>(Signature of Contracting Officer) | 16C. Date Signed |

NSN 7540-01-152-8070 30-105 STANDARD FORM 30 (REV. 10-83)

PREVIOUS EDITIONS UNUSABLE Prescribed by GSA FAR (48 CFR) 53.243

## SCHEDULE

| Item No. | Supplies/Services | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 001 | BASE YEAR 16 JAN 2006 through 30 Oct 2006.<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | | |
| 001AA | PROVIDE BASIC CLEANING SERVICES | 9.5 | MO | | |
| 001AB | DIAC EXPANSION<br><br>This CLIN should be an estimate IAW attached SOO and Drawings. The estimated square footage is 470,000. | 9.5 | MO | | |
| 002 | OPTION PERIOD I (31 OCT 2006 THROUGH 30 OCTOBER 2007)<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | | |
| 002AA | PROVIDE BASIC CLEANING SERVICES | 12 | MO | | |
| 002AB | DIAC EXPANSION<br><br>This CLIN should be an Estimate IAW attached SOO and Drawings. The estimated sqaure footage is 470,000. | 12 | MO | | |
| 003 | OPTION PERIOD II ( 31 OCT 2007 THROUGH 30 OCTOBER 2008)<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | | |

SCHEDULE

| Item No. | Supplies/Services | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | PROVIDE BASIC CLEANING SERVICES. | 12 | MO | | |
| I003AB | DIAC EXPANSION<br>This CLIN should be an Estimate IAW attached SOO and Drawings. The estimated sqaure footage is 470,000. | 12 | MO | | |
| 004 | OPTION III PERIOD OF PERFORMANCE ( 31 OCT 2008 THROUGH 30 OCTOBER 2009)<br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | | |
| )04AA | PROVIDE BASIC CLEANING SERVICES | 12 | EA | | |
| | DIAC EXPANSION<br>THIS CLIN should be an extimate IAW attached SOO and Drawing . The estimated square footage is 470,000. | 12 | EA | | |
| 05 | OPTION YEAR IV PERIOD OF PERFORMANCE (31 OCT 2009 THROUGH 30 OCTOBER 2010)<br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | | |
| )5AA | PROVIDE BASIC CLEANING SERVICE | 12 | EA | | |
| )5AB | DIAC EXPANSION<br>THIS CLIN should be an extimate IAW attached SOO and Drawing . The estimated square footage is 470,000. | 12 | EA | | |

SCHEDULE

| Item No. | Supplies/Services | Quantity | Unit | Unit Price | Amount |
| --- | --- | --- | --- | --- | --- |
| | | | | | |

THE PURPOSE OF THIS AMENDMENT IS TO ACCOMPLISH THE FOLLOWING:

' `nform all offerors that the scheduled beginning period of performance has been changed from 1 Jan
:. :nuary 2006. SEE REVISED FOR CHANGE.

!. To requests all offerors revise cost schedule based upon period of performance change.

\. All revised cost proposals should be received by 4:00 P.M. on 12/9/06. Revised cost schedules may be faxed to '02-231-2831 or e-mailed to Juanita.jones@dia.mil , however signatures are required.

. All other terms and conditions remain the same.

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. Contract ID Code | Page 1 | of Pages 5

| 2. Amendment/Modification No. | 3. Effective Date | 4. Requisition/Purchase Req. No. | 5. Project No. (if applicable) |
|---|---|---|---|
| 0007 | Dec 6,2005 | 448/0114Z/05 | |

6. ...d By — Code HHQ402
Contracting Activity
AE-2
Bolling AFB, Bldg. 6000
Washington, D.C. 20340-5100

7. Administered By (If other than Item 6) — Code ZD50
Virginia Contracting Activity
Building 6000
Washington, DC 20340-5100
ATTN: DIAC, AE-2

8. Name and Address of Contractor (*No., Street, County, and Zip Code*)

(X) 9A. Amendment of Solicitation No.
HHM402-05-R-0017

X 9B. Date (*See Item 11*)
Apr 14, 2005

10A. Modification of Contract/Order No.

10B. Date (*See Item 13*)

Code | Facility Code

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers [x] is extended [ ] is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning 1 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (*if required*)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACT/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

...is change order is issued pursuant to: (*Specify authority*) The changes set forth in item 14 are made in the Contract Order No. in item 10A.

...he above numbered Contract/Order is modified to reflect the administrative changes (*such as changes in paying office, appropriation date, etc.*) Set fourth item 14, pursuant to the authority of FAR 43.103 (b)

C. This supplemental agreement is entered into pursuant to authority of:

D. Other (*Specify type of modification and authority*)

IMPORTANT: Contractor [ ] is not, [X] is required to sign this document and return 1 copies to the issuing office.

Description of Amendment/Modification (*Organized by UCF section headings, including solicitation/contract subject matter where feasible.*)

...E PURPOSE OF THIS AMENDMENT IS TO ACCOMPLISH THE FOLLOWING:

...E PAGE 5.

520

...ept as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| ...A. Name and Title of Signer (*Type or Print*) | | 16A. Name and title of Contracting Officer (*Type or Print*) | |
|---|---|---|---|
| ...or/Offeror | 15C. Date Signed | 16B. United States of America | 16C. Date Signed |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

SCHEDULE

| Item No. | Supplies/Services | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 001 | BASE YEAR 16 JAN 2006 through 30 Oct 2006.<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | | |
| 001AA | PROVIDE BASIC CLEANING SERVICES | 9.5 | MO | | |
| 001AB | DIAC EXPANSION<br><br>This CLIN should be an estimate IAW attached SOO and Drawings. The estimated square footage is 470,000. | 9.5 | MO | | |
| 002 | OPTION PERIOD I (31 OCT 2006 THROUGH 30 OCTOBER 2007)<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | | |
| 002AA | PROVIDE BASIC CLEANING SERVICES | 12 | MO | | |
| 002AB | DIAC EXPANSION<br><br>This CLIN should be an Estimate IAW attached SOO and Drawings. The estimated sqaure footage is 470,000. | 12 | MO | | |
| 003 | OPTION PERIOD II ( 31 OCT 2007 THROUGH 30 OCTOBER 2008)<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | | |

SCHEDULE

| Item No. | Supplies/Services | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | PROVIDE BASIC CLEANING SERVICES. | 12 | MO | ________ | ________ |
| )003AB | DIAC EXPANSION<br>This CLIN should be an Estimate IAW attached SOO and Drawings. The estimated sqaure footage is 470,000. | 12 | MO | ________ | ________ |
| 004 | OPTION III PERIOD OF PERFORMANCE ( 31 OCT 2008 THROUGH 30 OCTOBER 2009)<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | ________ | ________ |
| )04AA | PROVIDE BASIC CLEANING SERVICES | 12 | EA | ________ | ________ |
| | DIAC EXPANSION<br><br>THIS CLIN should be an extimate IAW attached SOO and Drawing . The estimated square footage is 470,000. | 12 | EA | ________ | ________ |
| 05 | OPTION YEAR IV PERIOD OF PERFORMANCE (31 OCT 2009 THROUGH 30 OCTOBER 2010)<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | ________ | ________ |
| )5AA | PROVIDE BASIC CLEANING SERVICE | 12 | EA | ________ | ________ |
| )5AB | DIAC EXPANSION<br>THIS CLIN should be an extimate IAW attached SOO and Drawing . The estimated square footage is 470,000. | 12 | EA | ________ | ________ |

SCHEDULE

| Item No. | Supplies/Services | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | | | | | |

THE PURPOSE OF THIS AMENDMENT IS TO ACCOMPLISH THE FOLLOWING:

form all offerors that the scheduled beginning period of performance has been changed from 1 Jan 2006 nuary 2006. SEE REVISED FOR CHANGE.

2. To requests all offerors revise cost schedule based upon period of performance change.

3. All revised cost proposals should be received by 4:00 P.M. on 12/9/06. Revised cost schedules may be faxed to 202-231-2831 or e-mailed to Juanita.jones@dia.mil , however signatures are required.

4. All other terms and conditions remain the same.

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

| 1. Contract ID Code | Page | of Pages |
|---|---|---|
| | 1 | 5 |

| 2. Amendment/Modification No. | 3. Effective Date | 4. Requisition/Purchase Req. No. | 5. Project No. (if applicable) |
|---|---|---|---|
| 0008 | 12 January 2006 | 448/0114Z/05 | |

| ed By Code HHQ402 | 7. Administered By (If other than Item 6) Code ZD50 |
|---|---|
| Contracting Activity<br>AE-2<br>Bolling AFB, Bldg. 6000<br>Washington, D.C. 20340-5100 | Virginia Contracting Activity<br>Building 6000<br>Washington, DC 20340-5100<br>ATTN: DIAC, AE-2 |

| 8. Name and Address of Contractor (*No., Street, County, and Zip Code*) | (X) | |
|---|---|---|
| | | 9A. Amendment of Solicitation No.<br>HHM402-05-R-0017 |
| | X | 9B. Date (*See Item 11*)<br>Apr 14, 2005 |
| | | 10A. Modification of Contract/Order No. |
| | | 10B. Date (*See Item 13*) |
| Code / Facility Code | | |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers [x] is extended [ ] is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning 1 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT N REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or etter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

!2. Accounting and Appropriation Data (*if required*)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACT/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

change order is issued pursuant to: (*Specify authority*) The changes set forth in item 14 are made in the Contract Order No. in item 10A.

B. The above numbered Contract/Order is modified to reflect the administrative changes (*such as changes in paying office, appropriation date, etc.)* Set fourth item 14, pursuant to the authority of FAR 43.103 (b)

C. This supplemental agreement is entered into pursuant to authority of:

D. Other (*Specify type of modification and authority)*

**IMPORTANT:** Contractor [ ] is not, [X] is required to sign this document and return 1 copies to the issuing office.

Description of Amendment/Modification (*Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

E PURPOSE OF THIS AMENDMENT IS TO ACCOMPLISH THE FOLLOWING:

3 PAGE 5.

**525**

ept as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| . Name and Title of Signer (*Type or Print*) | | 16A. Name and title of Contracting Officer (*Type or Print*) | |
|---|---|---|---|
| ractor/Offeror<br><br>(Signature of person authorized to sign) | 15C. Date Signed | 16B. United States of America<br><br>(Signature of Contracting Officer) | 16C. Date Signed |

## SCHEDULE

| Item No. | Supplies/Services | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| )001 | BASE YEAR 13 FEB 2006 through 30 Oct 2006.<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | ______ | ______ |
| 001AA | PROVIDE BASIC CLEANING SERVICES | 8.5 | MO | ______ | ______ |
| )001AB | DIAC EXPANSION<br><br>This CLIN should be an estimate IAW attached SOO and Drawings. The estimated square footage is 470,000. | 8.5 | MO | ______ | ______ |
| )02 | OPTION PERIOD I (31 OCT 2006 THROUGH 30 OCTOBER 2007)<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | ______ | ______ |
| )2AA | PROVIDE BASIC CLEANING SERVICES | 12 | MO | ______ | ______ |
| )2AB | DIAC EXPANSION<br><br>This CLIN should be an Estimate IAW attached SOO and Drawings. The estimated sqaure footage is 470,000. | 12 | MO | ______ | ______ |
| 3 | OPTION PERIOD II ( 31 OCT 2007 THROUGH 30 OCTOBER 2008)<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | ______ | ______ |

SCHEDULE

| Item No. | Supplies/Services | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 0( | PROVIDE BASIC CLEANING SERVICES. | 12 | MO | | |
| 0003AB | DIAC EXPANSION<br>This CLIN should be an Estimate IAW attached SOO and Drawings. The estimated sqaure footage is 470,000. | 12 | MO | | |
| )004 | OPTION III PERIOD OF PERFORMANCE ( 31 OCT 2008 THROUGH 30 OCTOBER 2009)<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | | |
| )04AA | PROVIDE BASIC CLEANING SERVICES | 12 | EA | | |
| | DIAC EXPANSION<br><br>THIS CLIN should be an extimate IAW attached SOO and Drawing . The estimated square footage is 470,000. | 12 | EA | | |
| )5 | OPTION YEAR IV PERIOD OF PERFORMANCE (31 OCT 2009 THROUGH 30 OCTOBER 2010)<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | | |
| 5AA | PROVIDE BASIC CLEANING SERVICE | 12 | EA | | |
| AB | DIAC EXPANSION<br>THIS CLIN should be an extimate IAW attached SOO and Drawing . The estimated square footage .s 470,000. | 12 | EA | | |

SCHEDULE

| Item No. | Supplies/Services | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | | | | | |

**[T]HE PURPOSE OF THIS AMENDMENT IS TO ACCOMPLISH THE FOLLOWING:**

**[1. I]nform all offerors that the scheduled beginning period of performance has been changed from 16 Jan [200]6 to 13 January 2006. SEE REVISED FOR CHANGE.**

**2. To requests all offerors revise cost schedule based upon period of performance change.**

**3. All revised cost proposals should be received by 4:00 P.M. on 1/20/06. Revised cost schedules may be faxed to [2]02-231-2831 or e-mailed to Juanita.jones@dia.mil , however signatures are required.**

**[4]. All other terms and conditions remain the same.**

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. Contract ID Code | Page 1 of Pages 5

2. Amendment/Modification No. 0009

3. Effective Date 09 February 2006

4. Requisition/Purchase Req. No. 448/0114Z/05

5. Project No. (if applicable)

ued By Code HHQ402
Contracting Activity
AE-2
Bolling AFB, Bldg. 6000
Washington, D.C. 20340-5100

7. Administered By (If other than Item 6) Code ZD50
Virginia Contracting Activity
Building 6000
Washington, DC 20340-5100
ATTN: DIAC, AE-2

8. Name and Address of Contractor (*No., Street, County, and Zip Code*)

(X) 9A. Amendment of Solicitation No. HHM402-05-R-0017

X 9B. Date (*See Item 11*) Apr 14, 2005

10A. Modification of Contract/Order No.

10B. Date (*See Item 13*)

Code | Facility Code

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers [x] is extended [ ] is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning 1 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (*if required*)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACT/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

's change order is issued pursuant to: (*Specify authority*) The changes set forth in item 14 are made in the Contract Order No. in item 10A.

B. The above numbered Contract/Order is modified to reflect the administrative changes (*such as changes in paying office, appropriation date, etc.*) Set fourth item 14, pursuant to the authority of FAR 43.103 (b)

C. This supplemental agreement is entered into pursuant to authority of:

D. Other (*Specify type of modification and authority*)

. **IMPORTANT:** Contractor [ ] is not, [X] is required to sign this document and return 1 copies to the issuing office.

Description of Amendment/Modification (*Organized by UCF section headings, including solicitation/contract subject matter where feasible.*)

IE PURPOSE OF THIS AMENDMENT IS TO ACCOMPLISH THE FOLLOWING:

E PAGE 5.

**530**

cept as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

A. Name and Title of Signer (*Type or Print*)

16A. Name and title of Contracting Officer (*Type or Print*)

tor/Offeror | 15C. Date Signed | 16B. United States of America | 16C. Date Signed

(Signature of person authorized to sign) | (Signature of Contracting Officer)

N 7540-01-152-8070 | 30-105 | STANDARD FORM 30 (REV. 10-83)
EVIOUS EDITIONS UNUSABLE | Prescribed by GSA FAR (48 CFR) 53.243

SCHEDULE

| Item No. | Supplies/Services | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| )001 | BASE YEAR 01 Mar 2006 through 30 Oct 2006.<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | | |
| 001AA | PROVIDE BASIC CLEANING SERVICES | 8 | MO | | |
| 001AB | DIAC EXPANSION<br><br>This CLIN should be an estimate IAW attached SOO and Drawings. The estimated square footage is 470,000. | 8 | MO | | |
| )02 | OPTION PERIOD I (31 OCT 2006 THROUGH 30 OCTOBER 2007)<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | | |
| )2AA | PROVIDE BASIC CLEANING SERVICES | 12 | MO | | |
| )2AB | DIAC EXPANSION<br><br>This CLIN should be an Estimate IAW attached SOO and Drawings. The estimated sqaure footage is 470,000. | 12 | MO | | |
| 3 | OPTION PERIOD II ( 31 OCT 2007 THROUGH 30 OCTOBER 2008)<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | | |

**SCHEDULE**

| Item No. | Supplies/Services | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| )ı.. | PROVIDE BASIC CLEANING SERVICES. | 12 | MO | ______ | ______ |
| )003AB | DIAC EXPANSION<br>This CLIN should be an Estimate IAW attached SOO and Drawings. The estimated sqaure footage is 470,000. | 12 | MO | ______ | ______ |
| 004 | OPTION III PERIOD OF PERFORMANCE ( 31 OCT 2008 THROUGH 30 OCTOBER 2009)<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | ______ | ______ |
| )04AA | PROVIDE BASIC CLEANING SERVICES | 12 | EA | ______ | ______ |
| | DIAC EXPANSION<br><br>THIS CLIN should be an extimate IAW attached SOO and Drawing . The estimated square footage is 470,000. | 12 | EA | ______ | ______ |
| 05 | OPTION YEAR IV PERIOD OF PERFORMANCE (31 OCT 2009 THROUGH 30 OCTOBER 2010)<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | ______ | ______ |
| i5AA | PROVIDE BASIC CLEANING SERVICE | 12 | EA | ______ | ______ |
| 5AB | DIAC EXPANSION<br>THIS CLIN should be an extimate IAW attached SOO and Drawing . The estimated square footage is 470,000. | 12 | EA | ______ | ______ |

SCHEDULE

| Item No. | Supplies/Services | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | | | | | |

THE PURPOSE OF THIS AMENDMENT IS TO ACCOMPLISH THE FOLLOWING:

ıform all offerors that the scheduled beginning period of performance has been changed from 13 Feb 01 Mar 2006. SEE REVISED SCHEDULE PAGE FOR CHANGE.

2. To requests all offerors revise cost schedule based upon period of performance change.

3. All revised cost proposals should be received by 4:00 P.M. on 2/15/06. Revised cost schedules may be faxed to 202-231-2831 or e-mailed to Juanita.jones@dia.mil , however signatures are required.

4. All other terms and conditions remain the same.

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 2. Amendment/Modification No. | 3. Effective Date | 4. Requisition/Purchase Req. No. | 5. Project No. (if applicable) |
|---|---|---|---|
| 0010 | 28 Feb 2006 | 448/01142/05 | |

| 6. Issued By Code HHQ402 | 7. Administered By (if other than Item 6) Code ZD50 |
|---|---|
| Virginia Contracting Activity<br>ATTN: AE-2<br>Bolling AFB. Bldg. 6000<br>Washington, D.C. 20340-5100 | Virginia Contracting Activity<br>Building 6000<br>Washington, DC 20340-5100<br>ATTN: DIAC, AE-2 |

8. Name and Address of Contractor (No., Street, County, and Zip Code)

(X) 9A. Amendment of Solicitation No.: HHM402-05-R-0017

X 9B. Date (See Item 11): Apr 14, 2005

10A. Modification of Contract/Order No.

10B. Date (See Item 13)

Code | Facility Code

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [x] is extended [ ] is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods. (a) By completing Items 8 and 15, and returning 1 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (If required)

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACT/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(x) A. This change order is issued pursuant to: (Specify authority) The changes set forth in Item 14 are made in the Contract Order No. in item 10A

B. The above numbered Contract/Order is modified to reflect the administrative changes (such as changes in paying office, appropriation date, etc.) Set forth Item 14, pursuant to the authority of FAR 43.103 (b)

C. This supplemental agreement is entered into pursuant to authority of:

D. Other (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [X] is required to sign this document and return 1 copies to the issuing office.

14. Description of Amendment/Modification (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

THE PURPOSE OF THIS AMENDMENT IS TO ACCOMPLISH THE FOLLOWING:

SEE PAGE 5.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. Name and Title of Signer (Type or Print) | | 16A. Name and title of Contracting Officer (Type or Print) | |
|---|---|---|---|
| 15B. Contractor/Offeror<br><br>(Signature of person authorized to sign) | 15C. Date Signed | 16B. United States of America<br>[signature]<br>(Signature of Contracting Officer) | 16C. Date Signed<br>2/28/06 |

NSN 7540-01-152-8070
PREVIOUS EDITIONS UNUSABLE

30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

THE PURPOSE OF THIS AMENDMENT IS TO ACCOMPLISH THE FOLLOWING:

. To inform all offerors that the scheduled beginning period of performance has been changed from 01 Mar 2006 to 01 Apr 2006. SEE REVISED SCHEDULE PAGE FOR CHANGE.

2. To requests all offerors revise cost schedule based upon period of performance change.

3. All revised cost proposals should be received by 4:00 P.M. on 3/7/06. Revised cost schedules may be faxed to 202-231-2831 or e-mailed to Juanita.jones@dla.mil , however signatures are required.

4. All other terms and conditions remain the same.

| Item No. | Supplies/Services | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 0003AA | PROVIDE BASIC CLEANING SERVICES | 12 | MO | | |
| 0003AB | DIAC EXPANSION<br>This CLIN should be an estimate IAW attached SOO and Drawings. The estimated square footage is 470,000. | 12 | MO | | |
| 0004 | **OPTION PERIOD III PERIOD OF PERFORMANCE (31 OCTOBER 2008 THROUGH 30 OCTOBER 2009)**<br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analyhsis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | | | | |
| 0004AA | PROVIDE BASIC CLEANING SERVICES | 12 | MO | | |
| 0004AB | DIAC EXPANSION<br>This CLIN should be an estimate IAW attached SOO and Drawings. The estimated square footage is 470,000. | 12 | MO | | |
| 0005 | **OPTION PERIOD IV PERIOD OF PERFORMA (31 OCTOBER 2009 THROUGH 30 OCTOBER 2010)**<br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analyhsis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | - | $ - |
| 0005AA | PROVIDE BASIC CLEANING SERVICES | 12 | MO | | |
| 0005AB | DIAC EXPANSION (31 OCT 2008 THROUGH 30 OCTOBER 2009)<br>This CLIN should be an estimate IAW attached SOO and Drawings. The estimated square footage is 470,000. | 12 | MO | | |

| Item No. | Supplies/Services | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 0001 | **BASE YEAR 1 April 2006 through 30 Oct 2006.** The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analyhsis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | | |
| 0001AA | PROVIDE BASIC CLEANING SERVICES | 7 | EA | | |
| 0001AB | DIAC EXPANSION This CLIN should be an estimate IAW attached SOO and Drawings. The estimated square footage is 470,000. | 7 | EA | | |
| 0002 | **OPTION PERIOD I (31 OCT 2006 THROUGH 31 OCTOBER 2007).** The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analyhsis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | | |
| 0002AA | PROVIDE BASIC CLEANING SERVICES | 12 | MO | | |
| 0002AB | DIAC EXPANSION This CLIN should be an estimate IAW attached SOO and Drawings. The estimated square footage is 470,000. | 12 | MO | | |
| 0003 | **OPTION PERIOD II (31 OCT 2007 THROUGH 30 OCTOBER 2008)** The contractor shall provide all personnel, supervison, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington,DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | | |

# SOURCE SELECTION PLAN
# HHM402-05-R-0017

## 1.0 PURPOSE

The purpose of this source selection plan is to provide for the selection of the offeror whose proposal represents the best value to the Government from a technical and cost standpoint consistent with the criteria in the Request for Proposals.

## 1.1 EVALUATION AND SOURCE SELECTION PROCESS

This document describes the responsibilities and procedures for evaluation of proposals submitted in response to the RFP. The responsibilities and procedures are designed to:

a. Provide Technical Evaluation Panel (TEP) members the necessary instructions to facilitate understanding of the evaluation process.

b. Establish a balanced evaluation structure and effective rating procedures which ensure thorough, accurate, and impartial appraisal of the contractors' response to RFP requirements.

c. Provide the Procuring Contractor Officer (PCO) with the detailed written results of the evaluation of each offeror for use in his/her determination of competitive range, holding discussions/negotiations, source selection, and debriefing of unsuccessful offerors.

d. Provide an official record of the evaluation and selection process.

e. Assure the integrity of the procurement process.

## 1.2 SCOPE

This plan addresses the following areas:

a. Rules and security measures to be employed during the evaluation and source selection process.

b. Identification of the source selection organization and delineation of responsibilities thereof.

c. Criteria to be used in the evaluation of the responses received.

d. Procedures for conduct of the evaluation process.