**RESUME**
**FOR** [redacted]

[redacted]

601

[redacted]

[redacted]

602

DISCLOSURE OF DATA CONTAINED ON THIS SHEET IS SUBJECT TO THE RESTRICTIONS ON THE TITLE PAGE OF THIS PROPOSAL OR QUOTATION.

**Resume**
**For**
[redacted]

*Driver*

[redacted]

603

[redacted]

604

DISCLOSURE OF DATA CONTAINED ON THIS SHEET IS SUBJECT TO THE RESTRICTIONS ON THE TITLE PAGE OF THIS PROPOSAL

(3) RCSI ORG[redacted]ATIONAL CHART

Line [redacted] Authority

[redacted]



[redacted]

[redacted]

DISCLOSURE OF DATA CONTAINED ON THIS SHEET IS SUBJECT TO THE RESTRICTIONS ON THE TITLE PAGE OF THIS PROPOSAL

[redacted]

DISCLOSURE OF DATA CONTAINED ON THIS SHEET IS
RESTRICTIONS ON THE TITLE PAGE OF THIS PROPOSAL.

[redacted]

[redacted]

DISCLOSURE OF DATA CONTAINED ON THIS SHEET IS SUBJECT TO THE RESTRICTIONS ON THE TITLE PAGE OF THIS PROPOSAL.

[redacted]

DISCLOSURE OF DATA CONTAINED ON THIS SHEET IS SUBJECT TO THE RESTRICTIONS ON THE TITLE PAGE OF THIS PROPOSAL.

[redacted]



DISCLOSURE OF DATA CONTAINED ON THIS SHEET IS SUBJECT TO THE RESTRICTIONS ON THE TITLE PAGE OF THIS PROPOSAL.

| | | |
|---|---|---|
| **CODE:** | **D** | **DAILY** |
| | **W** | **WEEKLY** |
| | **M** | **MONTHLY** |
| | **2W** | **TWICE WEEKLY** |
| | **3W** | **3 TIMES WEEKLY** |
| | **Q** | **QUARTERLY** |
| | **SA** | **SEMI ANNUAL** |
| | **AR** | **AS REQUIRED** |

[redacted]

| |
|---|
| D |
| D |
| |
| |
| |
| |
| |
| |
| |
| |
| |

[redacted]

[redacted]

[redacted]

[redacted]



DISCLOSURE OF DATA CONTAINED ON THIS SHEET IS SUBJECT TO THE RESTRICTIONS ON THE TITLE PAGE OF THIS PROPOSAL.

3

[redacted]

619

DISCLOSURE OF DATA CONTAINED ON THIS SHEET IS SUBJECT TO THE RESTRICTIONS ON THE TITLE PAGE OF THIS PROPOSAL.

[redacted]

[redacted]

4

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]



DISCLOSURE OF DATA CONTAINED ON THIS SHEET IS SUBJECT TO THE RESTRICTIONS ON THE TITLE PAGE OF THIS PROPOSAL.

[redacted]



DISCLOSURE OF DATA CONTAINED ON THIS SHEET IS SUBJECT TO THE RESTRICTIONS ON THE TITLE PAGE OF THIS PROPOSAL

[redacted]

624

Signature: ______________________ Date: ____________

[redacted]



Signature: ______________________ Date: ______________

[redacted]

[redacted]

[redacted]

628

[redacted]

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

RWR-11

[redacted]

[redacted]