[redacted]

[redacted]

[redacted]: ____________ 632

[redacted] ______________________

[redacted] ______________________ 00036

[redacted]

[redacted]

633

Form R-81

[redacted]

[redacted]

: ______________________ 635

[redacted]: ______________________

[redacted] ______________________

[redacted]

DISCLOSURE OF DATA CONTAINED ON THIS SHEET IS SUBJECT TO THE RESTRICTIONS ON THE TITLE PAGE OF THIS PROPOSAL

[redacted]

DISCLOSURE OF DATA CONTAINED ON THIS SHEET IS SUBJECT TO THE RESTRICTIONS ON THE TITLE PAGE OF THIS PROPOSAL

[redacted]

[redacted]



DISCLOSURE OF DATA CONTAINED ON THIS SHEET IS SUBJECT TO THE RESTRICTIONS ON THE TITLE PAGE OF THIS PROPOSAL

[redacted]

DISCLOSURE OF DATA CONTAINED ON THIS SHEET IS SUBJECT TO THE RESTRICTIONS ON THE TITLE PAGE OF THIS PROPOSAL

5

**DEFENSE SECURITY SERVICE**
DEFENSE INDUSTRIAL SECURITY CLEARANCE OFFICE
2780 AIRPORT DRIVE, SUITE 400
COLUMBUS, OH 43219-2268

July 17, 2003

Rowe Contracting Service, Inc.
Attn: Facility Security Officer
5150 Hwy #22
Mandeville, LA 70471

CAGE: 5H823

Dear Sir or Madam:

[redacted]

Sincerely,

For JOHN W. FAULKNER
Director

copy: S21AT

DSS FL 381-R

[redacted]

[redacted]

DISCLOSURE OF DATA CONTAINED ON THIS SHEET IS SUBJECT TO THE RESTRICTIONS ON THE TITLE PAGE OF THIS PROPOSAL.

2

ultiDex™
Quick Reference Index System

# CORPORATE EXPERIENCE
# AND
# PAST PERFORMANCE

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

# PAST PERFORMANCE

[redacted]

[redacted]

[redacted]

VIRGINIA CONTRACTING ACTIVITY
200 MACDILL BLVD., BLDG 6000
BOLLING AIR FORCE BASE
WASHINGTON, D.C. 20340-5100

U-0346/AE-2A

NOV 08 2005

Rowe Contracting Services, Inc.
Attn: Scott Rowe, President
5150 Hwy 22, Suite C-11
Mandeville, LA. 70471

SUBJECT: Re-Evaluation of HHM402-05-R-0017 Custodial/Janitorial Services

Dear Sir:

In Response to a protest with the GAO, the Agency decided on August 2, 2005 to re-evaluate all the proposals originally submitted on RFP HHM402-05-R-0017. We have completed our evaluation of your Proposal, dated 13 May 2005. The Government has determined that further discussions are necessary. Therefore a competitive range was established. Your proposal is within the competitive range, and this letter is being forwarded to advise you of the following:

1. Weaknesses and deficiencies in the proposal.
2. Provide guidance for preparing and submitting a final revised proposal.

The following deficiencies and weaknesses were identified:

Deficiencies:

No deficiencies were noted.

Weaknesses:

The Government noted several weaknesses in your proposal. The following recommendations are provided. Your proposal should clearly present:

[redacted]

If you are still interested in competing for this procurement, you are afforded the opportunity to submit your Best and Final Offer (BAFO). The closing date for this submission has been established as 1700 EST, 22 November 2005. Please submit an original and 3 copies to the following address:

MAIL:

Virginia Contracting Activity
ATTN: AE2A, Juanita Jones
Bldg 6000, Bolling AFB
Washington, D.C. 20340-5100

All technical and/or cost revisions to your proposals must be fully documented and accompanied by an index indicating the location and nature of the changes. You are encouraged to submit changes in the form of clearly marked replacement pages.

BAFO's received at DIA after the specified time and date shall be treated as a late proposal in accordance with provisions "LATE SUBMISSIONS, MODIFICATIONS AND WITHDRAWALS OF PROPOSAL" (far 52.215-10). Telegrams and facsimile transmissions are NOT AUTHORIZED.

After the specified closing date, no further information will be furnished to any offeror until an award has been made.

Sincerely,

Cheong Chon
Contracting Officer

# BEST AND FINAL OFFER

## FINAL REVISED PROPOSAL

FOR

CUSTODIAL SERVICES

AT THE

DEFENSE INTELLIGENCE ANALYSIS CENTER
(DIAC)

AT

BOLLING AFB
WASHINGTON, DC

FOR

SOLICITATION NUMBER
HHM402-05-R-0017
AND ITS
AMENDMENTS

SUBMITTED
29 NOVEMBER 2005

BY

ROWE CONTRACTING SERVICES, INC
MANDEVILLE, LOUISIANA 70471

# REPLACEMENT PAGE INDEX

[redacted]

# 2. TECHNICAL PROPOSAL

# REVISED
# TECHNICAL PROPOSAL

**FOR**

**CUSTODIAL SERVICES**

**AT THE**

**DEFENSE INTELLIGENCE ANALYSIS CENTER**
**(DISC)**

**AT**

**BOLLING AFB**
**WASHINGTON DC.**

**FOR**

**SOLICITATION NUMBER**
**HHM402-05-R-0017**

**SUBMITTED**

**29 NOVEMBER 2005**

**BY**

**ROWE CONTRACTING SERVICE, INC.**
**MANDEVILLE, LOUISIANA 70471**

THIS PROPOSAL INCLUDES DATA THAT SHALL NOT BE DISCLOSED OUTSIDE THE GOVERNMENT AND SHALL NOT BE DUPLICATED, USED OR DISCLOSED IN WHOLE OR IN PART FOR ANY PURPOSE OTHER THAN TO EVALUATE THIS PROPOSAL. IF HOWEVER, A COTNRACT IS AWARDED TO THIS OFFEROR AS A RESULT OF/OR IN CONNECTION WITH THE SUBMISSION OF THIS DATA, THE GOVERNMENT SHALL HAVE THE RIGHT TO DUPLICATE, USE, OR DISCLOSE THE DATA TO THE EXTENT PROVIDED IN THE RESULTING CONTRACT. THIS RESTRICTION DOES NOT LIMIT THE GOVERNMENT'S RIGHT TO USE THE INFORMATION CONTAINED IN THIS DATA IF IT IS OBTAINED FROM ANOTHER SOURCE WITHOUT RESTRICTION. THE DATA SUBJECT TO THIS RESTRICTION ARE CONTAINED IN ALL SHEETS FOR SOLICITATION NUMBER HHM402-05-R-0017 AND ITS AMENDMENTS. THE REMAINDER OF THIS FAR PROVISION IS INCORPORATED BY REFERENCE.

**PROPERTY INFORMATION NOT TO BE DISCLOSED**

**REVISED**

**This proposal is in general from and order corresponding to Instructions to Offerors (Addendum 52.212-1), Special Instructions, Evaluation Criteria, respectively pages 37 thru 43. There may be some cross-indexing of references in complying.**

**This proposal is tabbed for the convenience of the government and the information offered has been confined to essential matters. All other clauses and actions are hereby acknowledged.**

**TABLE OF CONTENTS**

[redacted]

**DISCLOSURE OF DATA CONTAINED ON THIS SHEET IS SUBJECT TO THE RESTRICITONS ON THE TITLE PAGE OF THIS PROPOSAL.**