

741

[redacted]

# PROPOSED PROJECT MANAGER

[redacted]

[redacted]

742

[redacted]

[redacted]

743

[redacted]

# PROPOSED QUALITY CONTROL SUPERVISOR

[redacted]

744

EDUCATION

| | | |
|---|---|---|
| 1976-1979 | Dunbar Sr. High School | Washington, DC |

- Diploma.

[redacted]

745

[redacted]

# PROPOSED DAY SUPERVISOR

[redacted]

746

[redacted]

[redacted]

747

[redacted]

# PROPOSED DAY SUPERVISOR

[redacted]

748

EDUCATION

| | | |
|---|---|---|
| 1981-1985 | Eastern Sr. High School | Washington, DC |

[redacted]

749

[redacted]

# PROPOSED NIGHT SUPERVISOR

[redacted]

750