[redacted]

751

[redacted]

# PROPOSED NIGHT SUPERVISOR

[redacted]

752

[redacted]

[redacted]

[redacted]

Olympus
Building Services, Inc.

# *Corporate Profile*

Olympus Building Services, Inc. was incorporated in the Commonwealth of Pennsylvania, under the by-laws of an S-Corporation and is classified by the Federal Government as a Small Business under NAIC Code 561720. Olympus Building Services, Inc. is owned 100% by Anthony C. Hipple, Sr. and is currently registered to conduct business in the following United States locations:

- The District of Columbia
- The State of Maryland
- The State of Pennsylvania
- The State of Missouri
- The State of Georgia
- The State of California

The Officers of the Corporation are as follows:

- Anthony C. Hipple, Sr.
  Title: President, Secretary, Treasurer

Anthony and his staff bring a wealth of *Proven Experience* and *Corporate Management* in operating Custodial Contracts.

Over the past two decades Mr. Hipple has developed an *Excellent Reputation* for executing Custodial and Related Building Management Services at prestigious facilities throughout the United States.

Olympus currently posses a Top Secret Level Clearance with the Department of Defense and Q Level Clearance with the Department of Energy which is Top Secret Level.

Olympus currently employees over five hundred (500) employees working at ten Federal Facilities in seven states.

754

Mr. Hipple and Olympus' Mission in this business is to provide *EXCELLENCE IN SERVICE* this is based on their Exceptional Reputation and is the cornerstone of our success.

Providing all management, supervision, manpower, materials, supplies, and equipment necessary to provide Custodial Services is Olympus' on-going commitment to set and attain the highest possible standards of Dependable, Professional Services.

Mr. Hipple has been performing Custodial and Related Services contracts for the Federal Government since 1984. Mr. Hipple went onto experience strong and steady growth to having seventeen (17) Federal Contracts at one point. Seven (7) of these contracts were with the General Services Administration, the remainder were with the Departments of the Army, Air Force, Energy, Defense, Housing and Urban Development, the Internal Revenue Service and the Library of Congress.

Mr. Hipple has managed contracts that were diverse and ranged from the 4,000,000 sq.ft. cleaning area at the high profile Library of Congress in Washington, DC; to the
Pentagon in Arlington, VA with its complex security prerequisites; to Eglin Air Force Base in Florida.

During Mr. Hipple's career he has been responsible for the bidding and implementing of all of the contracts. He is personally involved with all contract operations, inspections of the facilities and communicating with the Government.

Olympus has developed an effective Service Plan, which combines Experience, Cost Effective Technology, Quality Control Programs, and Training Programs together with a high degree of Professionalism. Additionally, Mr. Hipple has an experienced staff, including Giuseppina Hipple, our Vice President, Susan Beal our expert Operation Manager and the following Regional Managers:

Frank Ortez - West Coast Operations Manager
Brian Gerkens - Mid-West Operations Manager
Willie Taylor - East Coast Operations Manager

Mr. Taylor has been working with Mr. Hipple since 1988, and Mr. Frank Ortez since 1993, Mr. Gerkens since 1999. All are very experienced and highly capable regional managers that understand that Customer Service is Olympus' number one priority.

755

Olympus Building Services, Inc.

# Executive Biography

**ANTHONY C. HIPPLE, Sr.**
**CEO & President**

Mr. Anthony C. Hipple is Founder, President, and CEO of Olympus Building Services, Inc. (OBSI). Mr. Hipple has a wealth of Proven Experience in providing Custodial and Related Services to the Federal Government with over twenty years experience.

Mr. Hipple began working in this field in 1984 with A&C Building and Industrial Maintenance Corporation.

- **General Manager 1986**
- **Officer of the Corporation 1987**
- **1985 Sales $4.0 million to $12.0 million in 1990**

In 1991, Mr. Hipple decided to start his own company. In 1991, Mr. Hipple founded Tri-Ark Industries, Inc., through his dedication to customer service Mr. Hipple was able to sustain rapid growth. Most of the contracts awarded to Tri-Ark Industries were RFP's and it was Tri-Ark's past performance and excellent reputation that enabled them to be successful.

- **Starting sales $0 in 1991**
- **Sales in 1996 exceeding $18.0 million**
- **1994 Sold 50% of shares to family member**
- **Over 600 employees**
- **Seventeen Federal Contracts**
- **1996 Exceed SBA size standard**
- **Enough sales backlog for five years**
- **1999 Mr. Hipple split off**

756

In 1998, Mr. Hipple made a business separation from Tri-Ark Industries and began OBSI.

- **Started with five contracts with two expiring in four months**
- **1999 Sales of $5.4 million**
- **2002 Sales of $14.0 million**
- **Currently Ten Federal Contracts**
- **Over 500 employees**

During Mr. Hipple's career he has been responsible for the bidding and implementing of all of the contracts. He is personally involved with all contract operations, inspections of the facilities and communicating with the Government.

Mr. Hipple has hands on knowledge of all Custodial Tasks and understands the work and effort to complete each task. It is this knowledge that allows him to be successful in bidding and operating. Mr. Hipple has managed contracts that were diverse and ranged from the 4,000,000 sq.ft. cleaning at the high profile Library of Congress in Washington, DC; to the Pentagon in Arlington, VA with its complex security prerequisites; to Eglin Air Force Base in Florida, the largest Air Base in the world.

Mr. Hipple currently posses these security clearances:

- **1992 Department of Defense - Secret Level**
- **2000 Department of Energy – Q Level**
- **2002 Department of Defense – Top Secret Level**

Custodial and Related Services contracts that Mr. Hipple has performed:

| Location | Approx. Sq.Ft. |
|---|---|
| Library of Congress, DC | 4,000,000 |
| Army Aberdeen Proving Grounds, MD | 3,600,000 |
| GSA Triangle Complex, DC | 2,800,000 |
| Eglin Air Force Base, FL | 2,600,000 |
| Naval Base San Diego, CA | 2,600,000 |
| Warner Robins Air Force Base, GA | 2,600,000 |
| HHS Parklawn Building, DC | 1,900,000 |
| Department of Energy Head Quarters, DC | 1,800,000 |
| General Accounting Office Head Quarters, DC | 1,800,000 |
| Dept. of Housing & Urban Development HQ, DC | 1,500,000 |
| IRS Main Building Head Quarters, DC | 1,400,000 |
| Department of the Interior, DC | 1,400,000 |
| Ariel Rios Federal Building, DC | 1,300,000 |
| Denver Federal Center, CO | 1,300,000 |
| SSA Metro West Building, MD | 1,200,000 |
| St. Louis Federal Center, MO | 1,100,000 |
| Health Care Finance Administration HQ, MD | 1,100,000 |
| Byron Rogers Federal Building & Courthouse, CO | 1,000,000 |
| Robert A. Young Federal Building, MO | 1,000,000 |
| Pentagon Department of Defense, VA | 1,000,000 |
| New Executive Office Building, DC | 900,000 |
| New Executive Office Building, DC | 900,000 |
| Federal Building # 6, DC | 900,000 |
| New Executive Office Building, DC | 900,000 |

757

| | |
|---|---|
| Ralph Metcalfe Federal Building, IL | 900,000 |
| Denver Federal Center North Area, CO | 800,000 |
| Department of Health & Human Services, HQ, DC | 800,000 |
| Fallon Federal Building, MD | 800,000 |
| Robert Nix Federal Courthouse, PA | 700,000 |
| Nuclear Regulatory Commission HQ, MD | 700,000 |
| IRS Service Center, PA | 700,000 |
| GSA Regional Office Building, DC | 700,000 |
| Walter Reed Army Medical Ctr., DC | 600,000 |
| Moncrief Army Hospital, SC | 600,000 |
| Federal Depot, MD | 600,000 |
| Federal Building Cherry Street, PA | 600,000 |
| National Maritime Intelligence Ctr. (NMIC), MD | 600,000 |
| Theodore Levin Federal Courthouse, MI | 600,000 |
| Walter Reed Army Medical Center, DC | 400,000 |
| Naval Hospital, PA | 400,000 |
| US Customs House, DC | 400,000 |
| GSA Appraisers Store, MD | 400,000 |
| US Customs House, MD | 400,000 |
| Interstate Trade Commission, DC | 300,000 |
| US Federal Court, DC | 300,000 |
| IRS Service Center South, PA | 300,000 |

As is shown above, Mr. Hipple has vast experience working with various Agencies of the Federal Government and at many different types of facilities. Mr. Hipple personally starts every contact.

Olympus
Building Services, Inc.

# Past Performance Information

**Contract Number:** WSI-N62477-00-D0043-OLY

[redacted]

759

[redacted]

760

Olympus
Building Services, Inc.

# Past Performance Information

**Contract Number:** DE-AC01-00-AD66931

[redacted]: [redacted]

[redacted]: [redacted].

[redacted] [redacted]

[redacted]

- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]

[redacted]

[redacted]

[redacted] [redacted]

761

Olympus
Building Services, Inc.

## Past Performance Information

[redacted]

762

[redacted]

763

Olympus
Building Services, Inc.

# Past Performance Information

**Contract Number:** DAAD05-95-D-7048

[redacted]

764

[redacted]

765

Olympus
Building Services, Inc.

# Past Performance Information

**Contract Number:** GS-08P-00-JAC-0066

[redacted]

766

VIRGINIA CONTRACTING ACTIVITY
200 MACDILL BLVD., BLDG 6000
BOLLING AIR FORCE BASE
WASHINGTON, D.C. 20340-5100

U-0345/AE-2A

NOV 0 8 2005

Olympus Building Services, Inc
Attn: Anthony Hipple, President
244 S Main Street
New Hope, PA 18938

SUBJECT: Re-Evaluation of HHM402-05-R-0017 Custodial/Janitorial Services

Dear Sir

In Response to a protest with the GAO, the Agency decided on August 2, 2005 to re-evaluate all the proposals originally submitted on RFP HHM402-05-R-0017. We have completed our evaluation of your Proposal, dated 13 May 2005. The Government has determined that further discussions are necessary. Therefore a competitive range was established. Your proposal is within the competitive range, and this letter is being forwarded to advise you of the following:

1. Weaknesses and deficiencies in the proposal.
2. Provide guidance for preparing and submitting a final revised proposal.

The following deficiencies and weaknesses were identified:

Deficiencies:

No deficiencies were noted.

Weaknesses:

The Government noted several weaknesses in your proposal. The following recommendations are provided. Your proposal should clearly present:

[redacted]

[redacted]

If you are still interested in competing for this procurement, you are afforded the opportunity to submit your Best and Final Offer (BAFO). The closing date for this submission has been established as 1700 EST, 22 November 2005. Please submit an original and 3 copies to the following address:

MAIL:

Virginia Contracting Activity
ATTN: AE2A, Juanita Jones
Bldg 6000, Bolling AFB
Washington, D.C. 20340-5100

All technical and/or cost revisions to your proposals must be fully documented and accompanied by an index indicating the location and nature of the changes. You are encouraged to submit changes in the form of clearly marked replacement pages.

BAFO's received at DIA after the specified time and date shall be treated as a late proposal in accordance with provisions "LATE SUBMISSIONS, MODIFICATIONS AND WITHDRAWALS OF PROPOSAL" (far 52.215-10). Telegrams and facsimile transmissions are NOT AUTHORIZED.

After the specified closing date, no further information will be furnished to any offeror until an award has been made.

Sincerely,

Cheong Chon
Contracting Officer

Olympus
Building Services, Inc.

VIA HAND DELIVERY

November 18, 2005

Virginia Contracting Activity (AE-2A)
ATTN: AE2A, Juanita Jones
Bldg. 6000, Bolling AFB
Washington, DC 20340-5100

RE: Solicitation # HHM402-05-R-0017

Dear Ms. Juanita Jones,

On behalf of my Company, Olympus Building Services, Inc I would like to thank you for the opportunity to submit our Best and Final Offer to the above mentioned solicitation. Please note the attached package covers all areas of concern. If there are any other questions you may have, please feel free to address and we would be more that happy to discuss with you and your staff.

Olympus has reviewed our original proposal and our BAFO package and where there may be conflict between the solicitation package and the proposal the solicitation will prevail.

Olympus has developed a Management and Security Plan for the Defense Intelligence Agency, which you will find innovative and cost effective. Olympus has training programs for management and custodians that is hands on and given by Olympus' corporate and senior managers. I personally start every contract to ensure a seamless phase-in.

*Olympus Building Services, Inc. takes no exceptions to the terms and conditions of the RFP.*

Thank you, for the opportunity to submit our Proposal

Sincerely,

Anthony C. Hipple
President

ACH/sb



244 S. Main Street • New Hope, PA 18938 • Phone: (215) 862-5066 • Fax: (215) 862-7066

VIRGINIA CONTRACTING ACTIVITY
200 MACDILL BLVD., BLDG 6000
BOLLING AIR FORCE BASE
WASHINGTON, D.C. 20340-5100

U-0345/AE-2A

NOV 0 8 2005

Olympus Building Services, Inc
Attn: Anthony Hipple, President
244 S Main Street
New Hope, PA 18938

SUBJECT: Re-Evaluation of HHM402-05-R-0017 Custodial/Janitorial Services

Dear Sir

In Response to a protest with the GAO, the Agency decided on August 2, 2005 to re-evaluate all the proposals originally submitted on RFP HHM402-05-R-0017. We have completed our evaluation of your Proposal, dated 13 May 2005. The Government has determined that further discussions are necessary. Therefore a competitive range was established. Your proposal is within the competitive range, and this letter is being forwarded to advise you of the following:

1. Weaknesses and deficiencies in the proposal.
2. Provide guidance for preparing and submitting a final revised proposal.

The following deficiencies and weaknesses were identified:

Deficiencies:

No deficiencies were noted.

Weaknesses:

The Government noted several weaknesses in your proposal. The following recommendations are provided. Your proposal should clearly present:

[redacted]

[redacted]

If you are still interested in competing for this procurement, you are afforded the opportunity to submit your Best and Final Offer (BAFO). The closing date for this submission has been established as 1700 EST, 22 November 2005. Please submit an original and 3 copies to the following address:

MAIL:

Virginia Contracting Activity
ATTN: AE2A, Juanita Jones
Bldg 6000, Bolling AFB
Washington, D.C. 20340-5100

All technical and/or cost revisions to your proposals must be fully documented and accompanied by an index indicating the location and nature of the changes. You are encouraged to submit changes in the form of clearly marked replacement pages.

BAFO's received at DIA after the specified time and date shall be treated as a late proposal in accordance with provisions "LATE SUBMISSIONS, MODIFICATIONS AND WITHDRAWALS OF PROPOSAL" (far 52.215-10). Telegrams and facsimile transmissions are NOT AUTHORIZED.

After the specified closing date, no further information will be furnished to any offeror until an award has been made.

Sincerely,

Cheong Chon
Contracting Officer

Olympus Building Services, Inc.

# Operation and Procedure Plan

May 2005

**Defense Intelligence Agency**
**Washington, DC**

| Revisions | | Rev: | Two |
|---|---|---|---|
| Letter | E.O. Number - Description | Date | |
| A | Original Plan for Submission | 05/13/05 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Used On 05/05 | Contract#: HHM402-05-R-0017 | | **Olympus Building Services, Inc.** **244 South Main Street** **New Hope, PA 18938** | | | | |
| Prepared By: | A. Hipple | | | | | | |
| Your Dept: | 001 | | | | | | |
| Your Dept: | | | **Operation and Procedures Plan** | | | | |
| Your Dept: | | | Bid # 865 | | | | |
| Your Dept: | | | Size: | A | CAGE: | 1JJX7 | Form # C.11 (10/04) 1 of 51 |
| | | | | | | | |

# Table of Contents

[redacted]

*** All pages with changes are also printed on blue paper

[redacted]

[redacted]

[redacted]

[redacted]

# JANITORIA
# L
# CLEANING
# CHEMICALS

[redacted]

[redacted]

[redacted]