[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

# Corporate Organizational Chart




803

# On-Site Organizational Chart

[redacted]

804

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]