[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

# Whirlamatic™ 2700

## Battery-Powered Rider Burnisher

Automated systems mean fewer controls to manage, making training time minimal.

All functions stop automatically when the *2700* comes to a halt, protecting floor surface.

"Smart" pedal automatically starts and stops the pad when pressed/released to protect floor.

Excellent work view from operator's position.

Working speed of up to four miles per hour (6.4 km/hr).



The pad pressure is automatically adjusted to produce a hard, high-gloss burnished shine.

A built-in dust collection system controls burnishing dust, eliminating the need to dustmop floors.

Tapered rear permits closer turn radius 'n narrow ılls and ıles.

An electric actuator automatically maintains optimum pad pressure for the best, most consistent results.

The 27 inch (68 cm) burnishing pad is driven by a 2000 r.p.m. motor.

The floating burnishing head follows uneven floor surfaces for a consistent shine.



**BUILT-IN DUST CONTROL**

Shrouded burnishing head seals to the floor, confining dust. Air movement under shroud blows dust into a disposable collector bag.



**HIGHLY MANEUVERABLE**

Dual-wheel rear steering gives excellent control. Soft, non-marking pneumatic tires give a smooth ride and won't damage the floor surface.

## Low Sound Level – only 70 dBA at operator's position

SERVICE AND STABILITY

Unique battery package provides easy access for maintenance or battery exchange. The compact, low profile gives the *2700* a low center of gravity for safety.



# Advance ConvertaMAX™ & CMAX™ ST 28 & 34 Automatic Scrubbers



Optional Accessories Include:

- Full range of brushes and pad holders for light to aggressive scrubbing.
- Oil-resistant squeegee blades,
- Scrub & Vac kit,
- Metal and oil-resistant cushioned casters,
- High tower roller bumpers

The ConvertaMAX™ 28 is shown above.

Some Ideal Applications Include:

- Hospitals & nursing homes
- Schools & universities
- Government facilities
- Supermarkets
- Shopping Malls
- Warehouses
- Retail stores
- Airports

The Advance ConvertaMAX™ and CMAX™ ST automatic scrubbers combine the best features of walk-behind scrubber technology in both 28 and 34 inch (71 and 86 cm) scrub path sizes.

Innovative features include a simple, ergonomic handle bar and control panel for all scrub functions.

Convenience features, include a rear port that permits filling the solution tank while dumping the recovery tank to save time. The easy-to-read solution level sight gauge tells how much solution is left in the tank. All these features help save time with set-up, clean-up and production time.

The scrub brushes float over uneven floors, and are gear-driven for optimum scrubbing speed and torque. Maneuvering is a breeze with the center drive wheel that can pivot on corners while the squeegee follows the scrub path for complete pick up.

Advance scrubbers have the durability and the quality you've come to expect. These scrubbers will be productive for a long time.

Advance by Nilfisk-Advance

## Worker-Friendly Engineering: Form Follows Function

Our design and engineering process, called ergoneering, starts with the needs of the ·rker. The shape, height, weight, pressure and hose length of our equipment are all ·icated on fitting the machine to the worker. Concerns such as comfort, ease of use ·· learning, trouble-free transport and tangle-free operation are the foundation of our design process.

**Kaivac, Inc. has multiple patents and patents pending on its No-Touch Cleaning equipment and methods.**










## KaiZen™

KaiZen™ was designed for smaller facilities that require the same cleaning power that the original KaiVac delivers, such as: elementary schools, hospitals and clinics, nursing homes, restaurants, groceries, office buildings and more.

KaiZen is also available with optional blower and choice of 250 or 400 psi pump.



*The quick-attaching Wet/Dry Vacuum incorporates an aquatic "air scrubber" that suspends soils in water for dust-free exhaust and optimum air quality.*

**820**




## KaiWhiz Dump Feature Lightens the Load by 2/3



50 of 51

821

## CLEAN • HEALTHY • CLEAN

- The FIRST Green Seal Certified Cleaning Products
- Packaged under the Skilcraft® label by Lighthouse for the Blind - a NIB Agency, operating under the Javits Wagner-O'Day (JWOD) Act
- The only full line of Facility Maintenance environmentally preferable janitorial cleaning products
- Meets Presidential Executive Orders
  12873 Environmentally preferable products & services
  13101 Greening the Government
  13134 The utilization of bio-based products
  13148 Greening the Government Through Leadership in Environmental Management

RMC Certified Green Housekeeping Professional

## ENVIRO CARE Green [illegible] eping Products

**CLEANERS**

**Enviro Care Glass Cleaner** *120010*
Non-streaking cleaner for glass, mirrors, stainless steel, formica, ceramic tile, plastic and other polished surfaces.

**Enviro Care Tough Job Cleaner** *120018*
Non-toxic, biodegradable heavy-duty cleaner/degreaser strong enough for the most difficult cleaning tasks.

**Enviro Care Low Foam All Purpose Cleaner** *118220*
Neutral Cleaner — Non-toxic, biodegradable concentrated liquid detergent for removing routine soils from floors, walls and other surfaces.

**Enviro Care Washroom Cleaner** *120020*
Acid Restroom Cleaner — Mild formulation removes soap film, body oils and mineral deposits from any washable surface.

**Enviro Care Food Service Cleaner** *117963*
USDA approved category A1

**DISINFECTANTS**

**Enviro Care Neutral Disinfectant** *120012*
Hospital Grade Disinfectant — concentrated, quaternary-based germicidal detergent and deodorizer.

**ODOR AND DRAIN MAINTENANCE**

**Enviro Care Air Freshener** *118246*
**Enviro Care Liqui Bac** *117679*
Deodorizer/Drain Maintainer — odor counteractant formulated with non-pathogenic bacteria and enzymes.

**HAND SOAP**

**Enviro Care Hand Soap** *120022*
Lotionized hand cleaner formulated from pure, thickened natural renewable resources

**FLOOR CARE**

**Enviro Care Resilient Tile Coating** *120014*
No zinc floor finish

**Enviro Care Floor Finish Remover** *120006*
For removal of EC Resilient Tile Coating

**Enviro Care Floor Finish Restorer** *120008*
Enhancer/maintainer, can be used on any RMC floor finish

**CARPET CARE**

**Enviro Care Carpet & Upholstery Cleaner** *120002*
Extraction or bonnet carpet cleaner/deodorizer

**Enviro Care Carpet Spot Lifter** *118247*
Ready to use, low foam, effective cleaner for removing difficult spots and stains.

**WOOD FLOOR CARE**

**Enviro Care Tech 4 New and Improved** *118580*
Waterbased wood floor finish

**CONCRETE/STONE PROTECTIVE COATING**

**Enviro Care Conseal** *120004*
Water based concrete sealer





[redacted]

# PROPOSED PROJECT MANAGER

[redacted]

[redacted]