[redacted]

# PROPOSED QUALITY CONTROL SUPERVISOR

[redacted]

[redacted]

[redacted]

PROPOSED DAY SUPERVISOR

[redacted]

[redacted]

[redacted]

# PROPOSED DAY SUPERVISOR

[redacted]

[redacted]

[redacted]

# PROPOSED NIGHT SUPERVISOR

[redacted]

[redacted]

[redacted]

# PROPOSED NIGHT SUPERVISOR

[redacted]

[redacted]

Olympus
Building Services, Inc.

## *Corporate Profile*

Olympus Building Services, Inc. was incorporated in the Commonwealth of Pennsylvania, under the by-laws of an S-Corporation and is classified by the Federal Government as a Small Business under NAIC Code 561720. Olympus Building Services, Inc. is owned 100% by Anthony C. Hipple, Sr. and is currently registered to conduct business in the following United States locations:

- The District of Columbia
- The State of Maryland
- The State of Pennsylvania
- The State of Missouri
- The State of Georgia
- The State of California

The Officers of the Corporation are as follows:

- Anthony C. Hipple, Sr.
  Title: President, Secretary, Treasurer

Anthony and his staff bring a wealth of *Proven Experience* and *Corporate Management* in operating Custodial Contracts.

Over the past two decades Mr. Hipple has developed an *Excellent Reputation* for executing Custodial and Related Building Management Services at prestigious facilities throughout the United States.

Olympus currently posses a Top Secret Level Clearance with the Department of Defense and Q Level Clearance with the Department of Energy which is Top Secret Level.

Olympus currently employees over five hundred (500) employees working at ten Federal Facilities in seven states.

Mr. Hipple and Olympus' Mission in this business is to provide *EXCELLENCE IN SERVICE* this is based on their Exceptional Reputation and is the cornerstone of our success.

Providing all management, supervision, manpower, materials, supplies, and equipment necessary to provide Custodial Services is Olympus' on-going commitment to set and attain the highest possible standards of Dependable, Professional Services.

Mr. Hipple has been performing Custodial and Related Services contracts for the Federal Government since 1984. Mr. Hipple went onto experience strong and steady growth to having seventeen (17) Federal Contracts at one point. Seven (7) of these contracts were with the General Services Administration, the remainder were with the Departments of the Army, Air Force, Energy, Defense, Housing and Urban Development, the Internal Revenue Service and the Library of Congress.

Mr. Hipple has managed contracts that were diverse and ranged from the 4,000,000 sq.ft. cleaning area at the high profile Library of Congress in Washington, DC; to the Pentagon in Arlington, VA with its complex security prerequisites; to Eglin Air Force Base in Florida.

During Mr. Hipple's career he has been responsible for the bidding and implementing of all of the contracts. He is personally involved with all contract operations, inspections of the facilities and communicating with the Government.

Olympus has developed an effective Service Plan, which combines Experience, Cost Effective Technology, Quality Control Programs, and Training Programs together with a high degree of Professionalism. Additionally, Mr. Hipple has an experienced staff, including Giuseppina Hipple, our Vice President, Susan Beal our expert Operation Manager and the following Regional Managers:

| | |
|---|---|
| Frank Ortez - | West Coast Operations Manager |
| Brian Gerkens - | Mid-West Operations Manager |
| Willie Taylor - | East Coast Operations Manager |

Mr. Taylor has been working with Mr. Hipple since 1988, and Mr. Frank Ortez since 1993, Mr. Gerkens since 1999. All are very experienced and highly capable regional managers that understand that Customer Service is Olympus' number one priority.



Use of the data contained on this sheet is subject to the restriction on the title page of this proposal

# Executive Biography

**ANTHONY C. HIPPLE, Sr.**
**CEO & President**

Mr. Anthony C. Hipple is Founder, President, and CEO of Olympus Building Services, Inc. (OBSI). Mr. Hipple has a wealth of Proven Experience in providing Custodial and Related Services to the Federal Government with over twenty years experience.

Mr. Hipple began working in this field in 1984 with A&C Building and Industrial Maintenance Corporation.

- **General Manager 1986**
- **Officer of the Corporation 1987**
- **1985 Sales $4.0 million to $12.0 million in 1990**

In 1991, Mr. Hipple decided to start his own company. In 1991, Mr. Hipple founded Tri-Ark Industries, Inc., through his dedication to customer service Mr. Hipple was able to sustain rapid growth. Most of the contracts awarded to Tri-Ark Industries were RFP's and it was Tri-Ark's past performance and excellent reputation that enabled them to be successful.

- **Starting sales $0 in 1991**
- **Sales in 1996 exceeding $18.0 million**
- **1994 Sold 50% of shares to family member**
- **Over 600 employees**
- **Seventeen Federal Contracts**
- **1996 Exceed SBA size standard**
- **Enough sales backlog for five years**
- **1999 Mr. Hipple split off**



*Use of the data contained on this sheet is subject to the restriction on the title page of this proposal*

In 1998, Mr. Hipple made a business separation from Tri-Ark Industries and began OBSI.

- **Started with five contracts with two expiring in four months**
- **1999 Sales of $5.4 million**
- **2002 Sales of $14.0 million**
- **Currently Nine Federal Contracts**
- **Over 500 employees**

During Mr. Hipple's career he has been responsible for the bidding and implementing of all of the contracts. He is personally involved with all contract operations, inspections of the facilities and communicating with the Government.

Mr. Hipple has hands on knowledge of all Custodial Tasks and understands the work and effort to complete each task. It is this knowledge that allows him to be successful in bidding and operating. Mr. Hipple has managed contracts that were diverse and ranged from the 4,000,000 sq.ft. cleaning at the high profile Library of Congress in Washington, DC; to the Pentagon in Arlington, VA with its complex security prerequisites; to Eglin Air Force Base in Florida, the largest Air Base in the world.

Mr. Hipple currently posses these security clearances:

- **1992 Department of Defense - Secret Level**
- **2000 Department of Energy – Q Level**
- **2002 Department of Defense – Top Secret Level**

Custodial and Related Services contracts that Mr. Hipple has performed:

| Location | Approx. Sq.Ft. |
|---|---|
| Library of Congress, DC | 4,000,000 |
| Army Aberdeen Proving Grounds, MD | 3,600,000 |
| GSA Triangle Complex, DC | 2,800,000 |
| Eglin Air Force Base, FL | 2,600,000 |
| Naval Base San Diego, CA | 2,600,000 |
| Warner Robins Air Force Base, GA | 2,600,000 |
| HHS Parklawn Building, DC | 1,900,000 |
| Department of Energy Head Quarters, DC | 1,800,000 |
| General Accounting Office Head Quarters, DC | 1,800,000 |
| Dept. of Housing & Urban Development HQ, DC | 1,500,000 |
| IRS Main Building Head Quarters, DC | 1,400,000 |
| Department of the Interior, DC | 1,400,000 |
| Ariel Rios Federal Building, DC | 1,300,000 |
| Denver Federal Center, CO | 1,300,000 |
| SSA Metro West Building, MD | 1,200,000 |

| | |
|---|---|
| **St. Louis Federal Center, MO** | **1,100,000** |
| **Health Care Finance Administration HQ, MD** | **1,100,000** |
| **Byron Rogers Federal Building & Courthouse, CO** | **1,000,000** |
| **Robert A. Young Federal Building, MO** | **1,000,000** |
| **Pentagon Department of Defense, VA** | **1,000,000** |
| **New Executive Office Building, DC** | **900,000** |
| **New Executive Office Building, DC** | **900,000** |
| **Federal Building # 6, DC** | **900,000** |
| **New Executive Office Building, DC** | **900,000** |
| **Ralph Metcalfe Federal Building, IL** | **900,000** |
| **Denver Federal Center North Area, CO** | **800,000** |
| **Department of Health & Human Services, HQ, DC** | **800,000** |
| **Fallon Federal Building, MD** | **800,000** |
| **Robert Nix Federal Courthouse, PA** | **700,000** |
| **Nuclear Regulatory Commission HQ, MD** | **700,000** |
| **IRS Service Center, PA** | **700,000** |
| **GSA Regional Office Building, DC** | **700,000** |
| **Walter Reed Army Medical Ctr., DC** | **600,000** |
| **Moncrief Army Hospital, SC** | **600,000** |
| **Federal Depot, MD** | **600,000** |
| **Federal Building Cherry Street, PA** | **600,000** |
| **National Maritime Intelligence Ctr. (NMIC), MD** | **600,000** |
| **Theodore Levin Federal Courthouse, MI** | **600,000** |
| **Walter Reed Army Medical Center, DC** | **400,000** |
| **Naval Hospital, PA** | **400,000** |
| **US Customs House, DC** | **400,000** |
| **GSA Appraisers Store, MD** | **400,000** |
| **US Customs House, MD** | **400,000** |
| **Interstate Trade Commission, DC** | **300,000** |
| **US Federal Court, DC** | **300,000** |
| **IRS Service Center South, PA** | **300,000** |

As is shown above, Mr. Hipple has vast experience working with various Agencies of the Federal Government and at many different types of facilities. Mr. Hipple personally starts every contact.



***Use of the data contained on this sheet is subject to the restriction on the title page of this proposal***

Olympus Building Services, Inc.

# Past Performance Information

**Contract Number:** WSI-N62477-00-D0043-OLY

[redacted]



Use of the data contained on this sheet is subject to the restriction on the title page of this proposal