**Client Representative:**

[redacted] [redacted]

**Contracting Officer:**

[redacted] [redacted]

[redacted]

**Contract Location:**

[redacted]



Use of the data contained on this sheet is subject to the restriction on the title page of this proposal

Olympus Building Services, Inc.

# Past Performance Information

**Contract Number:** DE-AC01-00-AD66931

**Dates of Performance:** [redacted]

**Place of Performance:** [redacted]

**Contracting Agency:** [redacted]

**Description of Services:**

- [redacted]

[redacted]

**Client Representative:**

Name: [redacted]
Title:
Phone:
Fax:
email:

Olympus
Building Services, Inc.

# Past Performance Information

**Contract Number:** NRC-10-00-005

**Dates of Performance:** [redacted]

**Place of Performance:** [redacted]

**Contracting Agency:** [redacted]

**Description of Services:**

- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]

[redacted]



Use of the data contained on this sheet is subject to the restriction on the title page of this proposal

**Contracting Officer:**

Name: [redacted]
Title:
Address:

Phone:
Fax:
Email:

**Contract Location:**

[redacted]





Use of the data contained on this sheet is subject to the restriction on the title page of this proposal

Olympus
Building Services, Inc.

# Past Performance Information

**Contract Number:** DAAD05-95-D-7048

**Dates of Performance:** [redacted]

**Place of Performance:** [redacted]

**Contracting Agency:** [redacted]

**Description of Services:**

- [redacted]

[redacted]

**Client Representative:**





Use of the data contained on this sheet is subject to the restriction on the title page of this proposal

Name: [redacted]
Title: [redacted]
Phone: [redacted]
Fax: [redacted]
Email: [redacted]

**Contracting Officer:**

Name: [redacted]
Title: [redacted]
Address: [redacted]

Phone: [redacted]
Fax: [redacted]
Email: [redacted]

**Contract Location:**

[redacted]



Use of the data contained on this sheet is subject to the restriction on the title page of this proposal

Olympus Building Services, Inc.

# Past Performance Information

**Contract Number:** GS-08P-00-JAC-0066

**Dates of Performance:** [redacted]

**Place of Performance:** [redacted]

**Contracting Agency:** [redacted]

**Description of Services:**

- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]

[redacted]

**Client Representative:**

Name: [redacted]
Title: [redacted]
Phone: [redacted]
Fax: [redacted]
email: [redacted]

**TECHNICAL PROPOSAL**
**(SECTION I)**

Offeror: RCSI, Rowe

Evaluators: Maits, Soper, Starr

EVALUATION CRITERIA: E - Excellent
G - Good
M - MARGINAL
U - UNACCEPTABLE

FACTOR I – 1. Understanding and Compliance with Requirements

The proposal should address each work area in sufficient detail to demonstrate a clear understanding of the Statement of Objectives, including personnel, materials, facilities, and organizational processes presented therein. The offeror should provide evidence of sufficient planning to show that work will be accomplished as required and on schedule, utilizing all available resources. Additionally the proposal should address requirements to service the additional building scheduled to be brought on line in the August – September 2005 timeframe.

**Evaluation Criteria:**
a. Does the offeror demonstrate a firm understanding of the requirements and goals set forth in the Statement of Objective?

- Does the proposal specifically explain how the contractor intends to service:
  Office Areas — Stairwells
  Escalators — Common Areas
  High Traffic Areas
  How often will the contractor clean these areas? How will the contractor monitor these areas in order to keep them clean?
- Does the proposal present a plan that describes the transition to the new building that will come on line during the August-September time frame?

**E G M U**

[redacted]

**PANEL EVALUATION:**

[redacted]

b. Does the proposal address requirements and goals set forth in the Statement of Objectives? Does the proposal indicate the response times to special requests?

- Does the proposal indicate special/particular attention to high visibility areas?
- Does the proposal indicate core hours of operation?
- Does the proposal provide a schedule of how often the garage will be cleaned and how that area will be monitored?
- Does the proposal provide a schedule of how often the dock area will be cleaned and how that area will be monitored?
- Does the proposal indicate that the contractor will be prepared to handle requirements of the conference rooms and conference center in the new building?

| E | G | M | U |
|---|---|---|---|
| [redacted] | | | |

**PANEL EVALUATION:**

[redacted]

c. Does the proposal provide solutions to indicate custodial requirements and goals will be met on schedule? (Pay special attention as to the submitted plan to transition quickly; how the offeror intends to provide the necessary cleared personnel to start and maintain quality custodial services; and the plan to provide services to the new building.)

- Has an acceptable schedule been developed that includes all areas in the scope of work?
- Does the proposal indicate that 20% cleared personnel are immediately available?
- Does the proposal include a start up plan? If not, does the proposal indicate how escorts will be provided?

| E | G | M | U |
|---|---|---|---|
| [redacted] | | | |

**PANEL EVALUATION:**

[redacted]

**Overall Understanding and Compliance with Requirement**

| E | G | M | U |
|---|---|---|---|
| [redacted] | | | |

Soundness of Approach

The proposal must clearly indicate that the offeror has performed adequate planning to accomplish the custodial tasks as defined in the Statement of Objectives.

a. Does the proposal include a complete plan to accomplish each requirement? The plan should address how high traffic areas, classrooms, garage and loading dock areas will be accomplished.

- Does the service schedule indicate this include all DIAC areas?
- Does the service schedule include periodic cleaning (windows, carpet shampoo, etc.)?
- Does the service schedule address floor maintenance?

b. Does the offeror's plan demonstrate that appropriate personnel and equipment will be positioned efficiently to carry out the requirements from the start date of the contract?

- Does the proposal indicate how supplies, tools and equipment will be provided at start date?
- Does the proposal indicate how an inventory of supplies, tools and equipment will be maintained?

c. Is the proper level of effort directed towards each requirement?

- Is the offeror's schedule realistic? Are enough people dedicated to each schedule?
- Does the proposal include a quality control plan that will assure cleanliness in all areas?

a. Does the offeror present evidence that cleaning supplies and equipment meet "green clean" standards? Note: this requirement was presented and explained to each offeror during the site visit.
b. Does proposal indicate how "green" standards will be met and maintained?

E G M U

[redacted]

**PANEL EVALUATION:**

[redacted]

[redacted]

[redacted]

**TECHNICAL PROPOSAL**
**(SECTION I)(Continued)**

**SUPPORTING NARRATIVE**

(The following applies throughout this evaluation)

(Why acceptable, or above. The narrative must summarize the area being evaluated, and specifically identify any strengths which make the proposal above acceptable. Significant weaknesses must also be identified)

*OR*

(Why marginal or below. The narrative must summarize the area being evaluated (including aspects that are not deficient), and specifically identify any deficiencies)

**PANEL EVALUATION:**

**STRENGTHS**

[redacted]

[redacted]

[redacted]

**DEFICIENCIES**
None.

**WEAKNESSES**
None.

**SUMMARY:**

[redacted]

Offeror: RCSI, ROWE

Evaluators: Maits, Soper, Starr

EVALUATION CRITERIA: E - EXCELLENT
G - GOOD
M - MARGINAL
U - UNACCEPTABLE

**FACTOR II - MANAGEMENT AREA**

1. Program Management Controls

Furnish separate evidence and rosters to show that 20% of the work forcer will have their security clearances at the start of work as required by the Statement of Objectives. Furnish an organization chart showing lines of authority, responsibility, and communication for management and supervisory personnel. Indicate job titles of personnel who will perform the work items. Personnel management information such as hiring/firing authority, discipline, incentive plans (Of especial interest will be the incentive plan that addresses retention of "6" level employees. The difficulty of "6" level retention due to an "in-house" source that currently hires away custodial personnel was discussed in detail with each offeror during site visits.)

- Does the proposal indicate a plan to bring the number of "6" level employees up the requirement within the time frame specified in the Statement of Objectives?
- Does the proposal include the approximate number of employees needed to meet current and future requirements?
- Does the proposal include a recruitment plan for "6" level personnel?
- Does the proposal include a security awareness plan?
- Are the lines of authority clear?

E G M U

[redacted]

**PANEL EVALUATION:**

[redacted]

[redacted]

2. Past Performance/Relevant Experience

Identify experience in performing similar work to that described in the Statement of Objectives within the past three (3) years, and similar contracts currently in progress. Provide date on the level of experience in specific contracts of this type. Provide information on performance in these contracts, particularly as it relates to the offeror's overall abilities.

- Does the proposal provide evidence of success in performing this type of contract during the last 3 years?

E G M U

[redacted]

**PANEL EVALUATION:**

[redacted]

3. Key Personnel

Furnish a resume for proposed key on site supervisory personnel and senior level management staff not located on site. Resumes should include education, experience, background, accomplishments, and other pertinent information.

- Does proposal include complete resumes for management personnel?
- Does the proposal indicate how customer complaints will be handled?
- Does the proposal indicate any plants to retain current employees?
- If the proposal has a plan to retain current employees, is there a plan to retrain current employees?

E G M U

[redacted]

**PANEL EVALUATION:**

[redacted]

## SUMMARY OF PROPOSAL

Offeror: RCSI, ROWE

Evaluators: Maits, Soper, Starr

| I. TECHNICAL APPROACH | E | G | M | U |
|---|---|---|---|---|
| Understanding and Compliance | [redacted] | | | |
| Soundness of Approach | | | | |
| Program Management Controls | | | | |
| Past/Performance/Relevant Experience | | | | |
| Key Personnel | | | | |

| OVERALL TECHNICAL RATING: | E | G | M | U |
|---|---|---|---|---|
| | [redacted] | | | |

**Rationale for Overall Rating:** The importance of this area cannot be overemphasized. It must be consistent with the conclusions stated in the evaluation of the sub-criterion and it must support the overall rating.

**PANEL EVALUATION:**

[redacted]

**TECHNICAL PROPOSAL**
**(SECTION I)**

Offeror: Olympus BAFO

Evaluators: Maits, Soper, Starr

EVALUATION CRITERIA: E - Excellent
G - Good
M - MARGINAL
U - UNACCEPTABLE

FACTOR I – 1. Understanding and Compliance with Requirements

The proposal should address each work area in sufficient detail to demonstrate a clear understanding of the Statement of Objectives, including personnel, materials, facilities, and organizational processes presented therein. The offeror should provide evidence of sufficient planning to show that work will be accomplished as required and on schedule, utilizing all available resources. Additionally the proposal should address requirements to service the additional building scheduled to be brought on line in the August – September 2005 timeframe.

**,valuation Criteria**:
a. Does the offeror demonstrate a firm understanding of the requirements and goals set forth in the Statement of Objective?

- Does the proposal specifically explain how the contractor intends to service:
  Office Areas — Stairwells
  Escalators — Common Areas
  High Traffic Areas
  How often will the contractor clean these areas? How will the contractor monitor these areas in order to keep them clean?
- Does the proposal present a plan that describes the transition to the new building that will come on line during the August-September time frame?

| E | G | M | U |
|---|---|---|---|
| [redacted] | | | |

**PANEL EVALUATION:**

[redacted]

how often?

b. Does the proposal address requirements and goals set forth in the Statement of Objectives? Does the proposal indicate the response times to special requests?

- Does the proposal indicate special/particular attention to high visibility areas?
- Does the proposal indicate core hours of operation?
- Does the proposal provide a schedule of how often the garage will be cleaned and how that area will be monitored?
- Does the proposal provide a schedule of how often the dock area will be cleaned and how that area will be monitored?
- Does the proposal indicate that the contractor will be prepared to handle requirements of the conference rooms and conference center in the new building?

| E | G | M | U |
|---|---|---|---|
| [redacted] | | | |

**PANEL EVALUATION:**

[redacted]

c. Does the proposal provide solutions to indicate custodial requirements and goals will be met on schedule? (Pay special attention as to the submitted plan to transition quickly; how the offeror intends to provide the necessary cleared personnel to start and maintain quality custodial services; and the plan to provide services to the new building.)

- Has an acceptable schedule been developed that includes all areas in the scope of work?
- Does the proposal indicate that 20% cleared personnel are immediately available?

- Does the proposal include a start up plan? If not, does the proposal indicate how escorts will be provided?

| E | G | M | U |
|---|---|---|---|
| [redacted] | | | |

**PANEL EVALUATION:**

[redacted]

**'erall Understanding and Compliance with Requirement**

| E | G | M | U |
|---|---|---|---|
| [redacted] | | | |

. Soundness of Approach

The proposal must clearly indicate that the offeror has performed adequate planning to accomplish the custodial tasks as defined in the Statement of Objectives.

a. Does the proposal include a complete plan to accomplish each requirement? The plan should address how high traffic areas, classrooms, garage and loading dock areas will be accomplished.

- Does the service schedule indicate this include all DIAC areas?
- Does the service schedule include periodic cleaning (windows, carpet shampoo, etc.)?
- Does the service schedule address floor maintenance?

b. Does the offeror's plan demonstrate that appropriate personnel and equipment will be positioned efficiently to carry out the requirements from the start date of the contract?

- Does the proposal indicate how supplies, tools and equipment will be provided at start date?
- Does the proposal indicate how an inventory of supplies, tools and equipment will be maintained?

c. Is the proper level of effort directed towards each requirement?
- Is the offeror's schedule realistic? Are enough people dedicated to each schedule?
- Does the proposal include a quality control plan that will assure cleanliness in all areas?

a. Does the offeror present evidence that cleaning supplies and equipment meet "green clean" standards? Note: this requirement was presented and explained to each offeror during the site visit.
b. Does proposal indicate how "green" standards will be met and maintained?

| E | G | M | U |
|---|---|---|---|
| [redacted] | | | |

**PANEL EVALUATION:**

[redacted]

**TECHNICAL PROPOSAL**
**(SECTION I)(Continued)**

**SUPPORTING NARRATIVE**

(The following applies throughout this evaluation)

(Why acceptable, or above. The narrative must summarize the area being evaluated, and specifically identify any strengths which make the proposal above acceptable. Significant weaknesses must also be identified)

*OR*

(Why marginal or below. The narrative must summarize the area being evaluated (including aspects that are not deficient), and specifically identify any deficiencies)

**PANEL EVALUATION:**

**STRENGTHS**
[redacted]

**DEFICIENCIES**
None.

**WEAKNESSES**
None.

**SUMMARY**
[redacted]

Offeror: Olympus

Evaluators: Maits, Soper, Starr

EVALUATION CRITERIA: E - EXCELLENT
G - GOOD
M - MARGINAL
U - UNACCEPTABLE

**FACTOR II - MANAGEMENT AREA**

1. Program Management Controls

Furnish separate evidence and rosters to show that 20% of the work forcer will have their security clearances at the start of work as required by the Statement of Objectives. Furnish an organization chart showing lines of authority, responsibility, and communication for management and supervisory personnel. Indicate job titles of personnel who will perform the work items. Personnel management information such as hiring/firing authority, discipline, incentive plans (Of especial interest will be the incentive plan that addresses retention of "6" level employees. The difficulty of "6" level retention due to an "in-house" source that currently hires away custodial personnel was discussed in detail with each offeror during site visits.)

- Does the proposal indicate a plan to bring the number of "6" level employees up the requirement within the time frame specified in the Statement of Objectives?
- Does the proposal include the approximate number of employees needed to meet current and future requirements?
- Does the proposal include a recruitment plan for "6" level personnel?
- Does the proposal include a security awareness plan?
- Are the lines of authority clear?

[redacted]

**PANEL EVALUATION:**

[redacted]

[redacted]

2. Past Performance/Relevant Experience

Identify experience in performing similar work to that described in the Statement of Objectives within the past three (3) years, and similar contracts currently in progress. Provide date on the level of experience in specific contracts of this type. Provide information on performance in these contracts, particularly as it relates to the offeror's overall abilities.

- Does the proposal provide evidence of success in performing this type of contract during the last 3 years?

E G M U

[redacted]

**PANEL EVALUATION:**

[redacted]

3. Key Personnel

Furnish a resume for proposed key on site supervisory personnel and senior level management staff not located on site. Resumes should include education, experience, background, accomplishments, and other pertinent information.

- Does proposal include complete resumes for management personnel?
- Does the proposal indicate how customer complaints will be handled?
- Does the proposal indicate any plants to retain current employees?
- If the proposal has a plan to retain current employees, is there a plan to retrain current employees?

E G M U

[redacted]

**PANEL EVALUATION:**

[redacted]

[redacted]

**OVERALL RATING MANAGEMENT AREA** **E G M U**

[redacted]

**PANEL EVALUATION:**

**STRENGTHS**

[redacted]

**DEFICIENCIES**

None.

**WEAKNESSES**

None.

**SUMMARY:**

[redacted]

## SUMMARY OF PROPOSAL

Offeror: Olympus

Evaluator: Maits, Soper, Starr

| I. TECHNICAL APPROACH | E | G | M | U |
|---|---|---|---|---|
| **Understanding and Compliance** | [redacted] | | | |
| **Soundness of Approach** | | | | |
| **Program Management Controls** | | | | |
| **Past/Performance/Relevant Experience** | | | | |
| **Key Personnel** | | | | |

| OVERALL TECHNICAL RATING: | E | G | M | U |
|---|---|---|---|---|
| | [redacted] | | | |

**Rationale for Overall Rating:** The importance of this area cannot be overemphasized. It must be consistent with the conclusions stated in the evaluation of the sub-criterion and it must support the overall rating.

**PANEL EVALUATION:**

[redacted]

## PAST PERFORMANCE QUESTIONNAIRE

The Virginia Contracting Activity (VaCA) requests your assistance in providing past performance information on the company listed below for the contract referenced below. Please complete the questionnaire and e-mail, or fax to the VaCA using the addresses listed below:

| | |
|---|---|
| **E-mail:** Juanita.Jones@dia.mil<br>**Phone Number:** (202) 231-3613<br><br>**Fax:** (202) 231-2831 | **Mail:** Virginia Contracting Activity<br>Bldg 6000, Bolling AFB<br>Washington, D.C. 20340-5100<br><br>Note: Not applicable due to non-timeliness of mail |

| CONTRACT NUMBER | COMPANY BEING RATED |
|---|---|
| **FA3047-03-D-0003**<br>**Custodial Services At AIA and Medina Regional Security Ops Center, San Antonio, TX** | **Rowe Contracting Service, Inc.** |

INSTRUCTIONS:

For each item, circle the rating that best describes the contractor's work on the contract, or if you do not know how the contractor performed (or is performing on a particular item), please circle (Not Applicable (N/A) on that item. The rating scale is defined below.

| | | |
|---|---|---|
| | Not Applicable (N/A): | Does not apply or you do not know. |
| 1 | Unsatisfactory | Achievement of contract requirement is compromised |
| 2 | Poor | Requires major agency resources to ensure achievement of contract requirements. |
| 3 | Fair | Requires minor agency resources to ensure achievement of contract requirements. |
| 4 | Good | Does not impact achievement of contract requirements |
| 5 | Excellent | No problems, issues, or delays in achieving contract requirements |
| 6 | Outstanding | Cases where contractor performance exceeds Excellent |

CONTRACT INFORMATION

Type of contract (Check all that apply)

| | | | | | |
|---|---|---|---|---|---|
| [X] | Negotiated | [ ] | Sealed Bidding | [X] | Competitive |
| [ ] | Non-Competitive | [X] | Firm-Fixed-Price | [ ] | Requirements |
| [ ] | Cost-Plus-Fixed-Fee | [ ] | Time-and-Material | [X] | Indefinite Quantity |
| [ ] | Labor Hour | [X] | Other **8(a) and Performance Based** | | |

nplete the following:

Period of Performance: 1 OCT 03 to 30 SEP 08
Initial Contract Value: $ 2,699,945
Current (or Completed) Contract Value: $ ____________

Brief Description of Requirement:

[redacted]

Complexity of Effort: [ ] Difficult [ X ] Routine

1. QUALITY OF SERVICE:

(a) Overall ability to pro-actively and aggressively perform contract requirements(s).

[redacted] Comment: ____________

(b) Effectiveness reliability of contractor's key personnel.

[redacted] Comment: ____________

(c) Ability to recruit and maintain qualified personnel.

[redacted] Comment: ____________

(d) Ability to satisfy security requirements (clearances for personnel, information protection, facilities, etc.).

[redacted] Comment: ____________

(e) Ability to effectively implement "start-up" contract performance.

[redacted] Comment: ____________

2. TIMELINESS OF PERFORMANCE

(a) Overall performance in planning, scheduling, and monitoring the work effort.

[redacted] Comment: ____________

(b) Completion of major milestones on schedule:

[redacted] Comment: ______________________________

______________________________

(c) Responsiveness and flexibility in responding to changes (both formal and informal).

[redacted] Comment: ______________________________

______________________________

(d) Responsiveness/capability to respond to surge/short term requirements.

[redacted] Comment: ______________________________

______________________________

(e) Timely completion of Efforts within period of performance.

[redacted] ______________________________

______________________________

PRICE/COST CONTROL:

(a) Quality, completeness, and accuracy of price/cost proposals.

[redacted] Comment: ______________________________

______________________________

(b) Accuracy and timeliness of cost reports.

[redacted] Comment: ______________________________

______________________________

(c) Ability to perform within negotiated cost/price.

[redacted] Comment: ______________________________

______________________________

(d) Accuracy and completeness of vouchers/invoices.

[redacted] Comment: ______________________________

______________________________

(e) Incurrence of costs is in accordance with contract terms.

[redacted] Comment: ______________________________

4. BUSINESS RELATIONS:

(a) Ability to effectively manage contract.

[redacted] Comment: ______________________

(b) Ability to choose subcontracts (if applicable to this contract being reported on).

[redacted] N/A

(c) Ability to manage subcontracts (if applicable to this contract being reported on).

[redacted] Comment: ______________________

(d) Provides prompt notification of problems.

[redacted] Comment: ______________________

(e) Organizational support structure provides adequate span of control and supervision

[redacted] Comment: ______________________

(f) Has the contractor been given cure notice(s), show cause notices(s), suspension of direction, etc.?

[redacted] Comment: ______________________

5. CUSTOMER SATISFACTION:

(a) Maintains a single effective point of contact to manage and resolve problems.

[redacted] Comment: ______________________

(b) Effectively assesses impacts of potential changes on other associated projects, task

[redacted] Comment: ______________________

(c) Effectiveness in interfacing with Government personnel.