[redacted] Comment: ____________________

____________________

(d) Ability to solve contract performance problems without extensive guidance from Government personnel.

[redacted] Comment: ____________________

____________________

(e) Displays initiative in meeting Government requirements and is responsive to the Government's needs.

[redacted] ____________________

____________________

(f) Rate the contractor's overall technical performance on this contract.

[redacted] ____________________

____________________

6. Based on this contractor's overall performance, would you award this contractor another Government contract?

[[redacted]] YES [redacted]] NO If no, please explain: ____________________

____________________

____________________

7. Please provide any additional comments concerning the past performance of the contractor.

____________________

____________________

8. This questionnaire was completed by:

**PAMELA RICHMOND**
(Print Name)

**37TH CONTRACTING/FLIGHT LGCAA**
(Organization)

**(210) 671-2739/473-2739**
(Commercial/DSN Telephone Numbers)

**20 APR 05**
(Date of Completion)

ATTACHMENT I
HHM402-05-R-0017
Page 1 of 6

**PAST PERFORMANCE QUESTIONNAIRE**

The Virginia Contracting Activity (VaCA) requests your assistance in providing past performance information on the company listed below for the contract referenced below. Please complete the questionnaire and **e-mail**, or **fax** to the VaCA using the addresses listed below:

| | |
|---|---|
| **E-mail:** Juanita.Jones@dia.mil<br>**Phone Number:** (202) 231-3613<br><br>**Fax:** (202) 231-2831 | **Mail:** Virginia Contracting Activity<br>Bldg 6000, Bolling AFB<br>Washington, D.C. 20340-5100<br><br>Note: Not applicable due to non-timeliness of mail |

| CONTRACT NUMBER | COMPANY BEING RATED |
|---|---|
| **DEA-02-C-0012**<br>**Custodial Service, DEA-owned Fort Worth Alliance Airport Facility, Ft. Worth Texas** | **Rowe Contracting Service, Inc.** |

INSTRUCTIONS:

For each item, circle the rating that best describes the contractor's work on the contract, or if you do not know how the contractor performed (or is performing on a particular item), please circle (Not Applicable (N/A) on that item. The rating scale is defined below.

| | | |
|---|---|---|
| 0 | Not Applicable (N/A): Does not apply or you do not know. | |
| 1 | Unsatisfactory | Achievement of contract requirement is compromised |
| 2 | Poor | Requires major agency resources to ensure achievement of contract requirements. |
| 3 | Fair | Requires minor agency resources to ensure achievement of contract requirements. |
| 4 | Good | Does not impact achievement of contract requirements |
| 5 | Excellent | No problems, issues, or delays in achieving contract requirements |
| 6 | Outstanding | Cases where contractor performance exceeds Excellent |

CONTRACT INFORMATION

Type of contract (Check all that apply)

| | | |
|---|---|---|
| [ ] Negotiated | [ ] Sealed Bidding | [✓] Competitive |
| [ ] Non-Competitive | [✓] Firm-Fixed-Price | [ ] Requirements |
| [ ] Cost-Plus-Fixed-Fee | [ ] Time-and-Material | [ ] Indefinite Quantity |
| [ ] Labor Hour | [ ] Other ______________ | |

ATTACHMENT I
HHM402-05-R-0017
Page 2 of 6

Complete the following:

Period of Performance: April 2002 to March 2007
Initial Contract Value: $ 429,798.00
Current (or Completed) Contract Value: $ 283,889.72 (mod 10)

Brief Description of Requirement:

Provide labor, supervision, materials, equipment, clothing & supplies necessary to maintain full janitorial services for the DEA-Alliance facility.

Complexity of Effort: [ ] Difficult [ ] Routine

1. QUALITY OF SERVICE:

(a) Overall ability to pro-actively and aggressively perform contract requirements(s).

[redacted] Comment: ____

(b) Effectiveness reliability of contractor's key personnel.

[redacted] Comment: ____

(c) Ability to recruit and maintain qualified personnel.

[redacted] Comment: ____

(d) Ability to satisfy security requirements (clearances for personnel, information protection, facilities, etc.).

[redacted] Comment: ____

(e) Ability to effectively implement "start-up" contract performance.

[redacted] Comment: ____

2. TIMELINESS OF PERFORMANCE

(a) Overall performance in planning, scheduling, and monitoring the work effort.

873

[redacted] Comment: ____

(b) Completion of major milestones on schedule:

[redacted] Comment:

(c) Responsiveness and flexibility in responding to changes (both formal and informal).

[redacted] Comment:

(d) Responsiveness/capability to respond to surge/short term requirements.

[redacted] Comment:

(e) Timely completion of Efforts within period of performance.

[redacted] Comment:

3. PRICE/COST CONTROL:

(a) Quality, completeness, and accuracy of price/cost proposals.

[redacted] Comment:

(b) Accuracy and timeliness of cost reports.

[redacted] Comment:

(c) Ability to perform within negotiated cost/price.

[redacted] Comment: [redacted]

(d) Accuracy and completeness of vouchers/invoices.

[redacted] Comment:

(e) Incurrence of costs is in accordance with contract terms.

874

[redacted] Comment: [redacted]

(c) Effectiveness in interfacing with Government personnel.

[redacted] Comment: ______

(d) Ability to solve contract performance problems without extensive guidance from Government personnel.

[redacted] Comment: ______

(e) Displays initiative in meeting Government requirements and is responsive to the Government's needs.

[redacted] Comment: ______

(f) Rate the contractor's overall technical performance on this contract.

[redacted] Comment: ______

6. Based on this contractor's overall performance, would you award this contractor another Government contract?

[redacted] If no, please explain: ______

7. Please provide any additional comments concerning the past performance of the contractor.

8. This questionnaire was completed by:

Linda Ray
(Print Name)

DEA
(Organization)

817 837 2087
(Commercial/DSN Telephone Numbers)

4-27-05
(Date of Completion)

875

Olympus

ATTACHMENT I
HHM402-05-R-0017


## PAST PERFORMANCE QUESTIONNAIRE

The Virginia Contracting Activity (VaCA) requests your assistance in providing past performance information on the company listed below for the contract referenced below. Please complete the questionnaire and **e-mail, or fax** to the VaCA using the addresses listed below:

| | |
|---|---|
| **E-mail:** Juanita.Jones@dia.mil<br>**Phone Number:** (202) 231-3613<br><br>**Fax:** (202) 231-2831 | **Mail:** Virginia Contracting Activity<br>Bldg 6000, Bolling AFB<br>Washington, D.C. 20340-5100<br><br>Note: Not applicable due to non-timeliness of mail |

| CONTRACT NUMBER | COMPANY BEING RATED |
|---|---|
| WSI-N62477-00D-0043-OLY<br>National Maritime Intelligence Center | Olympus Building Services, Inc.<br>244 S. Main Street<br>New Hope, PA 18938 |

INSTRUCTIONS:

For each item, circle the rating that best describes the contractor's work on the contract, or if you do not know how the contractor performed (or is performing on a particular item), please circle (Not Applicable (N/A) on that item. The rating scale is defined below.

| | | |
|---|---|---|
| 0 | Not Applicable (N/A): | Does not apply or you do not know. |
| | Unsatisfactory | Achievement of contract requirement is compromised |
| | Poor | Requires major agency resources to ensure achievement of contract requirements. |
| 3 | Fair | Requires minor agency resources to ensure achievement of contract requirements. |
| 4 | Good | Does not impact achievement of contract requirements |
| 5 | Excellent | No problems, issues, or delays in achieving contract requirements |
| 6 | Outstanding | Cases where contractor performance exceeds Excellent |

CONTRACT INFORMATION

Type of contract (Check all that apply)

| | | | | | |
|---|---|---|---|---|---|
| [ ] | Negotiated | [ ] | Sealed Bidding | [ ] | Competitive |
| [X] | Non-Competitive | [X] | Firm-Fixed-Price | [ ] | Requirements |
| [ ] | Cost-Plus-Fixed-Fee | [ ] | Time-and-Material | [ ] | Indefinite Quantity |
| [ ] | Labor Hour | [ ] | Other _______________ | | |

Olympus



Complete the following:

Period of Performance: April 01, 2002 to March 31, 2009
Initial Contract Value: $ 825,376
Current (or Completed) Contract Value: $ 1,085,242

Brief Description of Requirement:

Provide Janitorial services for the National Maritime Intelligence Center and the Ft Washington Interagency Training Center

Complexity of Effort: [ ] Difficult [x] Routine

1. QUALITY OF SERVICE:

(a) Overall ability to pro-actively and aggressively perform contract requirements(s).

[redacted] Comment:

(b) Effectiveness reliability of contractor's key personnel.

[redacted] Comment: [redacted]

(c) Ability to recruit and maintain qualified personnel.

[redacted]

(d) Ability to satisfy security requirements (clearances for personnel, information protection, facilities, etc.).

[redacted] Comment: [redacted]

(e) Ability to effectively implement "start-up" contract performance.

[redacted] Comment:

2. TIMELINESS OF PERFORMANCE

(a) Overall performance in planning, scheduling, and monitoring the work effort.

[redacted] Comment:

Olympus

Olympus



(b) Completion of major milestones on schedule:

[redacted] Comment: ______________________________

______________________________

(c) Responsiveness and flexibility in responding to changes (both formal and informal).

[redacted] Comment: [redacted]

______________________________

(d) Responsiveness/capability to respond to surge/short term requirements.

[redacted] Comment: [redacted] ______________________________

______________________________

(e) Timely completion of Efforts within period of performance.

[redacted] Comment: ______________________________

______________________________

3. PRICE/COST CONTROL:

(a) Quality, completeness, and accuracy of price/cost proposals.

[redacted] Comment: ______________________________

______________________________

(b) Accuracy and timeliness of cost reports.

0 1 2 3 4 5 6 Comment: [redacted]

[redacted]

______________________________

(c) Ability to perform within negotiated cost/price.

[redacted] Comment: [redacted]

______________________________

(d) Accuracy and completeness of vouchers/invoices.

[redacted] Comment: ______________________________

______________________________

(e) Incurrence of costs is in accordance with contract terms.

[redacted] Comment: ______________________________

Olympus



4. BUSINESS RELATIONS:

(a) Ability to effectively manage contract.

[redacted] Co[redacted]

[redacted]

(b) Ability to choose subcontracts (if applicable to this contract being reported on).

0 1 2 3 4 5 6 Comment: [redacted]

(c) Ability to manage subcontracts (if applicable to this contract being reported on).

0 1 2 3 4 5 6 Comment: [redacted]

(d) Provides prompt notification of problems.

[redacted] Comment:

(e) Organizational support structure provides adequate span of control and supervision.

[redacted] Comment:

(f) Has the contractor been given cure notice(s), show cause notices(s), suspension of progress payments, or letters of direction, etc.?

[redacted] 5 Comment: [redacted]

5. CUSTOMER SATISFACTION:

(a) Maintains a single effective point of contact to manage and resolve problems.

[redacted] Comment: [redacted]

(b) Effectively assesses impacts of potential changes on other associated projects, tasks, and efforts.

[redacted] Comment:

Olympus



(c) Effectiveness in interfacing with Government personnel.

[redacted] Comment: [redacted] ______________

______________________________________________

(d) Ability to solve contract performance problems without extensive guidance from Government personnel.

[redacted] Comment: ______________________________

______________________________________________

(e) Displays initiative in meeting Government requirements and is responsive to the Government's needs.

[redacted] Comment: ______________________________

______________________________________________

(f) Rate the contractor's overall technical performance on this contract.

[redacted] Comment: ______________________________

______________________________________________

6. Based on this contractor's overall performance, would you award this contractor another Government contract?

[redacted] YES [redacted] NO If no, please explain: ______________________

______________________________________________

______________________________________________

7. Please provide any additional comments concerning the past performance of the contractor.

______________________________________________

______________________________________________

8. This questionnaire was completed by:

Bill Plutt
(Print Name)

Wackenhut Services, Inc.
(Organization)

561-472-3630
(Commercial/DSN Telephone Numbers)

05-02-05
(Date of Completion)

C-321-223-8419

Blutt@AOL.COM

ATTACHMENT I
HHM402-05-R-0017


## PAST PERFORMANCE QUESTIONNAIRE

The Virginia Contracting Activity (VaCA) requests your assistance in providing past performance information on the company listed below for the contract referenced below. Please complete the questionnaire and **e-mail, or fax** to the VaCA using the addresses listed below:

| | |
|---|---|
| **E-mail:** Juanita.Jones@dia.mil<br>**Phone Number:** (202) 231-3613<br><br>**Fax:** (202) 231-2831 | **Mail:** Virginia Contracting Activity<br>Bldg 6000, Bolling AFB<br>Washington, D.C. 20340-5100<br><br>Note: Not applicable due to non-timeliness of mail |

| CONTRACT NUMBER | COMPANY BEING RATED |
|---|---|
| NRC-10-00-0005<br>The Nuclear Regulatory Commission | Olympus Building Services, Inc.<br>244 S. Main Street<br>New Hope, PA 18938 |

INSTRUCTIONS:

For each item, circle the rating that best describes the contractor's work on the contract, or if you do not know how the contractor performed (or is performing on a particular item), please circle (Not Applicable (N/A) on that item. The rating scale is defined below.

| | | |
|---|---|---|
| 0 | Not Applicable (N/A): Does not apply or you do not know. | |
| | Unsatisfactory | Achievement of contract requirement is compromised |
| | ʼoor | Requires major agency resources to ensure achievement of contract requirements. |
| 3 | Fair | Requires minor agency resources to ensure achievement of contract requirements. |
| 4 | Good | Does not impact achievement of contract requirements |
| 5 | Excellent | No problems, issues, or delays in achieving contract requirements |
| 6 | Outstanding | Cases where contractor performance exceeds Excellent |

### CONTRACT INFORMATION

Type of contract (Check all that apply)

| | | |
|---|---|---|
| [ ] Negotiated | [ ] Sealed Bidding | [ ] Competitive |
| [ ] Non-Competitive | [✓] Firm-Fixed-Price | [ ] Requirements |
| [ ] Cost-Plus-Fixed-Fee | [ ] Time-and-Material | [ ] Indefinite Quantity |
| [ ] Labor Hour | [ ] Other ______________ | |

ıplete the following:

Period of Performance: 12/1/99 to 12/31/04
Initial Contract Value: $ 814,473.02
Current (or Completed) Contract Value: $ 5,047,700.51

Brief Description of Requirement:

The contractor shall provide all management, administrative and technical support, supervision, labor, all materials, supplies, equipment and other resources necessary to plan, schedule, coordinate and perform all custodial, recycling, waste-trash removal, pest control, and other related services at NRC.

Complexity of Effort: [ ] Difficult [✓] Routine

1. QUALITY OF SERVICE:

(a) Overall ability to pro-actively and aggressively perform contract requirements(s).

[redacted] Comment: ______

(b) Effectiveness reliability of contractor's key personnel.

[redacted]

(c) Ability to recruit and maintain qualified personnel.

[redacted] Comment: ______

(d) Ability to satisfy security requirements (clearances for personnel, information protection, facilities, etc.).

[redacted] Comment: ______

(e) Ability to effectively implement "start-up" contract performance.

[redacted] Comment: ______

2. TIMELINESS OF PERFORMANCE

(a) Overall performance in planning, scheduling, and monitoring the work effort.

[redacted] Comment: ______

Olympus



(b) Completion of major milestones on schedule:

[redacted] Comment: ______________________________

______________________________

(c) Responsiveness and flexibility in responding to changes (both formal and informal).

[redacted] Comment: ______________________________

______________________________

(d) Responsiveness/capability to respond to surge/short term requirements.

[redacted] Comment: ______________________________

______________________________

(e) Timely completion of Efforts within period of performance.

[redacted] Comment: ______________________________

______________________________

PRICE/COST CONTROL:

(a) Quality, completeness, and accuracy of price/cost proposals.

[redacted] Comment: ______________________________

______________________________

(b) Accuracy and timeliness of cost reports.

0 1 2 3 4 5 6 Comment: [redacted] ______________________________

______________________________

(c) Ability to perform within negotiated cost/price.

0 1 2 3 4 5 6 Comment: [redacted] ______________________________

______________________________

(d) Accuracy and completeness of vouchers/invoices.

[redacted] Comment: ______________________________

______________________________

(e) Incurrence of costs is in accordance with contract terms.

0 1 2 3 4 5 6 Comment: [redacted] ______________________________

Olympus



4. BUSINESS RELATIONS:

(a) Ability to effectively manage contract.

[redacted] Comment: ____________________________________________

(b) Ability to choose subcontracts (if applicable to this contract being reported on).

[redacted] Comment: ____________________________________________

(c) Ability to manage subcontracts (if applicable to this contract being reported on).

[redacted] omment: ____________________________________________

(d) Provides prompt notification of problems.

[redacted] Comment: ____________________________________________

(e) Organizational support structure provides adequate span of control and supervision.

[redacted] Comment: ____________________________________________

(f) Has the contractor been given cure notice(s), show cause notices(s), suspension of progress payments, or letters of direction, etc.?

0 1 2 3 4 5 6 Comment: [redacted] ________________________________

5. CUSTOMER SATISFACTION:

(a) Maintains a single effective point of contact to manage and resolve problems.

[redacted] Comment: ____________________________________________

(b) Effectively assesses impacts of potential changes on other associated projects, tasks, and efforts.

[redacted] Comment: ____________________________________________

PAST PERFORMANCE INFORMATION IS NOT RELEASABLE UNDER FREEDOM OF INFORMATION ACT (FOIA) FAR SUBPART 24.2
SOURCE SELECTION INFORMATION - SEE FAR 3.104

Olympus



(c) Effectiveness in interfacing with Government personnel.

[redacted] Comment: ____________________

____________________

(d) Ability to solve contract performance problems without extensive guidance from Government personnel.

[redacted] Comment: ____________________

____________________

(e) Displays initiative in meeting Government requirements and is responsive to the Government's needs.

[redacted] Comment: ____________________

____________________

(f) Rate the contractor's overall technical performance on this contract.

[redacted] Comment: ____________________

____________________

6. Based on this contractor's overall performance, would you award this contractor another Government contract?

[redacted] YES [redacted] NO If no, please explain: [redacted]

[redacted] ____________________

7. Please provide any additional comments concerning the past performance of the contractor.

____________________

____________________

8. This questionnaire was completed by:

Deborah Neff
(Print Name)

NRC
(Organization)

301-415-8160
(Commercial/DSN Telephone Numbers)

5/3/05
(Date of Completion)

WACKENHUT SERVICES INCORPORATED

WACKENHUT SERVICES INCORPORATED
7121 FAIRWAY DRIVE
SUITE 301
PALM BEACH GARDENS, FL 33418-3766

TELEPHONE: (561) 472-0600
FAX: (561) 472-0601

October 13, 2004

Mr. Anthony Hipple
President
Olympus Building Services, Inc.
244 South Main Street
New Hope, PA 18938

[redacted]

Sincerely,

Bill Plutt

William J. Plutt
Vice President
Facilities Management

Cc: Jim Whidden
Larry Luper

obsi 1, inc.
a facility services company

November 10, 2004

Mr. William Plutt
Wackenhut Services Inc.
7121 Fairway Drive
Suite 301
Palm Beach Gardens, FL 33418

**RE: Contract # WSI-N62477-00-D-0043-OLY**

[redacted]



244 S.Main Street • New Hope, PA 18938 • 215-862-5066 • Fax 215-862-7066

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

If you have any further questions, please contact me.

Sincerely,

Anthony C. Hipple

Anthony C. Hipple
President

ACH/sb
Enclosures

Cc: Jim Whidden
Jay Harmon

**Recommendation of the**

**Technical Evaluation Panel**

**for the DIAC Custodial Contract**

This panel evaluated the initial and revised final technical proposals and agreed on the following technical ranking:

NOSLOT - first
Rowe - second
Ravens Group - third
EMC - fourth
Olympus - fifth
D & A - sixth

NOSLOT [redacted]

Rowe [redacted]

The Ravens Group [redacted]

Evaluation all six revised technical proposals are summarized herein.

This panel recommends the selection of NOSLOT for the DIAC Custodial Contract if their proposed costs are within range of a best value selection.

# Evaluation of Best & Final Offers

# for the DIAC Custodial Contract

Evaluation of Revised Technical Proposals

in response to DIA Solicitation

HHM402-05-R-0017 and

VCA Letters dated 8 November 05

Amanda Maits

Michael Soper

Peter Starr

Six bidders provided Best & Final Offers in time for consideration. All Proposals were improved, in fact, all six revised Technical Proposals are now rated Excellent overall. Some offers improved more than others, and, though all are excellent proposals, some are stronger than others. Strength derives from corporate resources and experience, but also from a careful consideration of our stated requirements. Below is the revised technical ranking, and a summary of how each proposal improved.

NOSLOT – first

Rowe – second

Ravens Group – third

EMC – fourth

Olympus – fifth

D & A – sixth

**NOSLOT**

[redacted]

**RCSI, Rowe**

[redacted]

**Ravens Group**

[redacted]

EMC, Engineering Management Concepts

[redacted]

Olympus

[redacted]

D & A Building Services

[redacted]

Amanda Maits ______________________

Michael Soper ______________________

Peter Starr ______________________