PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH GOVERNMENT ACCOUNTABILITY OFFICE PROTECTIVE ORDER

[redacted]

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH GOVERNMENT ACCOUNTABILITY OFFICE PROTECTIVE ORDER

[redacted]

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH GOVERNMENT ACCOUNTABILITY OFFICE PROTECTIVE ORDER

[redacted]

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH GOVERNMENT ACCOUNTABILITY OFFICE PROTECTIVE ORDER

[redacted]

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH GOVERNMENT ACCOUNTABILITY OFFICE PROTECTIVE ORDER

[redacted]

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH GOVERNMENT ACCOUNTABILITY OFFICE PROTECTIVE ORDER

[redacted]

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH GOVERNMENT ACCOUNTABILITY OFFICE PROTECTIVE ORDER

[redacted]

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH GOVERNMENT ACCOUNTABILITY OFFICE PROTECTIVE ORDER

[redacted]

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH GOVERNMENT ACCOUNTABILITY [redacted]

[redacted]

1180

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN
ACCORDANCE WITH GOVERNMENT
ACCOUNTABILITY OFFICE PROTECTIVE ORDER

[redacted]

1181

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN
ACCORDANCE WITH GOVERNMENT
ACCOUNTABILITY OFFICE PROTECTIVE ORDER

**OLYMPUS**
BUILDING SERVICES, INC.

# Fax

| | | | |
|---|---|---|---|
| **To:** | Juanita Jones | **From:** | AnnMarie Welch |
| **Fax:** | 202-231-2831 | **Pages:** | 36 /including cover |
| **Phone:** | | **Date:** | March 7, 2006 |
| **Re:** | Revised Cost Schedule | **CC:** | |

☐ **Urgent** ☑ **For Review** ☐ **Please Comment** ☑ **Please Reply** ☐ **Please Recycle**

**244 S. Main Street, New Hope PA 18938 Phone: 215-862-5066 Fax: 215-862-7066**

MAR. 7. 2006 11:29AM OLYPUS BUILDING SVR NO. 522 P. 2

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. Contract ID Code | Page 1 of 5

| 2. Amendment/Modification No. | 3. Effective Date | 4. Requisition/Purchase Req. No. | 5. Project No. (If applicable) |
|---|---|---|---|
| 0010 | 28 Feb 2006 | 448/01142/05 | |

6. Issued By — Code HHQ402
Virginia Contracting Activity
ATTN: AE-2
Bolling AFB, Bldg. 6000
Washington, D.C. 20340-5100

7. Administered By (If other than Item 6) — Code ZD50
Virginia Contracting Activity
Building 6000
Washington, DC 20340-5100
ATTN: DIAC, AE-2

8. Name and Address of Contractor (No., Street, County, and Zip Code)
Olympus

Code | Facility Code

(X) 9A. Amendment of Solicitation No.
HHM402-05-R-0017

X 9B. Date (See Item 11)
Apr 14, 2005

10A. Modification of Contract/Order No.

10B. Date (See Item 13)

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [x] is extended [ ] is not exte... Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning 1 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the o... submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLE... MENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESU... IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegra... letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specifie...

12. Accounting and Appropriation Data (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACT/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(x) A. This change order is issued pursuant to: (Specify authority) The changes set forth in Item 14 are made in the Contract Order No. in Item 10A.

B. The above numbered Contract/Order is modified to reflect the administrative changes (such as changes in paying office, appropriation date, etc.) Set fourth item 14, pursuant to the authority of FAR 43.103 (b)

C. This supplemental agreement is entered into pursuant to authority of:

D. Other (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [X] is required to sign this document and return 1 copies to the issuing office.

14. Description of Amendment/Modification (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

THE PURPOSE OF THIS AMENDMENT IS TO ACCOMPLISH THE FOLLOWING:

SEE PAGE 5.

1183

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. Name and Title of Signer (Type or Print) | | 16A. Name and title of Contracting Officer (Type or Print) | |
|---|---|---|---|
| Anthony C. Hipple, President | | | |
| 15B. Contractor/Offeror<br>(signature)<br>(Signature of person authorized to sign) | 15C. Date Signed<br>3-7-06 | 16B. United States of America<br>(signature)<br>(Signature of Contracting Officer) | 16C. Date Signed<br>2/25/0... |

NSN 7540-01-152-8070 30-105 STANDARD FORM 30 (REV. 10-83)
PREVIOUS EDITIONS UNUSABLE Prescribed by GSA FAR (48 CFR) 53.2...

P.003 202 231 2831 AE-2A FEB-14-2007 16:17 P.02

SCHEDULE

| Item No. | Supplies/Services | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 0001 | BASE YEAR 01 Apr 2006 through 30 Oct 2006.<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | ______ | ______ |
| 0001AA | PROVIDE BASIC CLEANING SERVICES | 7 | MO | [redacted] | |
| 0001AB | DIAC EXPANSION<br><br>This CLIN should be an estimate IAW attached SOO and Drawings. The estimated square footage is 470,000. | 7 | MO | | |
| 0002 | OPTION PERIOD I (31 OCT 2006 THROUGH 30 OCTOBER 2007)<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | | |
| 0002AA | PROVIDE BASIC CLEANING SERVICES | 12 | MO | | |
| 0002AB | DIAC EXPANSION<br><br>This CLIN should be an Estimate IAW attached SOO and Drawings. The estimated sqauro footage is 470,000. | 12 | MO | | |
| 0003 | OPTION PERIOD II (31 OCT 2007 THROUGH 30 OCTOBER 2008)<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | ______ | ______ |

1184

SCHEDULE

| Item No. | Supplies/Services | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 0003AA | PROVIDE BASIC CLEANING SERVICES. | 12 | MO | [redacted] | |
| 0003AB | DIAC EXPANSION<br>This CLIN should be an Estimate IAW attached SOO and Drawings. The estimated square footage is 470,000. | 12 | MO | | |
| 0004 | OPTION III PERIOD OF PERFORMANCE (31 OCT 2008 THROUGH 30 OCTOBER 2009)<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | ________ | ________ |
| 0004AA | PROVIDE BASIC CLEANING SERVICES | 12 | EA | [redacted] | |
| 0004AB | DIAC EXPANSION<br><br>THIS CLIN should be an extimate IAW attached SOO and Drawing. The estimated square footage is 470,000. | 12 | EA | | |
| 0005 | OPTION YEAR IV PERIOD OF PERFORMANCE (31 OCT 2009 THROUGH 30 OCTOBER 2010)<br><br>The contractor shall provide all personnel, supervision, equipment and material, except as specified by the Government, to accomplish Custodial Services at the Defense Intelligence Analysis Center (DIAC) at Bolling AFB, Washington, DC in accordance with the attached Statement of Objectives (SOO), and technical exhibits. | 0 | EA | ________ | ________ |
| 0005AA | PROVIDE BASIC CLEANING SERVICE | 12 | EA | [redacted] | |
| 0005AB | DIAC EXPANSION<br>THIS CLIN should be an extimate IAW attached SOO and Drawing. The estimated square footage is 470,000. | 12 | EA | | |

THE PURPOSE OF THIS AMENDMENT IS TO ACCOMPLISH THE FOLLOWING:

1. To inform all offerors that the scheduled beginning period of performance has been changed from 01 Mar 2006 to 01 Apr 2006. SEE REVISED SCHEDULE PAGE FOR CHANGE.

2. To requests all offerors revise cost schedule based upon period of performance change.

3. All revised cost proposals should be received by 4:00 P.M. on 3/7/06. Revised cost schedules may be faxed to 202-231-2831 or e-mailed to Juanita.jones@dia.mil , however signatures are required.

4. All other terms and conditions remain the same.

OLYMPUS BUILDING SERVICES, INC.
DEFENSE INTELLIGENCE AGENCY
BASE CONTRACT PERIOD
LABOR COST BREAKDOWN
JANITORIAL SERVICES

[redacted]

OLYMPUS BUILDING SERVICES, INC.
DEFENSE INTELLIGENCE AGENCY
BASE CONTRACT PERIOD
LABOR COST BREAKDOWN
JANITORIAL SERVICES

[redacted]

OLYMPUS BUILDING SERVICES, INC.
DEFENSE INTELLIGENCE AGENCY
BASE CONTRACT PERIOD
LABOR COST BREAKDOWN
JANITORIAL SERVICES

[redacted]

| [redacted] | [redacted] | [redacted] | [redacted] |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] |

OLYMPUS BUILDING SERVICES, INC.
DEFENSE INTELLIGENCE AGENCY
BASE CONTRACT PERIOD
LABOR COST BREAKDOWN
JANITORIAL SERVICES

TOTAL COST SUMMARY:

[redacted]

OLYMPUS BUILDING SERVICES, INC.
DEFENSE INTELLIGENCE AGENCY
BASE CONTRACT PERIOD
LABOR COST BREAKDOWN
JANITORIAL SERVICES

SALARIES CONTRACT MANAGEMENT

[redacted]

OLYMPUS BUILDING SERVICES, INC.
DEFENSE INTELLIGENCE AGENCY
BASE CONTRACT PERIOD
LABOR COST BREAKDOWN
JANITORIAL SERVICES

ESCORT SERVICES

[redacted]

OLYMPUS BUILDING SERVICES, INC.
DEFENSE INTELLIGENCE AGENCY
OPTION YEAR 1
LABOR COST BREAKDOWN
JANITORIAL SERVICES

[redacted]

**OLYMPUS BUILDING SERVICES, INC.**
**DEFENSE INTELLIGENCE AGENCY**
**OPTION YEAR 1**
**LABOR COST BREAKDOWN**
**JANITORIAL SERVICES**

[redacted]

**OLYMPUS BUILDING SERVICES, INC.**
**DEFENSE INTELLIGENCE AGENCY**
**OPTION YEAR 1**
**LABOR COST BREAKDOWN**
**JANITORIAL SERVICES**

[redacted]

OLYMPUS BUILDING SERVICES, INC.
DEFENSE INTELLIGENCE AGENCY
OPTION YEAR 1
LABOR COST BREAKDOWN
JANITORIAL SERVICES

TOTAL COST SUMMARY:

[redacted]

**OLYMPUS BUILDING SERVICES, INC.**
**DEFENSE INTELLIGENCE AGENCY**
**OPTION YEAR 1**
**LABOR COST BREAKDOWN**
**JANITORIAL SERVICES**

SALARIES **CONTRACT MANAGEMENT**

[redacted]

OLYMPUS BUILDING SERVICES, INC.
DEFENSE INTELLIGENCE AGENCY
OPTION YEAR 1
LABOR COST BREAKDOWN
JANITORIAL SERVICES

ESCORT SERVICES

[redacted]

**OLYMPUS BUILDING SERVICES, INC.**
**DEFENSE INTELLIGENCE AGENCY**
**OPTION YEAR 2**
**LABOR COST BREAKDOWN**
**JANITORIAL SERVICES**

[redacted]

**OLYMPUS BUILDING SERVICES, INC.
DEFENSE INTELLIGENCE AGENCY
OPTION YEAR 2
LABOR COST BREAKDOWN
JANITORIAL SERVICES**

[redacted]