**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | |
|---|---|
| The Ravens Group, Inc.,<br>Plaintiff,<br>v.<br>United States,<br>Defendant,<br>and<br>Rowe Contracting Services, Inc.,<br>Third party/Intervenor. | CFC No. 07-243<br>Judge Baskir |

**INTERVENOR ROWE CONTRACTING SERVICES, INC.'S MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD**

Intervenor Rowe Contracting Services, Inc. ("Rowe") hereby moves to supplement the Administrative Record (the "Record" or "AR") in the above-captioned case. Rowe moves to supplement the Record with the following additional documents:

1. Sworn Statement from Scott Rowe to Guy Torres, Contracting Officer, Defense Intelligence Agency, dated April 28, 2006, attached hereto as Exhibit 1.

2. Redacted Sworn Statement by J. Jeff Robertson, dated April 6, 2006, attached hereto as Exhibit 2 (originally attached to The Ravens Group, Inc.'s ("Ravens") April 6, 2006 protest to the U.S. Government Accountability Office ("GAO")). The unredacted version of this

PROTECTED/CONFIDENTIAL MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS
PROTECTIVE ORDER

statement is attached to Ravens' Complaint as Exhibit C and also appears also at AR at 1059.

3. Email from Mary G. Curcio of GAO to Frank March, dated January 24, 2007 at 10:09 AM, attached hereto as Exhibit 3.

4. Email from Ken Weckstein to Mary G. Curcio of GAO, dated January 29, 2007 at 12:22 PM, attached hereto as Exhibit 4.

5. Email from Ken Weckstein to March Curcio of GAO, dated February 1, 2007 at 4:16 PM, attached hereto as Exhibit 5.

The above documents are relevant to the allegations in Plaintiff's Complaint and were part of the record considered by Defendant in making the decisions that are the subject of Plaintiff's Complaint. Counsel for Defendant has advised counsel for Rowe that the Defendant does not oppose Rowe's motion to supplement the Record.

For the above reasons, Rowe respectfully requests that the above five documents be added to the Record.

Respectfully submitted,

/s/Kenneth B. Weckstein

Kenneth B. Weckstein
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W.
Suite 700
Washington, D.C. 20037
(202) 861-1860
(202) 861-3560 (fax)
kweckstein@ebglaw.com
Counsel for Intervenor

DATED: May 18, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of May, 2007 I caused a copy of the foregoing Intervenor Rowe Contracting Services, Inc.'s Motion to Supplement the Administrative Record and the attached Exhibits to be filed electronically. I understand that notice will be sent by the Court's electronic filing system to the following persons who can access the filing through the Court's system:

Roger A. Hipp, Esquire
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Room 12072
Washington, DC 20530
Telefax No. (202) 307-0992

Daryle A. Jordan, Esquire
Patrick Henry LLP
7619 Little River Turnpike
Suite 340
Annandale, VA 22003.

/s/Kenneth B. Weckstein

Kenneth B. Weckstein
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W.
Suite 700
Washington, D.C. 20037
(202) 861-1860
(202) 861-3560 (fax)
kweckstein@ebglaw.com
Counsel for Intervenor