# Exhibit 2

The Ravens GROUP INC.
*We Can Do That!*

**SWORN STATEMENT**

**OF**

[redacted]

On Monday, April 3, 2005 around 7:45 am while in the Defense Intelligence Agency (DIA) cafeteria, [redacted] and I was approached by Scott Rowe, President of Rowe Contracting Services, and one of his project managers. Scott began to engage [redacted] and me in a conversation about the DIA custodial contract. During the conversation Scott informed us that during the initial bid The Ravens Group submitted a [redacted] He told us that he received a phone call from DIA 6 months later requesting that he resubmit his bid. Scott went on to say that his bid was $1.5 million less than our quote.

I solemnly swear affirm and declare under penalties of perjury and upon personal knowledge that the foregoing is true and correct.

4/06/06
Date

[redacted]

9901 Business Parkway • Suite H • Lanham, MD 20706 • 301-577-8585 voice • 301-577-9097 fax
1101 Pennsylvania Ave, NW • 5th Floor • Washington, DC 20004 • 202-756-4556 voice
www.theravensgroup.com