# Exhibit 3

**Ken Weckstein**

| | |
|---|---|
| **From:** | Mary G Curcio [curciom@gao.gov] |
| **Sent:** | Wednesday, January 24, 2007 10:09 AM |
| **To:** | Frank.March@hqda.army.mil; djordan@patrickhenry.net |
| **Cc:** | Ken Weckstein; Protests |
| **Subject:** | RE: GAO protests of Olympus and Ravens, B-296741.011 and .012 (UNCLASSIFIED) |

I have left a message with Mr. Jordan that in light of the attachments showing that the fax was recieved on December 19th at the fax number noted on Ravens cover letter to its proposal he has until the close of business today to refute receipt.

Mary Curcio