# Exhibit 4

**Pamela Reynolds**

**From:** Ken Weckstein
**Sent:** Monday, January 29, 2007 12:25 PM
**To:** Pamela Reynolds
**Subject:** FW: Protests of Ravens, B-296741.011 and .012

FYI

Kenneth B. Weckstein
Partner
Epstein Becker & Green, P.C.
1227 25th Street, N.W.
Suite 700
Washington, D.C. 20037-1156
(202) 861-1860 - Direct
(202) 861-0900 - Main
(202) 861-3560 - Fax
kweckstein@ebglaw.com
www.ebglaw.com
http://www.ebglaw.com/atty_bio_94.htm

---

**From:** Ken Weckstein
**Sent:** Mon 1/29/2007 12:22 pm
**To:** Mary G Curcio; Frank.March@hqda.army.mil; djordan@patrickhenry.net
**Subject:** RE: Protests of Ravens, B-296741.011 and .012

By email dated January 24, 2007, GAO asked Ravens to "refute receipt" of the December 19, 2006 telefax from DIA. Ravens has provided us with a redacted copy of its January 24, 2007 letter response to GAO. As best we can tell, Ravens has not refuted that it received the December 19, 2006 telefax. Ravens has not produced any evidence showing that the 202-756-7441 telefax number is not a Ravens number. In the absence of such evidence, GAO can conclude that the telefax was sent to and received at a valid Ravens telefax number. The fact that Ravens asked DIA to send telefaxes to a different number than that listed on the cover sheet of Ravens' proposal does not mean that Ravens did not receive the telefax sent to the 202-756-7441 number.

Kenneth B. Weckstein
Partner
Epstein Becker & Green, P.C.
1227 25th Street, N.W.
Suite 700
Washington, D.C. 20037-1156
(202) 861-1860 - Direct
(202) 861-0900 - Main
(202) 861-3560 - Fax
kweckstein@ebglaw.com
www.ebglaw.com
http://www.ebglaw.com/atty_bio_94.htm

---

**From:** Mary G Curcio [mailto:curciom@gao.gov]
**Sent:** Wed 1/24/2007 10:09 am
**To:** Frank.March@hqda.army.mil; djordan@patrickhenry.net
**Cc:** Ken Weckstein; Protests
**Subject:** RE: GAO protests of Olympus and Ravens, B-296741.011 and .012 (UNCLASSIFIED)

I have left a message with Mr. Jordan that in light of the attachments showing that the fax was recieved on December 19th at the fax number noted on Ravens cover letter to its proposal he has until the close of business today to refute receipt.

Mary Curcio