**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | |
|---|---|
| The Ravens Group, Inc.,<br>Plaintiff,<br>v.<br>United States,<br>Defendant,<br>and<br>Rowe Contracting Services, Inc.,<br>Third party/Intervenor. | CFC No. 07-243<br>Judge Baskir |

**INTERVENOR ROWE CONTRACTING SERVICES, INC.'S RULE 52.1(b) MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD**

Pursuant to Rule 52.1(b) of the United States Court of Federal Claims, Intervenor Rowe Contracting Services, Inc. ("Rowe") hereby moves for judgment on the administrative record against Plaintiff on all counts of the Complaint of The Ravens Group, Inc. ("Ravens"). Ravens has failed to assert any viable causes of action and to the extent that Ravens has alleged a viable cause of action, the Administrative Record demonstrates that the actions of Defendant United States were not arbitrary, not

capricious, not an abuse of discretion, and were otherwise in accordance with law.

In further support of this Motion, Rowe respectfully refers the Court to the accompanying Memorandum of Points and Authorities in Support of Intervenor Rowe Contracting Services, Inc.'s Rule 52.1(b) Motion for Judgment on the Administrative Record.

Respectfully submitted,

/s/Kenneth B. Weckstein

Kenneth B. Weckstein
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W.
Suite 700
Washington, D.C. 20037
(202) 861-1860
(202) 861-3560 (fax)
kweckstein@ebglaw.com
Counsel for Intervenor

DATED: May 18, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of May, 2007 I caused a copy of the foregoing Intervenor Rowe Contracting Services, Inc.'s Rule 52.1(b) Motion for Judgment on the Administrative Record to be filed electronically. I understand that notice will be sent by the Court's electronic filing system to the following persons who can access the filing through the Court's system:

Roger A. Hipp, Esquire
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Room 12072
Washington, DC 20530
Telefax No. (202) 307-0992

Daryle A. Jordan, Esquire
Patrick Henry LLP
7619 Little River Turnpike
Suite 340
Annandale, VA 22003.

/s/Kenneth B. Weckstein
Kenneth B. Weckstein
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W.
Suite 700
Washington, D.C. 20037
(202) 861-1860
(202) 861-3560 (fax)
kweckstein@ebglaw.com
Counsel for Intervenor