# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## (Bid Protest)

| | |
|---|---|
| The Ravens Group, Inc.,<br>Plaintiff,<br>v.<br>United States,<br>Defendant,<br>and<br>Rowe Contracting Services, Inc.,<br>Third party/Intervenor. | CFC No. 07-243<br>Judge Baskir |

## SUPPLEMENT TO INTERVENOR ROWE CONTRACTING SERVICES, INC.'S RULE 11 MOTION FOR SANCTIONS

On May 4, 2007, Rowe Contracting Services, Inc. ("Rowe") caused to be served by hand delivery on Plaintiff, The Ravens Group, Inc. ("Ravens"), Intervenor Rowe Contracting Services, Inc.'s Rule 11 Motion for Sanctions ("Motion for Sanctions") and supporting Memorandum of Law in Support of Intervenor Rowe Contracting Services, Inc.'s Rule 11 Motion for Sanctions ("Memorandum of Law"). In the intervening 21 days, Plaintiff has not withdrawn its Complaint or any portion of the Complaint. Instead, by letter dated May 23, 2007, counsel for Ravens advised counsel for Rowe that

Ravens would "no longer contend that Rowe improperly obtained The Ravens Group's contract price . . . ." Ravens said that the inclusion of that allegation in the Complaint was "inadvertent." A copy of Ravens' letter of May 23, 2007 is attached as Exhibit 1. Rowe notes that the "inadvertent" factual allegation was included in Ravens' Complaint eight times. *See* Ravens' Complaint at ¶¶ 17, 19, 35, 69, 83. Rowe further notes that the alleged "inadvertent" factual allegation in the Complaint about the theft of pricing information was just one of many misstatements of fact made by Ravens. *See, e.g.,* Memorandum of Law at 26-27.

Rowe further notes that its Motion for Sanctions addressed misstatements of law and frivolous legal claims asserted by Ravens. Despite ample notice, Ravens has not taken any corrective action regarding these issues. Finally, Rowe notes that its Motion for Sanctions addressed all seven of the counts in Ravens' Complaint. In response to Rowe serving the Motion for Sanctions, Ravens has continued to assert that all seven counts were properly filed. And Ravens has not withdrawn or promised to withdraw any of its seven counts.

For these additional reasons, Rowe requests that its Motion for Sanctions be granted.

Respectfully submitted,

/s/Kenneth B. Weckstein

Kenneth B. Weckstein
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W.
Suite 700
Washington, D.C. 20037
(202) 861-1860
(202) 861-3560 (fax)
kweckstein@ebglaw.com
Counsel for Intervenor

DATED: May 25, 2007

**Certificate of Service**

I hereby certify that on this 25th day of May, 2007, I caused a copy of the foregoing Supplement to Intervenor Rowe Contracting Services, Inc.'s Rule 11 Motion for Sanctions to be filed electronically. I understand that notice will be sent by the Court's electronic filing system to the following persons who can access the filing through the Court's system:

Roger A. Hipp, Esquire
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Room 12072
Washington, DC 20530
Telefax No. (202) 307-0992

Daryle A. Jordan, Esquire
Patrick Henry LLP
7619 Little River Turnpike
Suite 340
Annandale, VA 22003.

/s/ Kenneth B. Weckstein

Kenneth B. Weckstein
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W.
Suite 700
Washington, D.C. 20037
(202) 861-1860
(202) 861-3560 (fax)
kweckstein@ebglaw.com
Counsel for Intervenor