# EXHIBIT 1

PATRICK HENRY LLP
attorneys and counselors at law

**VA Office**

7619 Little River Turnpike
Suite 340
Annandale, VA 22003
Tel: 703.256.7754
Fax: 703.256.7883
Toll Free: 866.816.0140

RICHARD E. PATRICK
*admitted in VA, DC*

MAYNARD M. HENRY, SR.
*admitted in VA, DC, PA, MI*

SHARON I. THEODORE-LEWIS
*admitted in MD, DC, NY, OH*

DARYLE A. JORDAN
*admitted in VA, DC, PA*

KIMBERLY J. PHILIPS
*admitted in VA, DC*

CHRISTOPHER L. MCEVILLEY
*admitted in NY, NJ*

**Of Counsel**

KAREN P. CLEAVER-BASCOMBE
*admitted in MD, DC, GA*

HOWARD G. COOLEY
*admitted in VA*

MALIK N. DRAKE
*admitted in VA, DC*
*USPTO Registration*

LAWRENCE B. MANLEY
*admitted in MD, DC*

ETHEL MITCHELL
*admitted in MD, DC, TX*
*US Virgin Islands, Ghana*

YUVORA NONG
*admitted in VA, DC, FL*

MARYLAND OFFICE

5900 Princess Garden Parkway
Suite 640
Lanham, MD 20706
Tel: 240.296.3488
Fax: 240.296.3487

NEW YORK OFFICE

330 Madison Avenue
Sixth Floor
New York, NY 10017
Toll Free: 866.816.0140

May 23, 2007

**Via U.S. Mail, Facsimile & Email**
Mr. Kenneth B. Weckstein, Esquire
Epstein Becker & Green, P.C.
1227 25th Street, N.W.
Suite 700
Washington, D.C. 20037-1175

**Re: *The Ravens Group, Inc. vs. Unites States***
**Response to Rule 11 Notice**

Dear Mr. Weckstein:

We have reviewed your letter and Rule 11 notice, dated May 4, 2007, as well as the Motion for Sanctions and Memorandum of Law in Support thereof.

Pursuant to our review, we determined that your June 14, 2006, letter did enclose a June 27, 2005, letter from DIA. DIA's June 27, 2005, letter indicates that Rowe received information regarding The Ravens Group's contract price from the government; and, therefore, did not employ improper business practices to receive that information. Our inclusion of this assertion in the Complaint was inadvertent. Accordingly, we hereby notify you, that we no longer contend that Rowe improperly obtained The Ravens Group's contract price, and will no longer assert this position in this litigation. We will notify the Court of our decision not to pursue this position. Contrary to your assertion, however, DIA did not notify (and has never notified) The Ravens Group of the release of its contract price.

In addition, in future proceedings, we will combine our discussion of Counts I and V, since both counts assert essentially the same facts and theory.

The remaining issues in your letter and Rule 11 motion are merely disagreements with The Ravens Group regarding interpretation of the law and the evidence, which do not constitute improper purpose or a frivolous action on our part. Accordingly, this will also put you on notice, that if you pursue the Rule 11 motion and are not successful, we will ask for fees and expenses.

Sincerely,

Daryle A. Jordan