IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| THE RAVENS GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>ROWE CONTRACTING SERVICES, INC.,<br><br>Intervenor. | ) | No. 07-243C<br>(Judge Baskir) |

DEFENDANT'S MOTION TO DISMISS, IN PART,
AND FOR JUDGMENT UPON THE
ADMINISTRATIVE RECORD (PUBLIC REDACTED VERSION)

Defendant, the United States, respectfully requests, pursuant to the Rules of the United States Court of Federal Claims ("RCFC"), the following:

(1) that count I of the complaint be dismissed, pursuant to RCFC 12(b)(1), for lack of jurisdiction, or, in the alternative, pursuant to RCFC 12(b)(6), for failure to state a claim upon which relief can be granted, or, in the alternative, that the Court grant judgment upon the administrative record, pursuant to RCFC 52.1, in favor of the United States upon count I;

(2) that count II of the complaint be dismissed, pursuant to RCFC 12(b)(6), for failure to state a claim upon which relief can be granted, or, in the alternative, that the Court grant judgment upon the administrative record, pursuant to RCFC 52.1, in favor of the United States upon count II;

(3) that count III of the complaint be dismissed, pursuant to RCFC 12(b)(1), for lack of jurisdiction, or, in the alternative, that the Court grant judgment upon the administrative record, pursuant to RCFC 52.1, in favor of the United States upon count III;

(4) that the Court grant judgment upon the administrative record, pursuant to RCFC 52.1, in favor of the United States upon count IV;

(5) that count V of the complaint be dismissed, pursuant to RCFC 12(b)(1), for lack of jurisdiction, or, in the alternative, pursuant to RCFC 12(b)(6), for failure to state a claim upon which relief can be granted, or, in the alternative that the Court grant judgment upon the administrative record, pursuant to RCFC 52.1, in favor of the United States upon count V;

(6) that the Court grant judgment upon the administrative record, pursuant to RCFC 52.1, in favor of the United States upon count VI; and

(7) that the Court enter judgment in favor of the United States for count VII, pursuant to RCFC 12(b)(1), RCFC 12(b)(6), and RCFC 52.1.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
Attn: Class. Unit - 8th Fl.
Washington, D.C. 20530
Tel.: (202) 305-3091

May 25, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2007, a copy of the foregoing "DEFENDANT'S MOTION TO DISMISS, IN PART, AND FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD (PUBLIC REDACTED VERSION)" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp