IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| THE RAVENS GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>ROWE CONTRACTING SERVICES, INC.,<br><br>Intervenor. | ) | No. 07-243C<br>(Judge Baskir) |

DEFENDANT'S UNOPPOSED
MOTION TO MODIFY SCHEDULING ORDER

Defendant, the United States, respectfully requests that the Court modify the April 26, 2007 scheduling order by enlarging the deadline for defendant's and intervenor's opposition and reply briefs concerning dispositive motions by seven days, until June 6, 2007, with a corresponding seven-day enlargement for plaintiff's reply brief, until June 11, 2007. Our opposition and reply brief is currently due today, May 30, 2007. This is our first request for an enlargement of time. Counsel for plaintiff, The Ravens Group, Inc. ("Ravens") has authorized to

state that plaintiff does not oppose this motion. Counsel for intervenor, Rowe Contracting Services, Inc. ("Rowe"), has authorized us to state that Rowe supports this motion.

We request an enlargement for two reasons. First, both intervenor and plaintiff have filed motions to supplement the administrative record. To date, the interested agency, the Defense Intelligence Agency, has not been able to confirm whether the proposed supplemental materials should have been included in the administrative record. It is possible that the agency will identify additional documents for the administrative record as part of its review of the motions to supplement. A short enlargement of time will enable us to ensure that the complete administrative record is filed before the parties submit their final briefs concerning the dispositive motions.

Second, we require additional time in which to respond to Ravens's 30-page brief in opposition to our dispositive motion and in support of its cross-motion for judgment upon the administrative record. Ravens filed its brief at 11:15 p.m. on May 25, 2007. Due to the Memorial Day holiday, the current scheduling order allows us only two business days to respond. In its brief, Ravens presents some new arguments that we could not have

anticipated because they were not mentioned in Ravens's complaint and motion for a preliminary injunction. E.g., Pl. Br. at 15-18 (challenging agency's evaluation of technical proposals and past performance). Accordingly, we request additional time in which to prepare a response to Ravens's brief.

For the foregoing reasons, we respectfully request that the Court: (1) enlarge the deadline for defendant's and intervenor's opposition and reply briefs concerning dispositive motions until June 6, 2007; and (2) enlarge the deadline for plaintiff's reply brief in support of its dispositive motion until June 11, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
Attn: Class. Unit - 8th Fl.
Washington, D.C. 20530
Tel.: (202) 305-3091

May 30, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2007, a copy of the foregoing "MOTION TO MODIFY SCHEDULING ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp