# In the United States Court of Federal Claims

Case No. 07-243C
(Filed: May 31, 2007)

*****************************************************
THE RAVENS GROUP, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant,* *
*
and *
*
ROWE CONTRACTING SERVICES, INC., *
*Intervenor.* *
*****************************************************

**ORDER**

Defendant's unopposed **Motion to Modify Scheduling Order** by enlarging the deadline for **Defendant's and Intervenor's opposition and reply briefs** concerning dispositive motions by 7 days, **until June 6, 2007**, is hereby **GRANTED**. **Plaintiff's reply brief** is **due** no later than **June 11, 2007.**

Pursuant to the Court's Special Procedures Order, the Parties shall file a **Consolidated Statement of Facts no later than June 18, 2007.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge