# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## (Bid Protest)

| | |
|---|---|
| The Ravens Group, Inc.,<br>Plaintiff,<br>v.<br>United States,<br>Defendant,<br>and<br>Rowe Contracting Services, Inc.,<br>Third party/Intervenor. | CFC No. 07-243<br>Judge Baskir |

## INTERVENOR ROWE CONTRACTING SERVICES, INC.'S RESPONSE TO PLAINTIFF'S MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD

Intervenor Rowe Contracting Services, Inc. ("Rowe") hereby responds to Plaintiff's Motion to Supplement the Administrative Record ("Motion to Supplement") dated May 25, 2007. The Ravens Group, Inc. ("Ravens") requested the addition of three documents to the Administrative Record.

Rowe objects to Ravens' request to supplement the Administrative Record ("Record" or "AR") with a May 22, 2007 sworn statement by Joe B.

Ballard. *See* Motion to Supplement, Exhibit 1 (Sworn Statement by Joe N. Ballard, President and CEO of The Ravens Group, dated May 22, 2007). This statement is newly-created evidence, signed and dated after the filing of the current litigation. That document was not part of what the Defendant considered to make the decisions that are being challenged by Plaintiff, and cannot form part of the Administrative Record for this procurement.

Rowe also objects to Ravens' request to supplement the Record with Joe N. Ballard's May 5, 2006 letter to Guy Torres. *See* Motion to Supplement, Exhibit 2 (Letter from Joe N. Ballard to Guy Torres, the Contracting Officer, Defense Intelligence Agency, dated May 5, 2006). This document is already contained in the Record. *See* AR at 204.

Rowe does not object to Ravens' request to add Joe N. Ballard's June 14, 2006 letter to the Record if that letter was received by the Defense Intelligence Agency. *See* Motion to Supplement, Exhibit 3 (Letter from Joe N. Ballard to Mark Bogart, Chief of Acquisitions, Defense Intelligence Agency, dated June 14, 2006).

Respectfully submitted,

/s/Kenneth B. Weckstein

Kenneth B. Weckstein
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W.
Suite 700
Washington, D.C. 20037
(202) 861-1860
(202) 861-3560 (fax)
kweckstein@ebglaw.com
Counsel for Intervenor

DATED: June 4, 2007

# CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June, 2007 I caused a copy of the foregoing Intervenor Rowe Contracting Services, Inc.'s Response to Plaintiff's Motion to Supplement the Record to be filed electronically. I understand that notice will be sent by the Court's electronic filing system to the following persons who can access the filing through the Court's system:

Roger A. Hipp, Esquire
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Room 12072
Washington, DC 20530
Telefax No. (202) 307-0992

Daryle A. Jordan, Esquire
Patrick Henry LLP
7619 Little River Turnpike
Suite 340
Annandale, VA 22003.

/s/Kenneth B. Weckstein
Kenneth B. Weckstein
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W.
Suite 700
Washington, D.C. 20037
(202) 861-1860
(202) 861-3560 (fax)
kweckstein@ebglaw.com
Counsel for Intervenor