# In the United States Court of Federal Claims

Case No.07-243
(Filed: June 13, 2007)

**********************************************
THE RAVENS GROUP, INC *
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*Defendant* *
*
and *
*
ROWE CONTRACTING SERVICES, INC., *
*Third Party/ Intervenor* *
**********************************************

## ORDER

Intervenor Rowe filed a Motion to Supplement the Administrative Record with five documents. The Defendant did not oppose Rowe's motion and the Plaintiff did not reply within the required time to oppose the motion.

**The motion to supplement the record with the following documents is hereby GRANTED:**

- Sworn statement from Scott Rowe to Guy Torres, dated April 28, 2006.
- J. Jeff Robertson's sworn statement, dated April 6, 2006.
- E-mail from Mary Gurcio to Frank March, dated January 24, 2007.

- E-mail from Ken Weckstein to Mary Gurcio, dated January 29, 2007.
- E-mail from Ken Weckstein to Mary Gurcio, dated February 1, 2007.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge