IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| THE RAVENS GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>ROWE CONTRACTING SERVICES, INC.,<br><br>Intervenor. | ) | No. 07-243C<br>(Judge Baskir) |

DEFENDANT'S UNOPPOSED
MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests that the Court modify the May 31, 2007 scheduling order by enlarging the deadline for the parties' consolidated statement of facts ("CSF") by nine days, until June 27, 2007. The CSF is currently due today, June 18, 2007. This is our first request for an enlargement of time for this purpose. Counsel for plaintiff, The Ravens Group, Inc. ("Ravens"), and intervenor, Rowe Contracting Services, Inc. ("Rowe"), have authorized us to state that they support this motion.

This enlargement is requested because schedule conflicts have made it difficult for counsel to confer concerning the CSF. Counsel for the Government traveled to Jacksonville, Florida, on June 7, 2007, and to Huntsville, Alabama, on June 11-13, 2007 for depositions in Tetra Tech, EC, Inc., v. United States, Fed. Cl. No. 06-146. Counsel for Rowe will be traveling the week of June 18-22, 2007, for a family vacation. Counsel for Ravens will be out of the office on June 25-26, 2007, due to a prior travel commitment. Accordingly, the parties request an enlargement so that counsel may have additional time to confer and agree upon the CSF.

For the foregoing reasons, we respectfully request that the Court grant our motion to enlarge the deadline for the CSF by nine days, until June 27, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
Attn: Class. Unit - 8th Fl.
Washington, D.C. 20530
Tel.: (202) 305-3091

June 18, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp