# In the United States Court of Federal Claims

Case No. 07-243C
(Filed: June 19, 2007)

****************************************************
THE RAVENS GROUP, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant,* *
*
and *
*
ROWE CONTRACTING SERVICES, INC., *
*Intervenor.* *
****************************************************

## ORDER

The Defendant's first unopposed Motion for a 9-day Enlargement of Time (filed June 18, 2007) **until June 27, 2007, to file the Consolidated Statement of Uncontroverted Facts** is hereby **GRANTED**.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge