# In the United States Court of Federal Claims

Case No. 07-243C
(Filed: June 29, 2007)

****************************************************
THE RAVENS GROUP, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant,* *
*
and *
*
ROWE CONTRACTING SERVICES, INC., *
*Intervenor.* *
****************************************************

## ORDER

**The Defendant's second unopposed Motion for an Enlargement of Time to file the Consolidated Statement of Uncontroverted Facts ("CSUF") is hereby GRANTED**. The original date for filing the CSUF was June 18, 2007. The revised date was June 27, 2007. **The CSUF is now due June 29, 2007**, bringing the total extensions granted to 11 days.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge