# In the United States Court of Federal Claims

Case No. 07-243C
(Filed: July 2, 2007)

*****************************************************

| | |
|---|---|
| THE RAVENS GROUP, | * |
| *Plaintiff,* | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES OF AMERICA, | * |
| *Defendant,* | * |
| | * |
| and | * |
| | * |
| ROWE CONTRACTING SERVICES, INC., | * |
| *Intervenor.* | * |

*****************************************************

**ORDER**

The Court intends to schedule oral argument on the parties' cross-motions for judgment on the administrative record during the period of July 9 through August 3, 2007 (excluding July 23-27).

Accordingly, it is ORDERED that the parties agree upon three dates during this time period. The parties **shall notify Arielle Cohen**, at (202) 357-6500, **of the proposed oral argument dates no later than July 6, 2007**. Morning sessions begin at 10:00 a.m., and afternoon sessions begin at 1:00 p.m. The oral argument will be held in the U.S. Court of Federal Claims courtroom at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge