# In the United States Court of Federal Claims

Case No. 07-243C
(Filed: July 9, 2007)

****************************************************
THE RAVENS GROUP, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant,* *
*
and *
*
ROWE CONTRACTING SERVICES, INC., *
*Intervenor.* *
****************************************************

## ORDER

This Order confirms **Oral Argument** regarding the parties' cross-motions for judgment on the administrative record is scheduled for **10:00 a.m., on Tuesday, July 31, 2007**. The Oral Argument will be held in the U.S. Court of Federal Claims courtroom at the National Courts Building, 717 Madison Place, N.W., Washington, D. C. 20005. Counsel for the Plaintiff, Defendant and Intervenor will be appearing in person.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge