# In the United States Court of Federal Claims

Case No. 07-243C
(Filed: July 25, 2007)

****************************************************
THE RAVENS GROUP, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant,* *
*
and *
*
ROWE CONTRACTING SERVICES, INC., *
*Intervenor.* *
****************************************************

## ORDER

The Court requests that Defendant file forthwith the "public version" of its Reply in Support of Defendant's Motion to Dismiss, in Part, and For Judgment Upon the Administrative Record, and Response to Plaintiff's Cross-Motion for Judgment Upon the Administrative Record. The protected version of this document (Docket No. 32) was filed on June 6, 2007.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge