IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| THE RAVENS GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>ROWE CONTRACTING SERVICES, INC.,<br><br>Intervenor. | ) | No. 07-243C<br>(Judge Baskir) |

DEFENDANT'S UNOPPOSED MOTION
TO SUPPLEMENT ADMINISTRATIVE RECORD

Defendant, the United States, respectfully requests leave to include in the administrative record the attached letter, dated April 26, 2006, from Scott E. Rowe to Contracting Officer Guy Torres. This letter was before the Defense Intelligence Agency during the period at issue in this litigation, and was inadvertently omitted from the administrative record that we filed on May 4, 2007. Counsel for plaintiff, The Ravens Group, Inc., and intervenor, Rowe Contracting Services, Inc., have authorized us to state that they do not oppose this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
Attn: Class. Unit - 8th Fl.
Washington, D.C. 20530
Tel.: (202) 305-3091

July 27, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2007, a copy of the foregoing "DEFENDANT'S MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp