**Rowe Contracting Service, Inc.**
**5150 Hwy. 22, Suite C-11**
**Mandeville, La. 70471**

PHONE 985 845 2217
FAX 985 845 2337
EMAIL rowecont@bellsouth.net

**26 April 2006**

**Virginia Contracting Activity**
**AE2B2**
**Building 6000**
**Bolling, AFB, D.C. 20340-5100**

FYI JUE this is from the co. that won the custodial K under protest Guy

**Attn: Mr. Guy Torres, Contracting Officer**

**Reference: HHM402-05-R-0017**

**Mr. Torres:**

As you know, on March 23, 2006, the Defense Intelligence Agency (DIA) awarded the referenced contract to Rowe Contracting Services, Inc. (Rowe) with a start date of April 1, 2006. On March 27, 2006, Mary Hennigan of DIA introduced Scott Rowe to Milton of The Ravens Group, Inc. (Ravens). Ravens was the incumbent contractor. Ms. Hennigan asked Ravens to cooperate in the transition of the contract to Rowe. Milton agreed to do so. Subsequently, numerous employees of Ravens met with Mr. Rowe and Mr. Duncan of Rowe to apply for jobs with Rowe under the new contract scheduled to start on April 1, 2006. Rowe agreed to retain the employees. Ravens also gave Rowe a roster of employees, on March 28, 2006, so that Rowe could verify security clearance levels and complete the process of transferring employees to Rowe. As soon as Rowe received that roster it went on the JPAS website to verify the clearance levels of the employees that it would be taking over and to show that the employees would be employees of Rowe. Since the contract was to start on April 1, 2006, Rowe had very little time to perform its verifications and make the necessary changes. As of Friday, March 31, 2006, Rowe had accomplished the changes for 14 of the employees--who were to start work for Rowe the following day. On that same date, DIA notified Rowe that a protest had been filed and that Rowe was required to stop all work. In response, Rowe stopped work. That included stopping the review of security clearance information and changes to employment status for the employees that were scheduled to go to work for Rowe the next day. Rowe stopped all use of the JPAS system with respect to this contract. This resulted in the 14 employees who had been converted to Rowe employees for the start of the contract continuing to be listed as Rowe employees. Please advise us whether we can go back into the JPAS system and convert the 14 employees back to Ravens employees until such time as DIA completes its corrective action in response to Ravens' protest.

Finally, Ravens has made numerous false accusations about Rowe's integrity. Rowe intends to respond to those false accusations in separate correspondence.

Thank you for your prompt attention to this matter

Rowe Contracting Services, Inc

Scott E. Rowe
President