# In the United States Court of Federal Claims

**No. 07-243 C**

**THE RAVENS GROUP, INC.,**
**Plaintiff,**

**JUDGMENT**

**v.**

**THE UNITED STATES,**
**Defendant,**
**and**

**ROWE CONTRACTING SERVICES, INC.,**
**Defendant-Intervenor.**

Pursuant to the court's Published Opinion, filed August 2, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that Counts I and V of plaintiff's complaint are dismissed for lack of jurisdiction. Counts II, IV, and VI (in part) are dismissed for failure to state a claim. Count III, although conceded at oral argument, is dismissed for failure to state a claim. Judgment is in favor of the Government on the administrative record with regards to Counts VIII, IX and the remainder of Count VI.

Fees and Costs shall be awarded to the defendant and intervenor.

Brian Bishop
Clerk of Court

**August 3, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.