**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | | |
|---|---|---|
| THE RAVENS GROUP, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | CFC No. 07-243 |
| | ) | Judge Baskir |
| THE UNITED STATES *et al.* | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR AN ENLARGEMENT OF TIME FOR THE PARTIES TO FILE MOTION FOR DESIGNATION OF PROTECTED MATERIAL**

**PLAINTIFF THE RAVENS GROUP AND INTERVENOR ROWE CONTRACTING SERVICES, INC.** respectfully request the Court to modify its Provisional Protective Order, by enlarging the deadline for the parties to submit motions for the designation of protective material by three (3) weeks until January 18, 2008. The parties' motions are currently due on or before December 30, 2007. This is our first request for this purpose.

This enlargement is requested because the parties require additional time to review the record and discuss the materials requiring protection. The parties, including Defendant had an initial discussion regarding the possibility

of filing a joint motion; however, due to conflicting holiday schedules, the parties have not had an opportunity to review the record and conclude those discussions. We request this short enlargement to give the parties an opportunity to review the record and work toward a joint motion.

For the foregoing reasons, we respectfully request that the Court grant our motion to enlarge the deadline for the parties to file their motion for designation of protected material by three (3) weeks, until January 18, 2008.

Plaintiff's counsel attempted but was unable to reach Defendant to obtain Defendant's concurrence for this motion.

Respectfully submitted,

DATED: December 28, 2007

By: /s/ Daryle A. Jordan

Daryle A. Jordan
Patrick Henry LLP
7619 Little River Turnpike
Suite 340
Annandale, Virginia 22003
703.256.7754
703.256.7883 (Fax)
djordan@patrickhenry.net
Counsel for Plaintiff

/s/ Kenneth B. Weckstein

Kenneth B. Weckstein
EPSTEIN BECKER & GREEN, P.C.
1227 25TH Street, N.W.
Suite 700
Washington, DC 20037

(202) 861-1860
(202) 861-3560(fax)
kweckstein@ebglaw.com
Counsel for Intervenor

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of December 2007, I caused a copy of the foregoing Motion for an Enlargement of Time to be filed electronically. I understand that notice will be sent by the Court's electronic filing system to the following individuals who can access the filing through the Court's system:

Counsel for the United States, Roger Hipp, Esq., United States Department of Justice, Civil Division, Commercial Litigation Branch, 1100 L Street, N.W., Room 12072, Washington, DC 20530, Telephone No. (202) 305-3091 and Facsimile No. (202) 514-8640

And

Counsel for Intervenor Rowe Contracting Services, Inc., Kenneth B. Weckstein, Epstein Becker & Green, P.C., 1227 25th Street, N.W. Suite 700, Washington, D.C. 20037-1156, Telephone No. (202) 861-1860 and Facsimile No. (202) 861-3560.

/s/ Daryle A. Jordan

Daryle A. Jordan