# In the United States Court of Federal Claims

Case No.07-243
(Filed: January 3, 2008)

**********************************************
THE RAVENS GROUP, INC. *
*Plaintiff*, *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant,* *
*
and *
*
ROWE CONTRACTING SERVICES, *
INC., *
*Third Party/* *
*Intervenor.* *
**********************************************

## ORDER

Parties' Joint Motion for an Enlargement of Time (3 weeks) for the Parties to File Motions for Designation of Protected Material is hereby **granted**. Parties shall **file their motions** for the designation of protective material no later than **January 18, 2008.**

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge