**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | | |
|---|---|---|
| THE RAVENS GROUP, INC., Plaintiff, v. THE UNITED STATES *et al*. Defendant. | ) | CFC No. 07-243<br>Judge Baskir |

**MOTION FOR AN ENLARGEMENT OF TIME TO FILE MOTION FOR DESIGNATION OF PROTECTED MATERIAL**

**PLAINTIFF THE RAVENS GROUP** respectfully requests the Court to modify its Provisional Protective Order, and its Order of January 3, 2008, by enlarging the deadline for The Ravens Group to submit its motion for the designation of protective material by two (2) additional weeks to February 1, 2008. The Ravens Group's motion is currently due today.

The Ravens Group previously filed a joint request for enlargement with the Intervenor. This is The Ravens Group's first separate request for an enlargement to file its motion for the designation of protective material.

After discussion among the parties, it has been determined today that the interests of the parties require separate motions. Given the change in approach, counsel for The Ravens Group requires additional time to prepare our motion.

Since the case is officially closed, we do not believe another enlargement to designate protected material would have a detrimental impact on any substantive matters related to the case. In addition, we discussed our intent to file this motion with counsel for the Government and counsel for the Intervenor and they have indicated that they would not oppose this motion.

For the foregoing reasons, we respectfully request that the Court grant our motion to enlarge the deadline for The Ravens Group to file its motion for designation of protected material by two (2) weeks, until February 1, 2008.

Respectfully submitted,

/s/ Daryle A. Jordan

DATED: January 18, 2008 By: ______________________

Daryle A. Jordan
Patrick Henry LLP
7619 Little River Turnpike
Suite 340
Annandale, Virginia 22003
703.256.7754
703.256.7883 (Fax)
djordan@patrickhenry.net
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of January 2008, I caused a copy of the foregoing Motion for an Enlargement of Time to be filed electronically. I understand that notice will be sent by the Court's electronic filing system to the following individuals who can access the filing through the Court's system:

Counsel for the United States, Roger Hipp, Esq., United States Department of Justice, Civil Division, Commercial Litigation Branch, 1100 L Street, N.W., Room 12072, Washington, DC 20530, Telephone No. (202) 305-3091 and Facsimile No. (202) 514-8640

And

Counsel for Intervenor Rowe Contracting Services, Inc., Kenneth B. Weckstein, Epstein Becker & Green, P.C., 1227 25th Street, N.W. Suite 700, Washington, D.C. 20037-1156, Telephone No. (202) 861-1860 and Facsimile No. (202) 861-3560.

/s/ Daryle A. Jordan

Daryle A. Jordan