IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| THE RAVENS GROUP, INC., Plaintiff, | ) | |
| v. | ) | No. 07-243C (Judge Baskir) |
| THE UNITED STATES, Defendant, | ) | |
| and | ) | |
| ROWE CONTRACTING SERVICES, INC., Intervenor. | ) | |

DEFENDANT'S MOTION REGARDING FINAL PROTECTIVE ORDER

Defendant, the United States, pursuant to paragraph 16(a) of the provisional protective order dated April 20, 2007, respectfully submits this motion regarding the final protective order.

We have reviewed the motion filed by intervenor, Rowe Contracting Services, Inc. ("Rowe"), concerning the final protective order. Based upon our conversations with counsel for plaintiff, The Ravens Group, Inc. ("Ravens"), we expect that Ravens will file a similar motion.

We note that the confidential version of the administrative record contains information concerning bids submitted by third parties who did not participate in this litigation. We respectfully propose that the Court provide in the final protective order that third-party confidential information will be protected to the same extent as Ravens and Rowe's confidential information. We will provide the third parties with copies of the April 20, 2007 protective order, the parties' motions concerning the final protective order, and any further orders from the Court, so that any third parties who wish to be heard by the Court will have an opportunity to do so. We further propose that the Court keep the confidential version of the administrative record under seal until at least March 18, 2008, during which time the third parties would be expected to indicate their intentions.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
Attn: Class. Unit - 8th Fl.
Washington, D.C. 20530
Tel.: (202) 305-3091

January 18, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2008, a copy of the foregoing "DEFENDANT'S MOTION REGARDING FINAL PROTECTIVE ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp