# In the United States Court of Federal Claims

Case No.07-243
(Filed: January 23, 2008)

*********************************************
THE RAVENS GROUP, INC. *
*Plaintiff*, *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant,* *
*
and *
*
ROWE CONTRACTING SERVICES, *
INC., *
*Third Party/Intervenor.* *
*********************************************

## ORDER

Plaintiff's Motion for an Enlargement of Time (2 weeks) to submit its Motion for the Designation of Protected Material is hereby **GRANTED**. Plaintiff shall **file its Motion** for the Designation of Protective Material no later than **February 1, 2008.**

**IT IS SO ORDERED.**

s/ Francis M. Allegra
JUDGE FRANCIS M. ALLEGRA
for Judge Lawrence M. Baskir