# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Bid Protest)

| | | |
|---|---|---|
| THE RAVENS GROUP, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | CFC No. 07-243 |
| | ) | Judge Baskir |
| THE UNITED STATES *et al.* | ) | |
| Defendant. | ) | |

## MOTION FOR DESIGNATION OF PROTECTED MATERIAL

**PLAINTIFF THE RAVENS GROUP, INC.,** hereby files this Motion for Designation of Protected Material ("Motion") pursuant to the Provisional Protective Order dated April 20, 2007, as amended by the Court's Orders granting an extension for Plaintiff to designate protected material, entered on January 3, 2008, and January 23, 2008, respectively.

The Ravens Group requests that all information relating to its price proposals, technical proposals and the government's assessment thereof remain protected and that any redactions to such information made to the public version of the Administrative Record ("AR") and pleadings submitted in this action remain for five (5) years.

The Ravens Group requests that redactions made to confidential information regarding The Ravens Group's technical or price proposals, proposal methodologies and strategies, and operational strengths and weaknesses in the public version of the AR and pleadings remain. The Ravens Group specifically requests that redactions in the Source Selection Decision at Tab 11, AR560 – AR577 remain.

The designated documents contain commercial and/or financial information, including pricing information, proposal information and assessments regarding The Ravens Group's proposal methodology and strategies, management approach and/or technical approach, the disclosure of which would cause The Ravens Group substantial competitive harm. As Intervenor notes, in the context of Freedom of Information Act requests, the courts have determined that release of information such as that at issue here would likely cause substantial competitive harm. See McDonnell Douglas Corp. v. United States Dep't of the Air Force, 375 F.3d 1182 (D.C. Cir. 2004) (pricing information withheld under exemption 4 of Freedom of Information Act); see also National Parks & Conservation Ass'n v. Kleppe, 547 F.2d 673, 684 (D.C. Cir. 1976) (disclosure would provide competitors with valuable insights into company's operational strengths and weaknesses); Gilda

Industries, Inc. v United States Customs and Border Protection Bureau, 457 F. Supp. 2d 6, 13 (D.D.C. 2006) (release of disputed information would provide company's competitor valuable knowledge regarding company's business operations).

The Ravens Group's requested designation is reasonable and limited in scope—information contained in approximately seventeen (17) pages of 1319 pages in the AR.

The Government and Rowe Contracting Services, Inc. ("Rowe") do not object to The Ravens Group's designation of protected material. The Ravens Group does not object to the requests for designation of protective material made by Rowe or the Government.

For these reasons, The Ravens Group respectfully requests that the Court grant its Motion for Designation of Protected Material.

Respectfully submitted,

/s/ Daryle A. Jordan

DATED: February 1, 2008 By: _________________________

Daryle A. Jordan
Patrick Henry LLP
7619 Little River Turnpike
Suite 340
Annandale, Virginia 22003
703.256.7754
703.256.7883 (Fax)
djordan@patrickhenry.net
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of February 2008, I caused a copy of the foregoing Motion for Designation of Protected Material to be filed electronically. I understand that notice will be sent by the Court's electronic filing system to the following individuals who can access the filing through the Court's system:

Counsel for the United States, Roger Hipp, Esq., United States Department of Justice, Civil Division, Commercial Litigation Branch, 1100 L Street, N.W., Room 12072, Washington, DC 20530, Telephone No. (202) 305-3091 and Facsimile No. (202) 514-8640

And

Counsel for Intervenor Rowe Contracting Services, Inc., Kenneth B. Weckstein, Epstein Becker & Green, P.C., 1227 25th Street, N.W. Suite 700, Washington, D.C. 20037-1156, Telephone No. (202) 861-1860 and Facsimile No. (202) 861-3560.

/s/ Daryle A. Jordan

Daryle A. Jordan