# In the United States Court of Federal Claims

Case No.07-243
(Filed: February 20, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**THE RAVENS GROUP, INC.,**
*Plaintiff,*

v.

**THE UNITED STATES OF AMERICA,**
*Defendant,*

and

**ROWE CONTRACTING SERVICES, INC.,**
*Third Party/ Intervenor.*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Currently before the Court are the parties' respective Motions for Designation of Protected Material. **The parties' Motions are hereby GRANTED as follows:**

- All information related to the price proposals and technical proposals submitted by Plaintiff The Ravens Group as well as the Government's assessment of these proposals shall remain protected. In addition, any redactions made to such information in the public version of the Administrative Record ("AR") and pleadings submitted in this action shall remain in effect for five (5) years.

- All information related to the price proposals and technical proposals submitted by Intervenor Rowe Contracting Services, Inc. as well as the Government's assessment of these proposals shall remain protected. In addition, any redactions made to such information in the public version of the Administrative Record ("AR") and pleadings submitted in this action shall remain in effect for five (5) years.

- All information related to the price proposals and technical proposals submitted by third parties who did not participate in this litigation as well as the Government's assessment of such proposals shall remain protected. In addition, any redactions made to such information in the public version of the Administrative Record ("AR") and pleadings submitted in this action shall remain in effect for five (5) years.

We note that the protection conferred by this Order shall not extend beyond that provided by The Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, this Court's discovery rules, or other applicable laws or rules.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge